

Ryan Wagner <ryan@mxt3.com>

## Legal Analysis Consultation

**Andrew Dansicker** <adansicker@dansickerlaw.com>                    Tue, Jun 18, 2024 at 12:00 AM
To: Andrew Dansicker <adansicker@dansickerlaw.com>, Ryan Dillon-Capps <ryan@mxt3.com>

Ryan,

I started reviewing your paperwork, and frankly, with the death in my family and a national conference next week, I just don't have the time and ability to focus on assisting you with such a complicated and time-consuming matter. The fact that you've been served with papers for a tro and injunction is not something that I can handle at this time.

I refunded your fee, and I wish you the best of luck moving forward.

Andrew

-----------------------------------------------
Law Office of Andrew M. Dansicker, LLC
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, Maryland 21031
(410) 771-5668
(443) 927-7390 (fax)
dansickerlaw.com

*Focusing on Maryland Employment Law Issues*

**From:** Andrew Dansicker <amdansicker@hotmail.com> on behalf of Andrew Dansicker <adansicker@dansickerlaw.com>
**Sent:** Monday, June 17, 2024 9:47 AM
**To:** Andrew Dansicker <adansicker@dansickerlaw.com>; Ryan Dillon-Capps <ryan@mxt3.com>
**Subject:** Re: Legal Analysis Consultation

[Quoted text hidden]



| | |
|---|---|
| | **RYAN WAGNER**<br>**VICE PRESIDENT OF INFORMATION TECHNOLOGY**<br>**COMPENSATION ADDENDUM**<br>**7/6/2022** |

**Base Salary:**       $124,120.00 / per year

**Monthly Bonus:**       Up to $1,000.00 / per month if monthly financial and operational goals are met. *(Plan and dollar amounts subject to change at any time)*

**Annual Bonus:**       Up to $6,000.00, based on meeting KPI's and operational goals of the company. The amount is at the discretion of the company.

**Phone/Internet Reimbursement:**       Up to $150.00 / per month

**Benefits:**
- Company benefits as described in the associate handbook.
- Health club membership.
- Participatory 401K plan based on plan requirements.
- Conventions and professional education-on agreed upon basis.
- Approved business expense reimbursements for club promotion.

**Start Date:**       Your first day of this agreement is 7/6/2022

**AGREED UPON BY:**

Ryan Wagner
Associate: Print Name                                         Date

*Ryan Wagner*
Ryan Wagner (Jul 20, 2022 12:00 EDT)                          Jul 20, 2022
Associate: Signature                                          Date

*Glenn Norris*                                                Jul 20, 2022
Supervisor Signature                                          Date



| | RYAN WAGNER<br>VICE PRESIDENT OF INFORMATION TECHNOLOGY<br>COMPENSATION ADDENDUM<br>7/6/2023 |
|---|---|

**Base Pay:**  $136,532 / Year  ($5,688.83 / Pay Period)

**Monthly Bonus:**  Up to $1,100.00 / Month paid as a percentage based on KPI score.
*(Plan and dollar amounts subject to change at any time)*

**Annual Bonus:**  Up to $12,000 based on meeting KPI's and operational goals of the company. The amount is at the discretion of the company.

**Phone / Internet Reimbursement:**  Up to $150.00 / Month. Reimbursement request must be made via reimbursement portal with receipt.

**Benefits:**
- Company benefits as described in the associate handbook.
- Health club membership.
- Participatory 401K plan based on plan requirements.
- Conventions and professional education-on agreed upon basis.
- Approved business expense reimbursements.

**Start Date:**  Your first day of this agreement is 7/6/2023.

**AGREED UPON BY:**

Ryan Wagner                                              Jul 26, 2023
_____                    _____
Associate: Print Name                                    Date

*Ryan Wagner*                                            Jul 26, 2023
Ryan Wagner (Jul 26, 2023 18:02 EDT)
_____                    _____
Associate: Signature                                     Date

*Glenn Norris*                                           Jul 26, 2023
Glenn Norris (Jul 26, 2023 17:50 EDT)
_____                    _____
Supervisor                                               Date

# 000 Wagner, Ryan VP of IT 7-6-2023 - Comp Addendum

Final Audit Report                                                                 2023-07-26

| | |
|---|---|
| Created: | 2023-07-25 |
| By: | Richard Hartman (Rich.hartman@ohanagp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAoQsmQSjiMODsYLVv1FuspNECAs6hIqeO |

## "000 Wagner, Ryan VP of IT 7-6-2023 - Comp Addendum" History

- Document created by Richard Hartman (Rich.hartman@ohanagp.com)
  2023-07-25 - 8:21:53 PM GMT

- Document emailed to glenn@ohanagp.com for signature
  2023-07-25 - 8:22:10 PM GMT

- Email viewed by glenn@ohanagp.com
  2023-07-26 - 9:49:56 PM GMT

- Signer glenn@ohanagp.com entered name at signing as Glenn Norris
  2023-07-26 - 9:50:37 PM GMT

- Document e-signed by Glenn Norris (glenn@ohanagp.com)
  Signature Date: 2023-07-26 - 9:50:39 PM GMT - Time Source: server

- Document emailed to ryan.wagner@ohanagp.com for signature
  2023-07-26 - 9:50:40 PM GMT

- Email viewed by ryan.wagner@ohanagp.com
  2023-07-26 - 10:01:32 PM GMT

- Signer ryan.wagner@ohanagp.com entered name at signing as Ryan Wagner
  2023-07-26 - 10:02:19 PM GMT

- Document e-signed by Ryan Wagner (ryan.wagner@ohanagp.com)
  Signature Date: 2023-07-26 - 10:02:21 PM GMT - Time Source: server

- Agreement completed.
  2023-07-26 - 10:02:21 PM GMT

**Adobe Acrobat Sign**