

## sec-assigned-role-UserAdministrator | Assigned roles
Group

+ Add assignments  ↻ Refresh  | ℛ Got feedback?

- Overview
- Diagnose and solve problems

Manage
- Properties
- Members
- Owners
- Roles and administrators
- Administrative units
- Group memberships
- **Assigned roles**
- Applications
- Licenses
- Azure role assignments

Eligible assignments | **Active assignments** | Expired assignments

🔍 Search by role

| Role | Principal name | Scope | Membership | State | Start time | End time | Action |
|---|---|---|---|---|---|---|---|
| User Administrator | | Directory | Direct | Active | 5/28/2024, 6:12:56 PM | Permanent | Remove \| Update |
| Service Support Administrator | | Directory | Direct | Active | 5/28/2024, 6:16:49 PM | Permanent | Remove \| Update |
| Exchange Administrator | | Directory | Direct | Active | 5/28/2024, 12:34:24 PM | Permanent | Remove \| Update |
| Cloud Application Administrator | | Directory | Direct | Active | 5/28/2024, 12:31:22 PM | Permanent | Remove \| Update |
| Cloud Device Administrator | | Directory | Direct | Active | 5/28/2024, 6:12:30 PM | Permanent | Remove \| Update |
| Authentication Administrator | | Directory | Direct | Active | 5/31/2024, 11:48:51 AM | Permanent | Remove \| Update |
| Microsoft Entra Joined Devi... | | Directory | Direct | Active | | Permanent | Remove \| Update |