IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYAN DILLON-CAPPS, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 24-3744-BAH |
| OHANA GROWTH PARTNERS, LLC, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Plaintiff Ryan Dillon-Capps having filed a notice of appeal, ECF 36, it is this 20th day of February, 2025, HEREBY ORDERED that this action is STAYED, pending resolution of the interlocutory appeal.

/s/
Brendan A. Hurson
United States District Judge