# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

www.ca4.uscourts.gov

Nwamaka Anowi　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　804-916-2700

March 7, 2025

_____

## SUPPLEMENTAL RECORD REQUEST

_____

No.　25-1162,　　　Ryan Dillon-Capps v. Ohana Growth Partners, LLC
　　　　　　　　　　　1:24-cv-03744-BAH

TO:　　Catherine M. Stavlas

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

Supplement number requested: First

**Docket entry numbers: 1-5, 7, 17**

If there is any problem with transmission of the supplemental record, please notify me.

Karen Stump, Deputy Clerk
804-916-2704