refusals violate Section 6.1 of the Ohana Associates Handbook ("Standards of Conduct") which prohibits the "failure to follow lawful instructions of a supervisor."

There are countless reasons why a company should have several Global Administrators, whether being tied up in business meetings, vacations, leaves of absence, or other activities that cause a single Global Administrator to be unavailable. Your communication yesterday about your need for FMLA time off, to which you are entitled, makes self-evident the reasons for the company's demand to have several Global Administrators.

Glenn has signed an agreement on behalf of OGP with Hartman Executive Advisors (HEA) and demands that you add Phil Leadore from HEA as a Global Administrator by 3 pm today. We also instruct you to hold off on any major updates or changes to the system until HEA has had a chance to evaluate Ohana's IT systems.

We have evaluated the multitude of reasons for your refusal to obey management's directives. We are not looking to debate these reasons any further, rather we require a simple acknowledgment that you will follow the directive or not and then do so immediately by 3:00 pm today. Failure to acknowledge this directive and to add Phil Leadore as a Global Administrator by 3:00 pm today will require the company to take appropriate action.

Rich Hartman
VP of People and Culture
Ohana Growth Partners, LLC



office 410-252-8058 x114
212 W. Padonia Rd
Timonium, MD 21093
www.planetfitness.com

"Culture eats strategy for breakfast"

```
 1   to any of this.
 2                  The facts, which are established in the
 3   record that's already before the Court, and I don't
 4   think there's any dispute of it is, this concept that
 5   the -- a demand was made to, uh, the defendant on
 6   June 13th, an hour after he'd asked for -- for FMLA
 7   leave, uh, and we're forcing him to work, ignores the
 8   fact that he's been asked to do this going to at
 9   least May 20th, when he terminated the only -- the
10   only other admin access, uh, for the -- the
11   consultant Ryan Brooks from, erm, Baltimore
12   Consulting.
13                  So this was not the first time he'd been
14   asked, uh, this was multiple times he'd been asked.
15   There's no dispute about that.
16                  So the -- the concept that -- that the
17   question, erm, directive from, erm, various, uh,
18   members of senior management at Ohana to the
19   defendant, uh, is in retaliation for his request on
20   June 13th to take additional leave is completely base
21   less.
22                  MR. DILLON-CAPPS:  Hmm, I can respond to
23   all of those with details, and I can provide evidence
24   in --
25                  THE COURT:  Sir, I gave you your chance
```