# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 8, 2025

_____

## SECOND SUPPLEMENTAL RECORD FOLLOW-UP NOTICE

_____

No. 25-1162,     <u>Ryan Dillon-Capps v. Ohana Growth Partners, LLC</u>
                       1:24-cv-03744-BAH

TO:   Catherine M. Stavlas

---

[✓] The first supplemental record that was previously requested has not yet been transmitted. Please transmit the first supplemental record (consisting of docket entry numbers 1-5, 7, 17) promptly.

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Karen Stump, Deputy Clerk
804-916-2704