# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2025

_____

## THIRD SUPPLEMENTAL RECORD FOLLOW-UP NOTICE

_____

No.    25-1162,          <u>Ryan Dillon-Capps v. Ohana Growth Partners, LLC</u>
                         1:24-cv-03744-BAH

TO:  Catherine M. Stavlas

---

[✔] The supplemental record that was previously requested has not yet been transmitted (consisting of docket entry numbers 1-5, 7, 17). Please transmit the supplemental record promptly.

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Karen Stump, Deputy Clerk
804-916-2704