UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1162
(1:24-cv-03744-BAH)

———————————

RYAN DILLON-CAPPS

       Plaintiff - Appellant

v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner; TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital; CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D. FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES, Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director; JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER; JUDGE ROBINSON, JR.; CLERK ENSOR; VICTORIA K. HOFFBERGER, Associate; JESSICA L. DUVALL, Associate; STATE OF MARYLAND; ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.; DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P. C.; PLA-FIT FRANCHISE, LLC

       Defendants - Appellees

———————————

O R D E R

———————————

The court will not consider a motion to file a supplemental filing unless the motion is accompanied by the proposed filing. The court denies appellant's motion to file a supplemental filing without prejudice to refiling the motion accompanied by the proposed filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk