# Profile

law.umaryland.edu/faculty--research/directory/profile/index.php

## Marc A. DeSimone, Jr.

Lecturer of Law and Director of the Moot Court Program

Assistant Public Defender
Maryland Office of the Public Defender
Email MDeSimone@law.umaryland.edu
Phone
410-767-8515

Fax
(410) 333-8801

Marc DeSimone has been an adjunct professor and Lecturer of Law since 2007 and was named Adjunct Professor of the Year in 2015. Professor DeSimone is an Assistant Public Defender in the Appellate Division of the Maryland Office of the Public Defender, and has handled several hundred appeals and presented over fifty oral arguments before the appellate courts of Maryland. Professor DeSimone's past advocacy includes litigating – on both the trial and appellate level – the final state constitutional challenge to death penalty in Maryland, serving as post-conviction and appellate counsel in a DNA exoneration matter, having the child support collection practices in one county declared unconstitutional, advocating under the Maryland Declaration of Rights for a change to the standard used to suppresses eyewitness identifications, and successfully securing post-conviction relief on behalf of multiple clients who were each incarcerated for several decades before release.



1/2
. University of Maryland Francis King Carey School of Law    Exhibit Page # 1 of 11    EXHIBIT 202 .

Professor DeSimone graduated from the University of Maryland Francis King Carey School of Law in 2004. As a student, Professor DeSimone was selected as the best oral advocate in the 2003 Morris Brown Myerowitz Moot Court Competition, co-authored a petition for executive clemency which resulted in the release of a client who had been incarcerated since 1969, and was inducted into the Order of the Coif and the Order of the Barristers at graduation. Professor DeSimone served as a law clerk to the Honorable Vanessa Ruiz, Associate Judge of the District of Columbia Court of Appeals. Before joining the Office of the Public Defender, Professor DeSimone was in private practice and concentrated in products liability defense and admiralty and maritime law.

Professor DeSimone's recent publications include a book chapter in *Appellate Practice for the Maryland Lawyer* and *Debunking the Myths Surrounding Student Scholarly Writing,* 74 Md. L.Rev. 169 (2014) (with Kristina V. Foherkolb). Professor DeSimone is a member of the Executive Committee of the Board of Governors of the Loyola Blakefield Alumni Association, and he a past member of the Board of Trustees of Unified Community Connections (formerly United Cerebral Palsy of Central Maryland), where he was recognized as Volunteer of the Year in 2006.

- **Criminal Appellate Clinic** →
- **Lawyering I** →
- **Moot Court Board** →
- **Moot Court: Myerowitz Competition** →

**Currently Scheduled Sections**

**CRN: 20683**

| Semester | Credits | | |
|---|---|---|---|
| Spring '25 | 2 | | |
| **Schedule** | **Instructor** | | **Limits** |
| Mon: 5:25-6:20 | Derek Simmonsen | | |
| Twilight | Marc A. DeSimone, Jr. | | |

# Profile
 law.umaryland.edu/faculty--research/directory/profile/index.php

## Holly Drumheller Butler

Adjunct Professor

Email hbutler@law.umaryland.edu



Holly Drumheller Butler, a principal in the Baltimore and Washington, D.C. offices of Miles & Stockbridge, co-leads the firm's White Collar, Fraud and Government Investigations practice. She is an experienced trial lawyer and adviser to domestic and international companies on litigation, government investigations, and compliance issues. Her litigation experience includes "bet the company" class action matters, fraud claims, and complex commercial disputes. She has tried cases in various federal and state courts, as well as in arbitration proceedings, and has extensive appellate experience.

Holly conducts investigations in a broad array of sectors—including healthcare, financial services, environmental, and government contracting—and has represented companies in investigations by the Department of Justice, Office of Inspector General, regulators, and enforcement officials. Her experience includes serving as counsel to former Secretary of Defense William S. Cohen in connection with his independent review of the U.S. Environmental Protection Agency's regulatory processes surrounding potential mining development in Bristol Bay, Alaska. She has represented companies in voluntary disclosures to regulators and enforcement officials, as well as conducted numerous internal investigations on behalf of corporations, corporate boards of directors, and audit committees.

Holly graduated from the University of Maryland Francis King Carey School of Law (with honors, Order of the Coif) in 1997. She graduated from the University of Mary Washington (B.A., summa cum laude) in 1994.

Writing in Law Practice: Advanced Writing in Federal Civil Litigation

## Currently Scheduled Sections

### CRN: 23462

**Semester**
Spring '25

**Credits**
3

**Schedule**
Wed: 8:45-10:45
Day

**Instructor**
Holly Drumheller Butler

Ryan Dietrich

**Limits**
2 openings. (Limit 8).

- **Veronica Mina '21** joined Kagan Stern Marinello & Beard, PLLC as an associate **Read More>> < https://www.kaganstern.com/news-insights/kagan-stern-welcomes-new-associate-veronica-mina>**

In Memoriam

- **The Hon. Lawrence F. Rodowsky '56** passed away on October 1, 2022 **Read More>> < https://www.legacy.com/us/obituaries/baltimoresun/name/lawrence-rodowsky-obituary?id=36715578>**

- **The Hon. Benjamin Civiletti '61** passed away on October 16, 2022 **Read More>> < https://www.law.umaryland.edu/News-and-Events/Maryland-Carey-Law-News/Maryland-Carey-Law-mourns-the-loss-of-the-Honorable-Benjamin-R-Civiletti-.php>**

## September 2022

Class Action

- **Glenn Cooper '73** was named to the 2022 Top Lawyers Hall of Fame by the *Washingtonian* **Read More>> < https://www.washingtonian.com/2022/09/16/top-lawyers-hall-of-fame/>**

- **Paula Junghans '76** was named to the *Washingtonian* magazine's Top Lawyers Hall of Fame and received the publication's Lifetime Lawyer Achievement award **Read More>> < https://www.zuckerman.com/news/press-release/zuckerman-spaeder-partners-named-lifetime-lawyers-washingtonian-magazine>**

- **Roger Winston '79** was named to the 2022 Top Lawyers Hall of Fame by the *Washingtonian* **Read More>> < https://www.washingtonian.com/2022/09/16/top-lawyers-hall-of-fame/>**

- **Michael Barranco '85** was appointed to the Baltimore County Circuit Court by Gov. Larry Hogan **Read More>> < https://governor.maryland.gov/2022/09/01/governor-hogan-announces-judicial-appointments-12/>**

- **Miriam Fisher '85** was named to the 2022 Top Lawyers Hall of Fame by the *Washingtonian* **Read More>> < https://www.washingtonian.com/2022/09/16/top-lawyers-hall-of-fame/>**

- **David V. Diggs '86** was named to the 2022 Family Law Power List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2022/09/30/introducing-the-daily-records-2022-family-law-power-list/>**

- **The Hon. Zakia Mahasa '86** appointed to the Employees' & Elected Officials Retirement Systems Board of Trustees **Read More>> < https://www.bcers.org/2022/09/16/judge-zakia-mahasa-joins-ers-board/>**

- **Anne Kelly Laynor '87** was named to the 2022 Family Law Power List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2022/09/30/introducing-the-daily-records-2022-family-law-power-list/>**

- **Dorothy J. Lennig '87** was named to the 2022 Family Law Power List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2022/09/30/introducing-the-daily-records-2022-family-law-power-list/>**

- **Mary E. Roby-Sanders '90** was named to the 2022 Family Law Power List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2022/09/30/introducing-the-daily-records-2022-family-law-power-list/>**

- **Monica Holman Evens '94**, executive director for the DC Board of Elections, has been Certified as an Elections & Registration Administrator from the National association of Election Officials – the highest professional achievement for election officials **Read More>> < https://emma-assets.s3.amazonaws.com/5w1eb/fc96915c8b15462c350a20c18e3a9e03/Press_Release_Evans_CERA_FINAL.pdf>**

- **Kathleen C. Murphy '94** was appointed to the Baltimore County District Court by Gov. Larry Hogan **Read More>> < https://governor.maryland.gov/2022/09/01/governor-hogan-announces-judicial-appointments-12/>**

- **Anil Punyapu '00** was appointed to the Louisiana State University Foundation Board of Directors **Read More>> < https://www.lsu.edu/mediacenter/news/2022/09/15foundationboard.php>**

- **Michael T. Pedone '02** joined Venable LLP as a partner in the firm's Washington, D.C. office **Read More>> < https://www.venable.com/about/news/2022/michael-pedone-rejoins-venables-dc-office>**

- **Nina Basu '08** was named to the 2022 list of Most Admired CEOs by *The Daily Record* **Read More>> < https://thedailyrecord.com/most_admired_ceos/winners/>**

- **Atresha Karra Whitmore '08** was named a principal in the government practice group at Deloitte Consulting LLP

- **Kevin B. Mattingly '09** joined Bradley Arant Boult Cummings LLP as a senior attorney **Read More>> < https://www.bradley.com/people/m/mattingly-kevin-b>**

- **Ethan Haire '10** was promoted to vice president, deputy general counsel at Sinclair Broadcast Group, Inc. **Read More>> < https://www.businesswire.com/news/home/20220909005272/en/Sinclair-Announces-Legal-Department-Promotions>**

- **Peter Goldsmith '12** joined Lerch Early Brewer as a land use/zoning principal to lead the firm's Prince George's County practice **Read More>> < https://www.lerchearly.com/news/attorney-peter-goldsmith-joins-lerch-early-to-establish-new-prince-georges-office/>**

- **Kevin LaTulip '01** named chair of Baker Donelson's Financial Services Transactions Group **Read More>> < https://www.bakerdonelson.com/kevin-p-latulip-jr-named-chair-of-baker-donelsons-financial-services-transactions-group>**

- **Toni St. John '01** was named to the 2023 Higher Education Power List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/04/28/introducing-the-daily-records-2023-higher-education-power-list/?utm_term=See%20all%20the%20honorees&utm_campaign=Announcing%20The%20Daily%20Record%27s%202023%20Higher%20EOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Mark W. Kipa '02** was named deputy general counsel at Comcast

- **Eric Oberer '02** authored the book *Courts of Law Not Courts of Justice* **Read More>> < https://ericoberer.com/>**

- **David Hodnett '06** joined UPD Consulting as director of strategic partnerships **Read More>> < https://www.updconsulting.com/who-we-are/david-hodnett/>**

- **Sara Alpert Lawson '07** was appointed chairperson of Bay Area Legal's Development Council **Read More>> < https://www.linkedin.com/posts/bay-area-legal_proudly-introducing-the-leaders-of-our-2023-activity-7054103340275666944-qnxN?utm_source=share&utm_medium=member_desktop>**

- **Kristen Fidler '10** was appointed assistant secretary for aquatic resources at the Maryland Department of Natural Resources

- **Ethan R. Cohen '12** was named head of the Appellate Litigation Department at Rosenberg & Estis **Read More>> < https://rew-online.com/ethan-r-cohen-named-head-of-rosenberg-estis-high-profile-appellate-litigation-department/>**

- **Viola Woolums '14** joined the Mayor's Commission on Disabilities at the Baltimore City Office of Equity and Civil Rights as legal counsel

- **Charlie Kassir '19** joined the Maryland Judiciary as senior advisor to the Chief Justice of the Supreme Court of Maryland

- **Kara Gundel '20** joined Diesel Technology Forum as senior director of public policy **Read More>> < https://www.globenewswire.com/news-release/2023/04/26/2654822/0/en/Diesel-Technology-Forum-Welcomes-New-Public-Policy-Lead.html>**

- **Hunter Haines '20** was named director of platform innovation and technology at Next powered by Shulman Rogers

- **Stephen Weyler '20** was promoted to director of government relations at Invariant

In Memoriam

- **Donald H. Weiss '53** passed away on April 6, 2023 **Read More>> < https://www.legacy.com/us/obituaries/washingtonpost/name/donald-weiss-obituary?id=51651081>**

- **Marvin L. Frankel '55** passed away on April 21, 2023 **Read More>> < https://www.shiva.com/marvinfrankel>**

- **Lois Macht '56** passed away on April 26, 2023 **Read More>> < https://www.legacy.com/us/obituaries/baltimoresun/name/lois-macht-obituary?pid=204376533>**

- **Avery Aisenstark '69** passed away on April 19, 2023 **Read More>> < https://www.legacy.com/us/obituaries/baltimoresun/name/avery-aisenstark-obituary?id=51688402>**

## March 2023

Class Action

- **Paul D. Bekman '71** was named a 2023 Lifetime Achievement Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Alan C. Cason '83** was named a 2023 Lifetime Achievement Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Carol Ann Smith '86** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Carol Ann Smith '86** was named a 2023 Lifetime Achievement Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Shannon M. Stanley-Street '94** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

. University of Maryland Francis King Carey School of Law                    Exhibit Page # 6 of 11                    EXHIBIT 202 .

- **Eric E. McLauchlin '95** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Holly Drumheller Bulter '97** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Kay Kim '98** joined Paul Hastings as chief practice innovation officer

- **Jennifer M. Alexander '01** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **The Hon. Amy Lorenzini '01** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **The Hon. Amy Lorenzini '01** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Ty Kelly '02** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Christina Bolmarcich '03** was named to the 2023 Top 100 Women in Maryland List by *The Daily Record* **Read More>> < https://thedailyrecord.com/2023/03/24/the-daily-records-2023-top-100-women-in-maryland-announced/?utm_term=The%20Daily%20Record%27s%202023%20Top%20100%20Women%20in%20Maryland%20announced&utm_campaign=TOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Tracee Orlove Fruman '03** was appointed to the Maryland Office of Administrative Hearings as an administrative law judge

- **Sara E. Gross '04** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **The Hon. Brendan Hurson '05** was nominated to serve on the United States District Court for the District of Maryland by President Biden **Read More>> < https://www.whitehouse.gov/briefing-room/statements-releases/2023/03/20/president-biden-names-thirty-first-round-of-judicial-nominees-and-announces-new-nominees-to-serve-as-u-s-attorney/>**

- **Moya Panda '06** was appointed executive director of the Police Accountability Board by Anne Arundel County, Maryland Executive Steuart Pittman **Read More>> < https://www.aacounty.org/news-and-events/news/county-executive-pittman-appoints-new-executive-director-to-the-police-accountability-board>**

- **Kelly M. Preteroti '06** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Indira K. Sharma '06** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **James D. Bragdon '10** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Aaron Mapes '11** joined Fox Rothschild as partner in the firm's environmental department **Read More>> < https://www.foxrothschild.com/news/environmental-partner-aaron-mapes-joins-fox-rothschild-in-philadelphia>**

- **Anya Marino '12** was named to the 2023 40 Best LGBTQ+ Lawyers Under 40 List by the National LGBTQ+ Bar Association **Read More>> < https://lgbtqbar.org/programs/awards/best-lgbtq-lawyers-under-40/>**

- **Sarah David '13** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Megan J. McGinnis '14** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Bianca Pinnock '15** joined Shulman Rogers as an attorney

- **Monica R. Basche '16** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

- **Jake Whitaker '17** was named the director of government affairs for the Maryland Hospital Association **Read More>> < https://thedailyrecord.com/2023/03/22/jake-whitaker-md-hospital-association/>**

- **Max Cardin '19** joined Hogan Lovells as an associate **Read More>> < https://www.hoganlovells.com/en/cardin-max>**

- **Blain Boyd '20** was named legislative director and counsel for U.S. Representative Mikie Sherrill

- **Edward L. Healy '21** was named a 2023 Honoree as part of *The Daily Record's* Leadership in Law awards program **Read More>> < https://thedailyrecord.com/leadership-in-law/winners/>**

University of Maryland Francis King Carey School of Law        Exhibit Page # 7 of 11        EXHIBIT 202

# December 2023

Class Action

- **David Cordish '63** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **The Hon. William Murphy, Jr. '69** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Robert Manekin '73** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Brian Gibbons '87** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Elva Tillman '87** was named the 2023 Arthur W. Machen Jr. awardee by Maryland Legal Services Corporation. **Read More>> < https://www.mlsc.org/mlsc-announces-2023-award-recipients/?utm_source=rss&utm_medium=rss&utm_campaign=mlsc-announces-2023-award-recipients>**

- **The Hon. Martin O'Malley '88** was elected as Social Security Commissioner. **Read More>> < https://www.cardin.senate.gov/press-releases/cardin-van-hollen-lead-bipartisan-vote-to-confirm-omalley-for-social-security-commissioner/>**

- **Christopher Connor '91** was named the 2023 Distinguished Achievement awardee by the Inspector General, Department of Veterans Affairs.

- **Brett Ingerman '94** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Lara Weathersbee '94** was appointed to the Howard County Circuit Court by Gov. Wes Moore. **Read More>> < https://thedailyrecord.com/2023/12/28/moore-names-4-to-circuit-court-seats-in-howard-baltimore-counties/?utm_term=Moore%20names%204%20to%20circuit%20court%20seats%20in%20Howard%25252C%20Baltimore%20counties&utm_cOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Nancy Whiteman Greene '97** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Jason St. John '00** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Jane Hauser '01** was named the 2023 George W. Pete Bowling Award recipient by the Charles County Bar Association.

- **Rudhir Krishtel '02** was featured on Foley & Lardner LLP's podcast *The Path & The Practice*. **Read More>> < https://www.foley.com/insights/publications/2023/12/podcast-episode-108-rudhir-krishtel-ceo-facilitator-krishtel/>**

- **Anirban Basu '03** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Marc DeSimone '04** was appointed to the Baltimore County Circuit Court by Gov. Wes Moore. **Read More>> < https://thedailyrecord.com/2023/12/28/moore-names-4-to-circuit-court-seats-in-howard-baltimore-counties/?utm_term=Moore%20names%204%20to%20circuit%20court%20seats%20in%20Howard%25252C%20Baltimore%20counties&utm_cOn+Software&utm_medium=MDDR&Email=sboonshaft@law.umaryland.edu>**

- **Vernetta Christian '07** was named the new supervisor of special education for Calvert County by the Board of Education of Calvert County Public Schools. **Read More>> < https://southernmarylandchronicle.com/2023/12/26/vernetta-christian-named-supervisor-of-special-education-in-calvert-county/>**

- **Hollistar Duah-Yentumi LLM '10** was appointed acting director-general of Ghana's State Interests and Governance Authority. **Read More>> < https://siga.gov.gh/appointment-of-ms-hollistar-duah-yentumi-as-ag-director-general-at-state-interests-and-governance-authority-siga/>**

- **The Hon. William Ferguson, IV '10** was named to the 2023-2024 Power 100 List by *The Daily Record*. **Read More>> < https://thedailyrecord.com/2023/12/29/introducing-the-daily-records-2023-power-100-list/>**

- **Dondi West '10** joined GlaxoSmithKline as assistant general counsel for cybersecurity.

- **Michael Rubin '10** joined Schochor, Staton, Goldberg and Cardea, P.A., as an attorney. **Read More>> < https://www.investorsobserver.com/news/qm-pr/5590629494615671>**

- **Jonathan Huddleston '11** joined Wais, Vogelstein, Forman, Koch, & Norman, LLC as an attorney.

In Memoriam

- **Howard Cohn '53** passed away on December 24, 2023. **Read More>> < https://www.legacy.com/us/obituaries/baltimoresun/name/howard-cohn-obituary?id=53925233&fhid=4743>**



# UNIVERSITY of MARYLAND
## FRANCIS KING CAREY SCHOOL OF LAW

# Hooding Ceremony

—— May 17, 2024 ——

**WELCOME**
*Dean Renée McDonald Hutchins*

**CONFERRAL OF DEGREES**
*President Bruce E. Jarrell*

**GREETINGS FROM THE CLASS OF 2024**
**EVENING DIVISION PRESIDENT**
*Frederick Gerriets*
AND
**DAY DIVISION PRESIDENT**
*Rebecca Wells*

**KEYNOTE ADDRESS**
*The Honorable Brendan A. Hurson, '05*
*U.S. District Court for the District of Maryland*

**HOODING OF JURIS DOCTOR,**
**MASTER OF LAWS,**
**AND MASTER OF SCIENCE IN LAW CANDIDATES**

**CONCLUDING REMARKS**
*Dean Renée McDonald Hutchins*

# Judge Dennis M. Robinson, Jr. named Baltimore County administrative judge

🏛 courts.state.md.us/media/news/2023/pr20230510

News Releases/News Item Home
**FOR IMMEDIATE RELEASE**
May 10, 2023

Government Relations and Public Affairs
187 Harry S. Truman Parkway
Annapolis, Maryland 21401
410-260-1488

ANNAPOLIS, Md. – Supreme Court of Maryland Chief Justice Matthew J. Fader has named Judge Dennis M. Robinson, Jr. as county administrative judge for the Circuit Court for Baltimore County. The designation for Judge Robinson is effective July 25, 2023, upon the retirement of Chief, Circuit, and County Administrative Judge Ruth Anne Jakubowski, Third Judicial Circuit.

"I congratulate Judge Jakubowski on her retirement after 21 years of service with the Maryland Judiciary and thank her for her unwavering leadership while serving as both circuit and county administrative judge," said Chief Justice Fader. "I am confident Judge Robinson will continue to provide the people of Baltimore County with the highest level of service promoting fair and effective justice."

County administrative judges oversee the administration of the court, budget, and procurement functions. They also manage trial calendars to ensure the expeditious disposition of cases.

"I appreciate Chief Justice Fader's confidence and trust in me," said Judge Robinson. "I am honored and humbled by this appointment, and I look forward to working with Chief Justice Fader and my colleagues to continue the tradition of providing fair, efficient and effective justice in Baltimore County."

Judge Robinson has served as an associate judge at the Circuit Court for Baltimore County since November 2016, upon his appointment by then-Governor Larry Hogan. He is a lifelong resident of the Baltimore area. He earned a Bachelor of Arts in Psychology from Towson University in 1997 and in 2002 earned a juris doctorate from the University of Baltimore

. University of Maryland Francis King Carey School of Law    Exhibit Page # 10 of 11    EXHIBIT 202    .

School of Law. Judge Robinson was admitted to the Maryland Bar in 2002 and previously served as a co-chair of the MSBA Judicial Appointment Committee. He is a graduate of Leadership Baltimore County, earned the Very Important Professional Successful by 40 Award in 2013, and The Daily Record's Leadership in Law Award in 2015.

**CONTACT:**
Bradley Tanner
Public Information Officer
bradley.tanner@mdcourts.gov
410-260-1488

Terri Charles
Asst. Public Information Officer
terri.charles@mdcourts.gov
410-260-1488