# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS <br><br> *Plaintiff,* <br><br> vs. <br><br> OHANA GROWTH PARTNERS, LLC *et al* <br><br> *Defendants* | Civil Action <br><br> No. _____ <br><br> Hon. _____ |

## ORDER FOR IN FORMA PAUPERIS RELIEF WITH LIMITED ATTORNEY DESIGNATION

Upon consideration of the Plaintiff's requests outlined in the Motion, and for good cause shown,

IT IS HEREBY ORDERED that:

1    The Plaintiff is granted permission to proceed **in forma pauperis** pursuant to the submitted IFP Form A0239 Long Form and supporting Exhibit 106.

2    The Plaintiff is authorized to utilize the U.S. Marshal Service for all necessary service of process related to this case.

3    The Plaintiff is approved for access to copy services for unprinted and required documents essential to the proceedings.

4    Immediate **in forma pauperis** counsel is appointed to serve as co-counsel to Ryan Dillon-Capps during the pendency of this matter.

5    Limited attorney designation is granted to Ryan Dillon-Capps for this case and controversy, permitting him to represent additional related parties and act in a capacity that ensures equitable resolution of all interconnected matters.

**SO ORDERED** this ___ day of _____, 2024.

**United States District Judge**

**United States District Court
District of Maryland**