FILED: April 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1162
(1:24-cv-03744-BAH)

_____

RYAN DILLON-CAPPS

      Plaintiff - Appellant

v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner; TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital; CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D. FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES, Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director; JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER; JUDGE ROBINSON, JR.; CLERK ENSOR; VICTORIA K. HOFFBERGER, Associate; JESSICA L. DUVALL, Associate; STATE OF MARYLAND; ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.; DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P. C.; PLA-FIT FRANCHISE, LLC

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's motion for a waiver of PACER fees for electronic access to the docket, the court finds that an exemption is appropriate to avoid unreasonable burdens and promote public access to information.

Accordingly, the court grants appellant an exemption from PACER fees for such electronic access to this court's docket and filings in case No. 25-1162, *Ryan Dillon-Capps v. Ohana Growth Partners, LLC*, through October 20, 2025. This exemption applies only to this court's electronic docket and is not a waiver of PACER fees for electronic access to the dockets of other federal courts.

                                                     For the Court--By Direction

                                                     /s/ Nwamaka Anowi, Clerk