| IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff-Appellant,*<br><br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants-Appellees.* | No. **25-1162**<br><br>On Appeal from the U.S. District Court<br>Northern District of Maryland<br>No. 1:24-CV-3744 |

## AFFIDAVIT OF RYAN DILLON-CAPPS IN SUPPORT OF BRENDAN ABEL HURSON MANDATORY DISQUALIFICATION

I, Ryan Dillon-Capps (née Wagner), the Appellant, being over the age of eighteen (18), competent to testify, and having personal knowledge of the facts contained herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

Federal Board Association – Maryland Chapter (Exhibit 201)

Circuit ECF 20-4 is Exhibit 201 and attached to this affidavit is supplemental Exhibit 201-A.

Bylaws for the Maryland Chapter of the Federal bar Association

Pages 1 to 17 of Exhibit 201-A is the Bylaws for the Maryland Chapter of the Federal bar Association. Pages 8 to 11 are the Bylaws Article VI: Officers.

Affidavit of Ryan Dillon-Capps in Support of Brendan Abel Hurson Mandatory Disqualification

1

. 2025-04-29 || 1/17 ...........................................................................................................................

In relative part, Section 1: Positions on page 8 reads:

> "The voting Officers of the Corporation shall be a President, a President-Elect, […], a National Delegate, […], and an Immediate Past President, […] Any number of offices may be held by the same persons, […]."

Section 2: Election and Term of Office on page 9 reads:

> "Each Officer of the Corporation, except the President and the Immediate Past President, shall be elected annually each June by majority vote of ballots cast by those members eligible to vote. The President-Elect of the prior term shall automatically become the President for the succeeding term. All Officers shall be elected for a term of one (1) year. At the expiration of the term, any Officer may be reelected."

In relative part, Section 3: President on page 9 reads:

> "The President shall be the Chief Executive Officer of the Corporation and shall enforce due observance of its Bylaws. […]The President shall also, at the annual meeting of the Corporation […], communicate to the Corporation or to the Board of Directors […] and shall perform such other duties as are necessarily incident to the Office of the President. In addition, the President (a) shall be a member of the National Council of the Association along with the National Delegate; (b) shall have the power to appoint all standing committees and other committees […]; (c) shall be an ex-officio member of all committees and sub-committees thereof, except the Nominations and Elections Committee; (d) […]; (e) […]; and (f) shall appoint the Corporation's delegate to the national Council meetings other than the one held at the Association's annual national convention."

Section 4: President-Elect on page 9 reads:

> "The President-Elect shall perform such duties as are delegated by the President. In the absence of the President or in the event of the President's inability or refusal to act, the President-Elect shall perform the duties of the President. The President-Elect shall succeed

> automatically to the Office of the President after expiration of the President's term."

Section 8: National Delegate on page 10 reads:

> "The National Delegate shall be the Corporation's delegate to the National Council meeting held at the Association's annual national convention. The National Delegate also shall perform such other duties as are from time to time assigned to him or her by the Board of Directors or the President."

Section 10: Immediate Past President on page 11 reads:

> "The Immediate Past President shall perform such other duties as are from time to time assigned to him or her by the Board of Directors or the President."

Introduction to Federal Practice

The Maryland Chapter of the FBA offers an annual "Introduction to Federal Practice" program that "alternat[es] year to year between the District's Northern Division Courthouse in Baltimore and Southern Division Courthouse in Greenbelt" (Circuit ECF 20-4, at 13).

2022 Annual Introduction to Federal Practice

- Robert "Bob" Brennen of Miles & Stockbridge P.C. moderated and wrote the newsletter article. Circuit ECF 20-4, at 13.
- Kristen Eriksson of Miles & Stockbridge P.C. presented civil motions practice. Circuit ECF 20-4, at 14.
- Northern Division District Judge Stephanie Gallagher presented on discovery and electronically stored information (ESI). Circuit ECF 20-4, at 14.
- Esra Gollogly and Louis P. Malick of Kramon & Graham presented on pleading, jurisdiction, venue and removal. Circuit ECF 20-4, at 14.

- Alphonso Nollie of Miles & Stockbridge P.C. provided technical assistance. Circuit ECF 20-4, at 15.

2024 Annual Introduction to Federal Practice

- Robert "Bob" Brennen of Miles & Stockbridge P.C. served as master of ceremonies. Circuit ECF 20-4, at 25.
- Brendan Hurson presided over the swearing in ceremony of new District Bar Admissions. Circuit ECF 20-4, at 26.

Fireside Chats

- Brendan Hurson on April 19, 2022. Circuit ECF 20-4, at 16.
- Stephanie Gallagher on March 23, 2023. Exhibit 201-A, at 21-22.
- Robert "Bob" Brennen on January 18, 2023. Exhibit 201-A, at 24-25.

Summer Speaker Series

- Judge Brendan Hurson was a 2022 Summer Speaker (Circuit ECF 20-4, at 3) and 2024 Summer Speaker (Circuit ECF 20-4, at 24).
- Judge Stephanie Gallagher was a 2024 Summer Speaker (Circuit ECF 20-4, at 24).
- Megan J. McGinnis from Miles & Stockbridge moderated the 2024 Summer Speaker Judicial Panel (Circuit ECF 20-4, at 24).

2022 Summer Newsletter

- **Page 8-10:** Interview of Brendan Hurson
- **Page 17:** Robert 'Bob' Brennen is the editor of the Summer 2022 Newsletter

Annual Luncheon

2022 May 20 Annual Luncheon

- Robert "Bob" Brennen and Adam Abelson was a member of the planning committee. Circuit ECF 20-4, at 16.
- Brendan Hurson was a luncheon honoree. Circuit ECF 20-4, at 16.

Affidavit of Ryan Dillon-Capps in Support of Brendan Abel Hurson Mandatory Disqualification

4

. 2025-04-29 || 4/17 ....................................................................................................................

2023 May 19 Annual Luncheon

- Robert Brennen honored James P. Ulwick of Kramon & Graham during that year's annual luncheon. Circuit ECF 20-4, at 20-21.
- Maria Salacuse and Adam Abelson were members of the planning committee.

2024 April 12 Annual Luncheon

- Brendan Hurson and Adam Abelson were luncheon honorees. Circuit ECF 20-4, at 24-28.
- Ezra S. Gollogly of Kramon & Graham provided opening and closing remarks. Circuit ECF 20-4, at 28.
- Photo of Robert Brennen & Ezra Gollogly at the Maryland FBA Annual Luncheon. Circuit ECF 20-4, at 36.
- Maria Salacuse of the EEOC is the current FBA Maryland Chapter President. Circuit ECF 20-4, at 36.

Board Officers and Board Members

The amended informal brief incorrectly assigned the term ranges and have been corrected in this affidavit.

(1) **[Miles & Stockbridge P.C.] Robert "Bob" Brennen:** Served as President-Elect from June 2021-June 2022 (Circuit ECF 20-4, at 1), President from June 2022-June 2023 (Circuit ECF 20-4, at 20-21, 25-26) and Immediate Past President June 2023-June 2024 (Circuit ECF 20-4, at 36) of the Federal Bar Association (FBA) – Maryland Chapter. Additionally, Accepted the Maryland Chapter's awards for "Chapter Activity Presidential Achievement Award" and "Meritorious Newsletter Award" in September 2021 at the National FBA's annual convention (Circuit ECF 20-4, at 17).

(2) **[District Judge] Stephanie A. Gallagher**: Served as a board member since, at least 2022. Circuit ECF 20-4, at 1.

(3) **[District Judge] Adam B. Abelson:** Served as board member since, at least 2022 (Circuit ECF 20-4, at 1), and hosted the virtual state of the court address on March 29, 2022 (Circuit ECF 20-4, at 16).

(4) **[Kramon & Graham ] Ezra S. Gollogly:** President-Elect from June 2022- June 2023, President from June 2023- June 2024, and Immediate Past President June 2024- June 2025. Circuit ECF 20-4, at 22.

(5) **Maria Salacuse of the EEOC:** President-Elect from June 2023-June 2024, President from June 2024-June 2025, and will be Immediate Past President June 2025-June 2026. Circuit ECF 20-4, at 36;

New District Judges

Brendan A. Hurson

On October 11, 2023, Brendan A. Hurson was sworn in as a United States District Judge for the District of Maryland and assigned to the Baltimore courthouse, following March 21 nomination, October 4 confirmation, and October 6 commission earlier that year. Circuit ECF 20-4, at 37.

Adam B. Abelson

On September 16, 2024, Adam B. Abelson was sworn in as a United States District Judge for the District of Maryland and assigned to the Baltimore

courthouse, following May 8 nomination, September 10 confirmation, and September 12 commission earlier that year. Exhibit 201-A, at 29.

FBA Conclusionary Statements

Robert S. Brennen and his firm, Miles & Stockbridge P.C., play a central role in the Maryland Chapter of the Federal Bar Association. Mr. Brennen, along with Ezra Gollogly of Kramon & Graham—who share a close personal relationship—served in successive leadership positions within the chapter, including as President-Elect, President, and Immediate Past President

During their leadership tenure, Judges Brendan A. Hurson and Adam Abelson actively participated in FBA programming, serving on committees, providing educational programming, and receiving recognition as speakers and honorees. These shared professional forums spanned multiple years and occurred within the same institutional and geographic context—namely, the Maryland Chapter and the Baltimore legal community

Following their sustained participation in FBA-led activities under the leadership of Mr. Brennen and Mr. Gollogly, both Brendan A. Hurson and Adam Abelson were appointed as United States District Court Judges, serving at the same courthouse in Baltimore, Maryland.

University of Maryland Francis King Carey School of Law (Exhibit 202)

Circuit ECF 20-5 is Exhibit 202 and attached to this affidavit is supplemental Exhibit 202-A.

**Defendant Holly Drumheller Butler** graduated from the University of Maryland Francis King Carey School of Law in 1997 and has served as an adjunct professor since 2021. She was named to the *Daily Record*'s 2023 Top 100 Women in Maryland list in March 2023. See Circuit ECF 20-5, at 3-4, 6; Exhibit 202-A, at 2.

**Defendant Marc A. DeSimone Jr.** graduated from the University of Maryland Francis King Carey School of Law in 2004. Since 2007, he has served as an adjunct professor and lecturer of law. He was appointed to the Baltimore County Circuit Court in December 2023. See Circuit ECF 20-5, at 1-2.

**Judge Brendan A. Hurson** graduated from the University of Maryland Francis King Carey School of Law in 2005 and served as an adjunct professor at the institution from 2011 to 2016. While attending the University of Maryland School of Law, Judge Hurson served as editor of the *Journal of Race, Religion, Gender & Class* and was president of the Student Bar Association. He was nominated to serve on the United States District Court for the District of Maryland in March 2023 and delivered the keynote address at the law school's 2024

commencement. See Circuit ECF 20-4, at 8; Circuit ECF 20-5, at 9; Exhibit 202-A, at 1.

Therefore, the following is established:

(1) Judge Hurson (Class of 2005) and Defendant DeSimone Jr. (Class of 2004) attended the University of Maryland Francis King Carey School of Law during the same period. During that time, Judge Hurson served as editor of the *Journal of Race, Religion, Gender & Class* and as president of the Student Bar Association.

(2) Judge Hurson (adjunct professor, 2011–2016) and Defendant DeSimone Jr. (adjunct professor, 2007–present) served concurrently as adjunct faculty at the University of Maryland Francis King Carey School of Law.

(3) Judge Hurson served as the keynote speaker for the law school's 2024 commencement while Defendants Butler and DeSimone Jr. were serving as adjunct professors at the same institution.

Financial Disclosure

Attached to this affidavit is Exhibit 204, which contains financial disclosure information. Judge Brendan A. Hurson's annual disclosure reports reflect identical responses for Sections I through V for calendar years 2021, 2022, and 2023. For each year, he reported "NONE" for Positions, Agreements, Reimbursements, and Gifts. His Non-Investment Income is reported as "NONE," and his Spouse's Non-

Affidavit of Ryan Dillon-Capps in Support of Brendan Abel Hurson Mandatory Disqualification
9
2025-04-29 || 9/17

Investment Income is listed as "Loyola University." See Exhibit 204, at 1–3 (2021), 7–9 (2022), 15–17 (2023). Pages 4, 10-12, and 18-19 of Exhibit 204 show the key legend used in the following analysis at the bottom of the page.

<u>Income</u>

Page 22 of Exhibit 204 (Judicial Compensation, U.S. Courts) lists the annual salary of a United States District Court Judge in 2023 as $232,600. However, Judge Hurson was sworn in as a District Court Judge in October 2023.

Page 23 of Exhibit 204 (Public Notice of Upcoming Magistrate Vacancies) confirms Judge Hurson's position as a U.S. Magistrate Judge prior to elevation, with a listed salary of $213,992.00.

Judge Hurson's spouse, Abigail Hurson, is the Associate Director at Loyola University Baltimore. A job posting for the Associate Director of Advocacy at Loyola University Chicago, indicates an annual salary range between $62,500 and $104,000, with indeed showing the Baltimore position to be near $71,780. See Exhibit 204, at 24–26.

Assuming nine (9) months as Magistrate and three (3) months as District Judge, Brendan A. Hurson's income was $218,644, and with spousal income is approximately $290,424 to $322,644.

Liabilities

In 2021, when Hurson reported in his Amended Annual Report on December 6, 2022, as an Assistant Federal Public Defender (Exhibit 2024, at 1), he reported six (6) liabilities (Exhibit 204, at 3):

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| SoFi | Loan | K [$15,001-$50,000] |
| NelNet (self) | Student Loan | None |
| FirstMark (XXXX) | Student Loan | K [$15,001-$50,000] |
| FedLoan (self) | Student Loan | None |
| Fedloan (XXXX) | Student Loan | K [$15,001-$50,000] |
| Nelnet (XXXX) | Student Loan | None |

In 2022, when Hurson reported in his Annual Report on May 15, 2023, as a United States Magistrate Judge (Exhibit 204, at 7), he reported three (3) liabilities (Exhibit 204, at 9):

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| SoFi | Loan | None |
| FirstMark | Student Loan | K [$15,001-$50,000] |
| FedLoan | Student Loan | K [$15,001-$50,000] |

In 2023, when Hurson reported in his Amended Annual Report on July 12, 2024, as an Active United States District Judge (Exhibit 204, at 15), he reported two (2) liabilities (Exhibit 204, at 17):

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| FirstMark | Student Loan | None |
| FedLoan | Student Loan | None |

Between December 6, 2022, and July 12, 2024, Judge Hurson paid off somewhere between $45,003 and $150,000 in liabilities without disclosing any corresponding income, gifts, or reimbursements in any financial disclosure report.

Investments and Trusts

The only financial disclosure report that contains an entry under Additional Information or Explanations is the 2022 report. See Exhibit 204, at 13.

> "In June of 2022, consolidated the assets listed in lines 2 through 7 of part VII with the asset listed in Line 1 of Part VII. These transactions were deemed either "rollovers" or "transfers between contracts" by the company that managed the assets but are identified as "merged" in Part VII as this was the available option that best described the transactions. The dates of the consolidations are listed in column D(2) and the value of the merged asset on the date of the rollover or transfer is listed in [column] D(3). The assets listed in lines 2-7 were closed and had no value at the end of the reporting period. The total increase in the value of the asset in line 1 after the mergers is not reflected as "income" in column 1, however the growth on that asset independent of the asset merger is reflected in that column."

Judge Huron's Investments and Trusts from 2021 (Exhibit 204, at 4):

| Description of Assets | Amount Code 1 (A-H) | Value Code 2 (J-P) |
|---|---|---|
| CREF Social Choice R2 | A [$1,000 or less] | J [$15,000 or less] |
| CREF Stock R2 | B [$1,001-$2,500] | J [$15,000 or less] |
| T-C Lifecycle 2040-Inst | A [$1,000 or less] | K [$15,001-$50,000] |
| TIAA Acc Lfcycle 2040 T4 | A [$1,000 or less] | J [$15,000 or less] |
| T-C Lifecycle 2050-Inst | C [$2,501-$5,000] | K [$15,001-$50,000] |
| T. Rowe Price Ret 2045 Fund | C [$2,501-$5,000] | K [$15,001-$50,000] |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] |

| | | |
|---|---|---|
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] |
| Vang Inst Tg Rtm 40 Ist | E [$15,001-$50,000] | K [$15,001-$50,000] |
| CREF INF-Linked Bond R2 | A [$1,000 or less] | J [$15,000 or less] |
| CREF Bond Market R2 | A [$1,000 or less] | J [$15,000 or less] |
| JP Morgan SmRet Bl 2040 R6 | A [$1,000 or less] | J [$15,000 or less] |
| --- | -- | -- |
| Minimum (A=$1 ‖ J =$1 ) | $21,014 | $60,014 |
| Maximum | $71,500 | $350,000 |

Judge Hurson's Investments and Trusts from 2022 (Exhibit 204, at 10-12):

| Description of Assets | Amount Code 1 (A-H) | Value Code 2 (J-P) | |
|---|---|---|---|
| Vang Inst Tg Rtm 40 Ist | C [$2,501-$5,000] | L [$50,001-$100,000] | |
| T. Rowe Price Ret 2045 Fund | A [$1,000 or less] | Merged (with line 1) | J [$15,000 or less] |
| T-C Lifecycle 2050-Inst | A [$1,000 or less] | Merged (with line 1) | K [$15,001-$50,000] |
| CREF Social Choice R2 | A [$1,000 or less] | Merged (with line 1) | J [$15,000 or less] |
| CREF Stock R2 | A [$1,000 or less] | Merged (with line 1) | J [$15,000 or less] |
| TIAA Acc Lfcycle 2040 T4 | A [$1,000 or less] | Merged (with line 1) | J [$15,000 or less] |
| T-C Lifecycle 2040-Inst | A [$1,000 or less] | Merged (with line 1) | J [$15,000 or less] |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |
| **ROWS 12 to 22 are BLANK** | -- | -- | -- |
| CREF Social Choice R2 | A [$1,000 or less] | J [$15,000 or less] | |
| CREF Stock R2 | B [$1,001-$2,500] | J [$15,000 or less] | |
| T-C Lifecycle 2040-Inst | A [$1,000 or less] | K [$15,001-$50,000] | |
| TIAA Acc Lfcycle 2040 T4 | A [$1,000 or less] | J [$15,000 or less] | |
| T-C Lifecycle 2050-Inst | C [$2,501-$5,000] | K [$15,001-$50,000] | |
| T. Rowe Price Ret 2045 Fund | C [$2,501-$5,000] | K [$15,001-$50,000] | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | J [$15,000 or less] | |

| Description of Assets | Amount Code 1 (A-H) | Type | Value Code 2 (J-P) | | |
|---|---|---|---|---|---|
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | | J [$15,000 or less] | | |
| MD 529 (2027 Enrollment Portfolio) | A [$1,000 or less] | | J [$15,000 or less] | | |
| CREF INF-Linked Bond R2 | A [$1,000 or less] | | J [$15,000 or less] | | |
| CREF Bond Market R2 | A [$1,000 or less] | | J [$15,000 or less] | | |
| JP Morgan SmRet Bl 2040 R6 | A [$1,000 or less] | | J [$15,000 or less] | | |
| --- | --- | | --- | Supported by Report | |
| Minimum (A=$1 || J =$1 ) | $8,524 | | $95,018 | $95,018-$97,514 | |
| Maximum | $37,500 | | $460,000 | $385,004-$387,500 | |

Judge Hurson's Investments and Trusts from 2023 (Exhibit 204, at 10-12):

| Description of Assets | Amount Code 1 (A-H) | Type | Value Code 2 (J-P) | Type | Date | Value Code 2 (J-P) |
|---|---|---|---|---|---|---|
| Vanguard Target Retirement 2040 Fund (VFORX) | D [$5,001-$15,000] | Int./Div. | M [$100,001-$250,000] | Open | 11/14/23 | L [$50,001-$100,000] |
| MD 529 (Portfolio 2027) | | None | N [$250,001-$500,000] | | | |
| | | | | Buy (add'l) | 12/01/23 | L [$50,001-$100,000] |
| | | | | Buy (add'l) | 12/06/23 | M [$100,001-$250,000] |
| MD 529 (Portfolio 2027) | | None | N [$250,001-$500,000] | | | |
| | | | | Buy (add'l) | 12/01/23 | M [$100,001-$250,000] |
| | | | | Buy (add'l) | 12/06/23 | M [$100,001-$250,000] |
| MD 529 (Portfolio 2027) | | None | J [$15,000 or less] | | | |
| MD 529 (Portfolio 2027) | | None | J [$15,000 or less] | | | |
| Sofi Cash Account | G [$100,001-$1,000,000] | Interest | M [$100,001-$250,000] | Open | 11/14/24 | M [$100,001-$250,000] |
| LendingClub Cash Accounts | G [$100,001-$1,000,000] | Interest | M [$100,001-$250,000] | Open | 11/14/23 | M [$100,001-$250,000] |
| Marcus Cash Account | F [$50,001-$100,000] | Interest | N [$250,001-$500,000] | Open | 11/13/23 | M [$100,001-$250,000] |
| Bank of America Cash Accounts (x) | A [$1,000 or less] | Interest | K [$15,001-$50,000] | | | |

| Fund | Value | Income Type | Income Amount | Transaction | Date | Transaction Amount |
|---|---|---|---|---|---|---|
| Vanguard Baillie Gifford Global Pos. Impact Stock Inves. CL(VBPIX) | B [$1,001-$2,500] | Dividend | L [$50,001-$100,000] | Buy | 12/01/23 | K [$15,001-$50,000] |
| Vanguard Total Bond Mkt Index Admiral CL (VBTLX) | A [$1,000 or less] | Dividend | L [$50,001-$100,000] | | | |
| Vanguard Global ESG Select Stock Invest. CL (VEIGX) | C [$2,501-$5,000] | Dividend | L [$50,001-$100,000] | Buy | 12/01/23 | K [$15,001-$50,000] |
| Vanguard Global ESG Select Stock Admital CL (VESGX) | D [$5,001-$15,000] | Dividend | M [$100,001-$250,000] | Buy | 12/01/23 | L [$50,001-$100,000] |
| Vanguard FTSE Social Index Admiral CL (VFTAX) | C [$2,501-$5,000] | Dividend | M [$100,001-$250,000] | Buy | 11/30/23 | L [$50,001-$100,000] |
| Vanguard Total INTL Stock Index Admiral CL (VTIAX) | B [$1,001-$2,500] | Dividend | M [$100,001-$250,000] | Buy | 12/14/23 | L [$50,001-$100,000] |
| Vanguard Target Retirement 2045 Investor CL (VTIVX) | B [$1,001-$2,500] | Dividend | L [$50,001-$100,000] | Buy | 12/01/23 | L [$50,001-$100,000] |
| Vanguard Total Stock Market Index Admiral CL (VTSAX) | B [$1,001-$2,500] | Dividend | N [$250,001-$500,000] | Buy | 12/14/23 | M [$100,001-$250,000] |
| | | | | Buy (add'l) | 12/26/23 | L [$50,001-$100,000] |
| Vanguard Treasury Money Market Investor CL (VUSXX) | B [$1,001-$2,500] | | O [$500,001-$1,000,000] | Buy | 11/13/23 | N [$250,001-$500,000] |
| Vanguard ESG US Stock ETF (ESGV) | B [$1,001-$2,500] | Dividend | L [$50,001-$100,000] | Buy | 12/01/23 | L [$50,001-$100,000] |
| -- | -- | -- | -- | -- | -- | -- |
| Minimum (A=$1 ‖ J =$1 ) | $280,519 | -- | $2,315,018 | -- | -- | $1,280,015 |
| Maximum | $2,157,000 | -- | $4,980,000 | -- | -- | $2,950,000 |

Including these figures, the 2022 portfolio value can be further refined to fall between $158,018 and $387,500. However, the maximum gain supported by the 2021 report is $71,500, and the lowest adjusted 2022 portfolio value is $158,018. Accordingly, the minimum 2021 portfolio value is $86,518. Using the minimum

documented gain of $8,524 in 2022, the corresponding maximum 2021 portfolio value is $149,494. Similarly, applying the maximum 2022 gain of $37,500 yields a maximum 2022 portfolio value of $186,994. Based on these calculations, the 2021 portfolio value range is $86,518 to $149,494, and the 2022 portfolio value range is $158,018 to $186,994.

The minimum documented 2023 portfolio value is $2,315,018. Accordingly, the gains realized in 2023 must fall between $2,128,024 and $2,157,000, which also defines the maximum reinvestment capacity as $2,157,000. Applying the standard compound interest formula, $FV=PV\times(1+r)^t$, this range of gains implies that Brendan A. Hurson's portfolio return from 2022 to 2023 was between 1,137.8% and 1,264.7%.

If the previously calculated household income of $322,644 is treated as fully reinvested, then we can reduce the reports minimum investment of $2,315,018 to $1,992,374. Using the same formula, the resulting range for Judge Hurson's financial returns in 2023 would fall between 964.9% and 1,161.0%.

For comparison, one of the most extreme one-year returns in modern investment history—the heavily publicized, crowd-driven market manipulation of the GameStop short squeeze—produced gains of approximately 300%. By contrast, the figures reflected in Judge Hurson's financial disclosure reports indicate financial returns exceeding that benchmark by a factor of approximately

Affidavit of Ryan Dillon-Capps in Support of Brendan Abel Hurson Mandatory Disqualification

16

.  2025-04-29 || 16/17

three to four. Alternatively, based on these calculations, any reasonable fact finder would be compelled to conclude that Judge Brendan A. Hurson has failed to disclose a seven-figure amount in his Annual Financial Disclosure Report.

## DECLARATION OF AFFIRMATION

I solemnly declare and affirm under penalty of perjury, based on my personal knowledge, that the contents of the foregoing affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

| **April 29, 2025** | 1334 Maple Avenue |
| | Essex, Maryland 21221 |
| /s/ Ryan Dillon-Capps | ryan@mxt3.com |
| **Ryan Dillon-Capps** | 703-303-1113 |