# Hurson, Brendan Abell

 fjc.gov/history/judges/hurson-brendan-abell

## You are here

Born 1977 in Washington, DC

**Federal Judicial Service:**
Judge, U.S. District Court for the District of Maryland
Nominated by Joseph R. Biden on March 21, 2023, to a seat vacated by George Jarrod Hazel. Confirmed by the Senate on October 4, 2023, and received commission on October 6, 2023.

**Other Federal Judicial Service:**
U.S. Magistrate Judge, U.S. District Court for the District of Maryland, 2022-2023

**Education:**
Providence College, B.A., 2000
University of Maryland School of Law (now Francis King Carey School of Law), J.D., 2005

**Professional Career:**
Law clerk, Hon. Margaret B. Seymour, U.S. District Court for the District of South Carolina, 2005-2006
Private practice, Baltimore, Maryland, 2006-2007
Office of the Federal Public Defender for the District of Maryland, 2007-2017, 2018-2022; assistant federal public defender, 2007-2014, 2018; senior litigation counsel, 2015-2017, 2019-2022
Adjunct professor, University of Maryland Francis King Carey School of Law, 2011-2016
Assistant federal public defender, U.S. Virgin Islands, 2017-2018

University of Maryland Francis King Carey School of Law - Supplement A    Exhibit Page # 1 of 2    EXHIBIT 202-A

# Holly Drumheller Butler

origintdrdev.wpengine.com/2023/05/09/holly-drumheller-butler

May 9, 2023



**Partner**
**Miles & Stockbridge**

What is your most significant accomplishment?

Most significantly, I am proud to co-lead our White Collar, Fraud & Government Investigations Practice Group with former federal prosecutor, Tom Zeno. I represent and counsel companies in high-stakes investigations by the Department of Justice, Offices of Inspector General, regulators and enforcement officials, guiding clients as they respond to grand jury or civil subpoenas, Civil Investigative Demands, government inquiry letters, FBI interview requests or other regulatory inquiries.

I conduct internal investigations and compliance assessments to respond to government probes or to remedy deficiencies identified during corporate compliance assessments. Tom and I built this practice from the ground up, engaging in frequent speaking opportunities, publishing articles in the field, and actively training and mentoring associates in this burgeoning area of the law.

In just a few years, we have created new programs, established new processes and introduced another avenue of legal support for clients across the firm. While building this practice, I have had the honor of teaching as an adjunct professor at the University of Maryland Francis King Carey School of Law for the past two years. I have loved this experience, including my year of collaboration with Judge Susan Gauvey, and am absolutely thrilled to advise students in and out of the classroom to develop their skills and career.

*This is an honoree profile from The Daily Record's Top 100 Women awards.*
*Information for this profile was sourced from the honoree's application for the award.*