# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurson, Brendan A. | US Courts | 12/06/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Assistant Federal Public Defender | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2021<br>to<br>12/31/2021 |

5b. ☑ Amended Report

**7. Chambers or Office Address**

101 West Lombard
Chambers 7B
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 12/06/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | 2021 | Loyola University Baltimore |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 12/06/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SoFi | Loan | K |
| 2. | NelNet (self) | Student Loan | None |
| 3. | FirstMark ) | Student Loan | K |
| 4. | FedLoan (self) | Student Loan | None |
| 5. | Fedloan ) | Student Loan | K |
| 6. | Nelnet ( ) | Student Loan | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 12/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 1. CREF Social Choice R2 | A | Int./Div. | J | T | | | | | |
| 2. CREF Stock R2 | B | Int./Div. | J | T | | | | | |
| 3. T-C Lifecycle 2040-Inst | A | Int./Div. | K | T | | | | | |
| 4. TIAA Acc Lfcycle 2040 T4 | A | Int./Div. | J | T | | | | | |
| 5. T-C Lifecycle 2050-Inst | C | Int./Div. | K | T | | | | | |
| 6. T. Rowe Price Ret 2045 Fund | C | Int./Div. | K | T | | | | | |
| 7. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 8. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 9. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 10. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 11. Vang Inst Tg Rtm 40 Ist | E | Int./Div. | K | T | | | | | |
| 12. CREF INF-Linked Bond R2 | A | Int./Div. | J | T | | | | | |
| 13. CREF Bond Market R2 | A | Int./Div. | J | T | | | | | |
| 14. JP Morgan SmRet Bl 2040 R6 | A | Int./Div. | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 12/06/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 12/06/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan A. Hurson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurson, Brendan A. | United States District Court for the District of Maryland | 05/15/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2022 <br> **to** <br> 12/31/2022 |

| 7. Chambers or Office Address |
|---|
| 101 West Lombard Street <br> Chambers 7B <br> Baltimore, MD 21201 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | 2022 | Loyola University Baltimore |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## V. GIFTS. *(Includes those spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sofi | Loan | None |
| 2. | First Mark | Student Loan | K |
| 3. | FedLoan | Student Loan | K |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Vang Inst Tg Rtm 40 Ist | C | Int./Div. | L | T | | | | | |
| 2. | T. Rowe Price Ret 2045 Fund | A | Int./Div. | | | Merged (with line 1) | 06/21/22 | J | | |
| 3. | T-C Lifecycle 2050-Inst | A | Int./Div. | | | Merged (with line 1) | 06/23/22 | K | | |
| 4. | CREF Social Choice R2 | A | Int./Div. | | | Merged (with line 1) | 06/21/22 | J | | |
| 5. | CREF Stock R2 | A | Int./Div. | | | Merged (with line 1) | 06/21/22 | J | | |
| 6. | TIAA Acc Lfcycle 2040 T4 | A | Int./Div. | | | Merged (with line 1) | 06/21/22 | J | | |
| 7. | T-C Lifecycle 2040-Inst | A | Int./Div. | | | Merged (with line 1) | 06/21/22 | J | | |
| 8. | MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 9. | MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 10. | MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 11. | MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. CREF Social Choice R2 | A | Int./Div. | J | T | | | | | |
| 24. CREF Stock R2 | B | Int./Div. | J | T | | | | | |
| 25. T-C Lifecycle 2040-Inst | A | Int./Div. | K | T | | | | | |
| 26. TIAA Acc Lfcycle 2040 T4 | A | Int./Div. | J | T | | | | | |
| 27. T-C Lifecycle 2050-Inst | C | Int./Div. | K | T | | | | | |
| 28. T. Rowe Price Ret 2045 Fund | C | Int./Div. | K | T | | | | | |
| 29. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 30. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 31. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 32. MD 529 (2027 Enrollment Portfolio) | A | Int./Div. | J | T | | | | | |
| 33. CREF INF-Linked Bond R2 | A | Int./Div. | J | T | | | | | |
| 34. CREF Bond Market R2 | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 35.   JP Morgan SmRet Bl 2040 R6 | A | Int./Div. | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In June of 2022, ▮▮▮▮▮ consolidated the assets listed in lines 2 through 7 of part VII with the asset listed in Line 1 of Part VII. These transactions were deemed either "rollovers" or "transfers between contracts" by the company that managed the assets but are identified as "merged" in Part VII as this was the available option that best described the transactions. The dates of the consolidations are listed in column D(2) and the value of the merged asset on the date of the rollover or transfer is listed in colum D(3). The assets listed in lines 2-7 were closed and had no value at the end of the reporting period. The total increase in the value of the asset in line 1 after the mergers is not reflected as "income" in column 1, however the growth on that asset independent of the asset merger is reflected in that column.

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 05/15/2023 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan A. Hurson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2023

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 13101-13111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurson, Brendan A. | United States District Court for the District of Maryland | 07/12/2024 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District Judge | Nomination ☐ Date<br>Initial ☐ Annual ☑ Final ☐<br>5b. ☑ Amended Report | 01/01/2023 **to** 12/31/2023 |

**7. Chambers or Office Address**

101 West Lombard
Chambers 3D
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | 2023 | Loyola University |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FirstMark | Student Loan | None |
| 2. | Nelnet | Student Loan | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Vanguard Target Retirement 2040 Fund (VFORX) | D | Int./Div. | M | T | Open | 11/14/23 | L | | |
| 2. | MD 529 (Portfolio 2027) | | None | N | T | | | | | |
| 3. | | | | | | Buy (add'l) | 12/01/23 | L | | |
| 4. | | | | | | Buy (add'l) | 12/06/23 | M | | |
| 5. | MD 529 (Portfolio 2027) | | None | N | T | | | | | |
| 6. | | | | | | Buy (add'l) | 12/01/23 | M | | |
| 7. | | | | | | Buy (add'l) | 12/06/23 | M | | |
| 8. | MD 529 (Portfolio 2027) | | None | J | T | | | | | |
| 9. | MD 529 (Portfolio 2027) | | None | J | T | | | | | |
| 10. | Sofi Cash Account | G | Interest | M | T | Open | 11/14/23 | M | | |
| 11. | LendingClub Cash Accounts | G | Interest | M | T | Open | 11/14/23 | M | | |
| 12. | Marcus Cash Account | D | Interest | N | T | Open | 11/13/23 | M | | |
| 13. | Bank of America Cash Accounts (x) | A | Interest | K | T | | | | | |
| 14. | Vanguard Baillie Gifford Global Pos. Impact Stock Inves. CL(VBPIX) | B | Dividend | L | T | Buy | 12/01/23 | K | | |
| 15. | Vanguard Total Bond Mkt Index Admiral CL (VBTLX) | A | Dividend | L | T | | | | | |
| 16. | Vanguard Global ESG Select Stock Invest. CL (VEIGX) | C | Dividend | L | T | Buy | 12/01/23 | K | | |
| 17. | Vanguard Global ESG Select Stock Admital CL (VESGX) | D | Dividend | M | T | Buy | 12/01/23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 18. Vanguard FTSE Social Index Admiral CL (VFTAX) | C | Dividend | M | T | Buy | 11/30/23 | L | | |
| 19. Vanguard Total INTL Stock Index Admiral CL (VTIAX) | B | Dividend | M | T | Buy | 12/14/23 | L | | |
| 20. Vanguard Target Retirement 2045 Investor CL (VTIVX) | B | Dividend | L | T | Buy | 12/01/23 | L | | |
| 21. Vanguard Total Stock Market Index Admiral CL (VTSAX) | B | Dividend | N | T | Buy | 12/14/23 | M | | |
| 22. | | | | | Buy (add'l) | 12/26/23 | L | | |
| 23. Vanguard Treasury Money Market Investor CL (VUSXX) | B | Int./Div. | O | T | Buy | 11/13/23 | N | | |
| 24. Vanguard ESG US Stock ETF (ESGV) | B | Dividend | L | T | Buy | 12/01/23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hurson, Brendan A. | 07/12/2024 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Brendan A. Hurson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544

# Judicial Compensation

uscourts.gov/about-federal-courts/about-federal-judges/judicial-compensation

| Year | District Judges | Circuit Judges | Associate Justices | Chief Justice |
|------|-----------------|----------------|--------------------|---------------|
| 2025 | $247,400 | $262,300 | $303,600 | $317,500 |
| 2024 | $243,300 | $257,900 | $298,500 | $312,200 |
| 2023 | $232,600 | $246,600 | $285,400 | $298,500 |
| 2022 | $223,400 | $236,900 | $274,200 | $286,700 |
| 2021 | $218,600 | $231,800 | $268,300 | $280,500 |
| 2020 | $216,400 | $229,500 | $265,600 | $277,700 |
| 2019 | $210,900 | $223,700 | $258,900 | $270,700 |
| 2018 | $208,000 | $220,600 | $255,300 | $267,000 |
| 2017 | $205,100 | $217,600 | $251,800 | $263,300 |
| 2016 | $203,100 | $215,400 | $249,300 | $260,700 |
| 2015 | $201,100 | $213,300 | $246,800 | $258,100 |
| 2014[1] | $199,100 | $211,200 | $244,400 | $255,500 |
| 2013 | $174,000 | $184,500 | $213,900 | $223,500 |
| 2012 | $174,000 | $184,500 | $213,900 | $223,500 |
| 2011 | $174,000 | $184,500 | $213,900 | $223,500 |
| 2010 | $174,000 | $184,500 | $213,900 | $223,500 |
| 2009 | $174,000 | $184,500 | $213,900 | $223,500 |
| 2008 | $169,300 | $179,500 | $208,100 | $217,400 |
| 2007 | $165,200 | $175,100 | $203,000 | $212,100 |
| 2006 | $165,200 | $175,100 | $203,000 | $212,100 |
| 2005 | $162,100 | $171,800 | $199,200 | $208,100 |
| 2004 | $158,100 | $167,600 | $194,300 | $203,000 |
| 2003 | $154,700 | $164,000 | $190,100 | $198,600 |
| 2002 | $150,000 | $159,100 | $184,400 | $192,600 |



## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

## PUBLIC NOTICE REGARDING THE PLANNED APPOINTMENT
## OF TWO U.S. MAGISTRATE JUDGES

The United States District Court for the District of Maryland is now accepting applications to fill two full-time United States Magistrate Judge positions in the Northern Division. This vacancy/appointment is contingent upon the confirmation of the current incumbents, the Honorable Brendan A. Hurson and the Honorable Matthew J. Maddox, as United States District Judges.

Applicants who recently applied for the vacancy created by the upcoming retirement of the Honorable Beth P. Gesner need not reapply as their applications will be considered in a now-merged selection process.

The duties of the position are:
| | |
|---|---|
| (1) | Conducting most preliminary proceedings in criminal cases; |
| (2) | Trying and disposing of misdemeanor cases; |
| (3) | Conducting various pretrial matters (including ADR) and evidentiary proceedings on delegation from the judges of the district; and |
| (4) | Trying and disposing of civil cases upon consent of the litigants. |

The basic jurisdiction of United States Magistrate Judges is specified in 28 U.S.C. § 636 *et seq*.
To be qualified for appointment an applicant must:
| | |
|---|---|
| (1) | Be, and have been for at least five years, a member in good standing of the bar at the highest court of a state, the District of Columbia, the Commonwealth of Puerto Rico, or the Virgin Islands of the United States, and have been engaged in the active practice of law for a period of at least 5 years (with some substitutes authorized); |
| (2) | Be competent to perform all the duties of the office, be of good moral character, be emotionally stable and mature, be committed to equal justice under the law, be in good health, be patient and courteous, and be capable of deliberation and decisiveness; |
| (3) | Be less than seventy years old; and |
| (4) | Not be related to a judge of the United States District Court for the District of Maryland. |

A Merit Selection Panel composed of attorneys and other members of the community will review all qualified applications and recommend in confidence to the District Judges at least seven persons it considers best qualified. The Court will make the appointments following FBI full-field investigations and IRS tax compliance reviews for each prospective appointee. An affirmative effort will be made to ensure due consideration of all qualified candidates, including women and members of minority groups. The current salary for a U.S. Magistrate Judge is $213,992.00. The term of office is eight (8) years and incumbents may be reappointed.

Application forms may be obtained from the Clerk of the District Court on-line by accessing the "Magistrate Judge Announcement" icon on the Court's home page at www.mdd.uscourts.gov. Please note that applicants must apply personally; no nominations will be accepted.

On or before April 20, 2023, please submit your application, attachments and three writing samples in PDF format to: Magis_Judge_vacancy@mdd.uscourts.gov. Even though we are requiring that applications be submitted via email, applicants must also provide an original and nine (9) copies of the completed application, attachments, and the three writing samples in a package marked MERIT SELECTION PANEL-CONFIDENTIAL, which should be sent to:

> Chair, Magistrate Judge Selection Panel
> c/o Tina Stavrou, Human Resources Manager
> United States District Court for the District of Maryland
> 4415 U.S. Courthouse
> 101 West Lombard Street, Fourth Floor
> Baltimore, MD 21201

All applications will be kept confidential unless the applicant consents to disclosure, and all applications will be examined only by members of the Merit Selection Panel, the Judges of the United States District Court for the District of Maryland and essential staff members. The deliberations of the Merit Selection Panel and the Judges will remain confidential.

# Meet the Staff | Disability and Accessibility Services

## Meet the Staff

Abigail Hurson she/her Associate Director



ashurson@loyola.edu

Copyright © 2025 Loyola University Maryland. All rights reserved.

# Associate Director Salaries in Baltimore, MD for Loyola University Maryland

ⓘ **indeed.com**/cmp/Loyola-University-Maryland/salaries/Associate-Director/Baltimore-MD

Average salary

$71,780
↓ 34%
Below national average

Average $71,780

Low $52,315

High $98,487

## Does this salary seem accurate?

Salary estimated from 3 employees, users, and past and present job advertisements on Indeed in the past 12 months.

Compare all Associate Director salaries in Baltimore

### How much does an Associate Director make at Loyola University Maryland in Baltimore?

Average Loyola University Maryland Associate Director yearly pay in Baltimore is approximately $71,780, which is 34% below the national average.

Salary information comes from 3 data points collected directly from employees, users, and past and present job advertisements on Indeed in the past 36 months.

Please note that all salary figures are approximations based upon third party submissions to Indeed. These figures are given to the Indeed users for the purpose of generalized comparison only. Minimum wage may differ by jurisdiction and you should consult the employer for actual salary figures.

# School of Law, Associate Director of Advocacy, Clinical Assistant Professor, Non-Tenure Track

## Position Details

Position Details

| | |
|---|---|
| **Job Title** | School of Law, Associate Director of Advocacy, Clinical Assistant Professor, Non-Tenure Track |
| **Position Title** | School of Law, Associate Director of Advocacy, Clinical Assistant Professor, Non-Tenure Track |
| **Position Number** | |
| **Job Category** | University Faculty |
| **Job Type** | Full-Time |
| **FLSA Status** | Exempt |
| **Campus** | Chicago-Water Tower Campus |
| **Location Code** | SCHOOL OF LAW (02700A) |
| **Department Name** | LAW SCHOOL |
| **Is this split and/or fully grant funded?** | No |
| **Duties and Responsibilities** | **Salary Range:** $62,500 – $104,000<br>**Benefits Information:** **https://www.luc.edu/hr/benefits/**<br><br>The Associate Director of the Dan K. Webb Center for Advocacy works with the Director of the Center for Advocacy to coordinate and expand curricular offerings in trial practice to meet ABA Standards. The Associate Director teaches trial practice courses and recruits, trains and supports adjunct faculty teaching trial practice courses. The Associate Director also provides mentoring and advising to students interested in trial practice.<br><br>The Associate Director assists the Director in engaging with alumni and the legal community and planning events for students, alumni and other identified constituencies, including hosting competitions, CLE programs, conferences, and lectures. The Associate Director also coordinates and assists with Center competition teams.<br><br>Loyola University Chicago School of Law is dedicated as a faculty to educate students to be responsible and compassionate lawyers and ethical advocates for justice and equity, and to contribute to a deeper understanding of law, legal institutions, and systems of oppression through a commitment to transformation, intersectionality, and anti-subordination in our teaching, research, scholarship, and public service. Both the University and the law school will prioritize candidates who demonstrate a commitment to this mission and to diversity, equity, and inclusion.<br><br>The responsibilities of the position will include:<br><br>1. Teaching trial practice courses;<br>2. Assisting with the development of curriculum for the Advocacy Center;<br>3. Promoting advocacy programming in hybrid format for our part-time/weekend JD division;<br>4. Engaging with alumni and the legal community and planning events for students, alumni and other identified constituencies, including hosting competitions;<br>5. Active involvement in student mentoring and advising;<br>6. Supervising and training Advocacy Center faculty;<br>7. Planning and hosting CLE programs, conferences, and lectures;<br>8. Coordinating and assisting with competition teams;<br>9. Service to the School of Law, University, and community;<br>10. Significant engagement with academic institutions and professional organizations, including frequent participation in local, regional, and national meetings and symposia. |
| **Qualifications** | 1. Applicants must have a JD from an accredited institution;<br>2. Trial experience<br>3. Demonstrated devotion to teaching and mentoring students;<br>4. A Research Agenda;<br>5. Strong commitment to social justice issues; and<br>6. Experience coaching mock trial teams is also desired. |
| **Physical Demands** | |
| **Working Conditions** | |
| **Minimum Education and/or Work Experience** | 1. Applicants must have a JD from an accredited institution;<br>2. Trial experience<br>3. Demonstrated devotion to teaching and mentoring students; |