# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/cgi-bin/HistDocQry.pl

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 12/27/2024 <br><br> *Entered:* 12/30/2024 | Complaint |
| | *Docket Text:* COMPLAINT against Alexander, Barranco, Battista, Tanya C. Bernstein, Robert Brennen, Victor Brick, Charles A. Bryan, Holly Butler, Thomas Degonia, II, Desimone, Jr, Justin Drummond, Jessica Duvall, Ensor, Stephen Frenkil, Richard Hartman, Victoria Hoffberger, Earl Ihle, Daniel Levett, Mayer, Glenn Norris, Ohana Growth Partners, LLC, Robinson, Jr, Randall Romes, State of Maryland, Stringer, Truffer, Stacey R. Wittelsberger, filed by Ryan Dillon-Capps. (bw5s, Deputy Clerk) (Additional attachment(s) added on 12/30/2024: # (1) Civil Cover Sheet, # (2) Summons, # (3) USM Forms, # (4) Complaint Integrated Appendix: Pretext, # (5) Complaint Integrated Appendix: Parties, # (6) Complaint Integrated Appendix: CoverUp, # (7) Complaint Integrated Appendix: Counts, # (8) Prefatory Appendix A: Table of Defendants, # (9) Prefatory Appendix: Cause of Action Table, # (10) Memorandum of Law in Opposition to Immunity, # (11) Resume of Timothy Allen, # (12) Table of Exhibits) (bw5s) | |
| 2 | *Filed:* 12/27/2024 <br><br> *Entered:* 12/30/2024 <br><br> *Terminated:* 01/08/2025 | Motion for Leave to Proceed in forma pauperis |
| | *Docket Text:* MOTION for Leave to Proceed in forma pauperis by Ryan Dillon-Capps (Attachments: # (1) Complaint Integrated Appendix: Informa Pauperis Relief with Limited Attorney Designation)(bw5s, Deputy Clerk) | |
| 3 | *Filed:* 12/27/2024 <br><br> *Entered:* 12/30/2024 <br><br> *Terminated:* 01/08/2025 | Motion for Other Relief |

District Court Electronic Docket     Exhibit Page # 1 of 25     EXHIBIT 205

| | | |
|---|---|---|
| | *Docket Text:* MOTION (Complaint Integrated Appendix: State Level Negotiations and Systemic Oversight Relief) for Other Relief by Ryan Dillon-Capps (Attachments: # (1) Meet and Confer Letter to Attorney General Anthony Brown, # (2) Text of Proposed Order)(bw5s, Deputy Clerk) (Additional attachment(s) added on 12/31/2024: # (3) Corrected Main Document) (bw5s). | |
| [4] | *Filed:* 12/27/2024<br><br>*Entered:* 12/30/2024<br><br>*Terminated:* 01/08/2025 | Motion for Other Relief |
| | *Docket Text:* MOTION (Complaint Integrated Appendix: Interlocutory Partial Summary Judgement) for Other Relief by Ryan Dillon-Capps (Attachments: # (1) Memorandum in Support of the Interlocutory Partial Summary Judgement)(bw5s, Deputy Clerk) (Additional attachment(s) added on 12/31/2024: # (2) Corrected Main Document, # (3)[STRICKEN] Attachment) (bw5s). Modified on 1/30/2025 (bw5s). | |
| [5] | *Filed:* 12/27/2024<br><br>*Entered:* 12/30/2024<br><br>*Terminated:* 01/08/2025 | Motion for Other Relief |
| | *Docket Text:* MOTION (Complaint Integrated Appendix: Conditional Permissive Joinder) for Other Relief by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) (Additional attachment(s) added on 12/31/2024: # (2) Corrected Main Document) (bw5s). | |
| [6] | *Filed:* 12/27/2024<br><br>*Entered:* 12/30/2024<br><br>*Terminated:* 01/08/2025 | Motion for Other Relief |
| | *Docket Text:* MOTION (Complaint Integrated Appendix: Emergency Ex Parte Hearing) for Other Relief by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) | |

| 7 | Filed: 12/27/2024 <br><br> Entered: 12/30/2024 | Notice (Other) |
|---|---|---|
| | Docket Text: NOTICE of Filing of Affidavit in Support of Pleading Motions by Ryan Dillon-Caps (Attachments: # (1) Affidavit of Caroline Dillon-Capps, # (2) Affidavit of Ryan Dillon-Capps Financial Harm)(bw5s, Deputy Clerk) (Additional attachment(s) added on 12/31/2024: # (3) Corrected Main Document) (bw5s). | |
| 8 | Filed: 12/27/2024 <br><br> Entered: 12/30/2024 | Consent to Receive Electronic Notice |
| | Docket Text: Consent to receive notice and service electronically by Ryan Dillon-Capps. The Court recommends that all documents received electronically be printed or saved for future reference.(bw5s, Deputy Clerk) | |
| 9 | Filed & Entered: 12/30/2024 | Deficiency Notice-Non-Prisoner |
| | Docket Text: Deficiency Notice for Ryan Dillon-Capps re: (ECF No. [1] Complaint, filed by Ryan Dillon-Capps ); must be corrected by 1/13/2025 (c/m 12/30/2024 - bw5s, Deputy Clerk) | |
| 10 | Filed & Entered: 12/30/2024 | Deficiency Notice-Non-Prisoner |
| | Docket Text: [FILED IN ERROR] Deficiency Notice for Ryan Dillon-Capps re: (ECF No. [3] Motion for Other Relief, filed by Ryan Dillon-Capps ); must be corrected by 1/13/2025 (c/m w/ copy of filing 12/20/2024 - bw5s, Deputy Clerk) Modified on 12/30/2024 (bw5s). | |
| 11 | Filed & Entered: 12/30/2024 | Deficiency Notice-Non-Prisoner |

|  |  | *Docket Text:* [FILED IN ERROR] Deficiency Notice for Ryan Dillon-Capps re: (ECF No. [4] Motion for Other Relief filed by Ryan Dillon-Capps ); must be corrected by 1/13/2025 (c/m w/ copy of filing - 12/30/2024 - bw5s, Deputy Clerk) Modified on 12/30/2024 (bw5s). |
|---|---|---|
| 12 | *Filed & Entered:*      12/30/2024 | Deficiency Notice-Non-Prisoner |
|  |  | *Docket Text:* [FILED IN ERROR] Deficiency Notice for Ryan Dillon-Capps re: (ECF No. [5] Motion for Other Relief filed by Ryan Dillon-Capps ); must be corrected by 1/13/2025 (c/m w/ copy of filing 12/30/2024 - bw5s, Deputy Clerk) Modified on 12/30/2024 (bw5s). |
| 13 | *Filed & Entered:*      12/30/2024 | Deficiency Notice-Non-Prisoner |
|  |  | *Docket Text:* [FILED IN ERROR] Deficiency Notice for Ryan Dillon-Capps re: (ECF No. [7] Notice (Other) filed by Ryan Dillon-Capps ); must be corrected by 1/13/2025 (c/m w/ copy of filing 12/30/2024 - bw5s, Deputy Clerk) Modified on 12/30/2024 (bw5s). |
| 14 | *Filed & Entered:*      12/30/2024 | New Case Notification Letter |
|  |  | *Docket Text:* New Case Notification Letter sent to Ryan Dillon-Capps. (c/m 12/30/2024 - bw5s, Deputy Clerk) |
| 15 | *Filed:*      12/30/2024<br><br>*Entered:*      12/31/2024 | Notice (Other) |
|  |  | *Docket Text:* NOTICE (Proposed Summons and USM Form) by Ryan Dillon-Capps re [1] Complaint, (Attachments: # (1) USM Form)(bw5s, Deputy Clerk) |
| 16 | *Filed & Entered:*      01/03/2025 | Supplement |

| | | |
|---|---|---|
| | *Docket Text:* Supplement (Exhibits) to [1] Complaint, filed by Ryan Dillon-Capps (Attachments: # (1) Exhibit 101, # (2) Exhibit 101B, # (3) Exhibit 102, # (4) Exhibit 103, # (5) Exhibit 104, # (6) Exhibit 105, # (7) Exhibit 106, # (8) Exhibit 107, # (9) Exhibit 108, # (10) Exhibit 108 Part 2, # (11) Exhibit 108 Part 3, # (12) Exhibit 109, # (13) Exhibit 110, # (14) Exhibit 164, # (15) Exhibit 165)(Originally rec'd 12/27/2024 - bw5s, Deputy Clerk) | |
| 17 | *Filed & Entered:*     01/03/2025 | Notice (Other) |
| | *Docket Text:* NOTICE of Urgency by Ryan Dillon-Capps re [6] MOTION (Complaint Integrated Appendix: Emergency Ex Parte Hearing) for Other Relief (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) | |
| 18 | *Filed & Entered:*     01/08/2025 | Memorandum and Order |
| | *Docket Text:* MEMORANDUM AND ORDER granting insofar as Plaintiff seeks waiver of prepayment of the filing fee [2] Motion for Leave to Proceed in forma pauperis; denying [3] MOTION (Complaint Integrated Appendix: State Level Negotiations and Systemic Oversight Relief) for Other Relief; denying [4] MOTION (Complaint Integrated Appendix: Interlocutory Partial Summary Judgement) for Other Relief; denying [5] MOTION (Complaint Integrated Appendix: Conditional Permissive Joinder) for Other Relief; denying [6] MOTION (Complaint Integrated Appendix: Emergency Ex Parte Hearing) for Other Relief; dismissing defendants Judge DeSimone Jr., Judge Truffer, Judge Barranco, Judge Alexander, Budge Battista, Judge Mayer, Judge Stringer, and Judge Robinson Jr., Julie Ensor, and the State of Maryland; directing the Plaintiff to file an amended complaint by January 31, 2025. Signed by Judge Brendan Abell Hurson on 1/8/2025. (bw5s, Deputy Clerk) | |
| 19 | *Filed & Entered:*     01/13/2025<br><br>*Terminated:*     01/29/2025 | Motion for Reconsideration |
| | *Docket Text:* MOTION for Reconsideration re [18] MEMORANDUM AND ORDER by Ryan Dillon-Capps (Attachments: # (1) Memorandum in Support, # (2) Affidavit, # (3) Text of Proposed Order)(bw5s, Deputy Clerk) | |

| 20 | | Motion to Expedite |
|---|---|---|
| | *Filed:* 01/14/2025 | |
| | *Entered:* 01/15/2025 | |
| | *Terminated:* 01/29/2025 | |
| | *Docket Text:* MOTION to Expedite Ruling on Motion to Reconsider Partial Dismissed Claims re [19] MOTION for Reconsideration re [18] MEMORANDUM AND ORDER by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order) (bw5s, Deputy Clerk) | |
| 21 | | Motion to Strike |
| | *Filed & Entered:* 01/22/2025 | |
| | *Terminated:* 01/29/2025 | |
| | *Docket Text:* MOTION to Strike Document 4-3 from the Docket by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) | |
| 22 | | Order on Motion to Expedite |
| | *Filed:* 01/29/2025 | |
| | *Entered:* 01/30/2025 | |
| | *Docket Text:* ORDER denying [19] MOTION for Reconsideration re [18] MEMORANDUM AND ORDER; denying [20] MOTION to Expedite Ruling on Motion to Reconsider Partial Dismissed Claims; granting [21] MOTION to Strike Document 4-3 from the Docket; extending deadline to file an amended complaint to February 12, 2025. Signed by Judge Brendan Abell Hurson on 1/29/2025. (bw5s, Deputy Clerk) | |
| 23 | | Notice (Other) |
| | *Filed & Entered:* 02/03/2025 | |
| | *Docket Text:* NOTICE (Affidavit for State Court Document Files) by Ryan Dillon-Capps (Attachments: # (1) SCD 1, # (2) SCD 2, # (3) SCD 3, # (4) SCD 4, # (5) SCD 5, # (6) SCD 6, # (7) SCD 7, # (8) SCD 8, # (9) SCD 9, # (10) SCD 19, # (11) Exhibit 163A, # (12) Exhibit 163B)(bw5s, Deputy Clerk) | |

| 24 | *Filed:* 02/06/2025 | Affidavit |
|----|---------------------|-----------|
|    | *Entered:* 02/07/2025 | |
|    | *Docket Text:* AFFIDAVIT (Amended Complaint Statement of Facts) by Ryan Dillon-Capps(bw5s, Deputy Clerk) | |
| 25 | *Filed & Entered:* 02/07/2025 | Motion for TRO |
|    | *Terminated:* 02/12/2025 | |
|    | *Docket Text:* Emergency MOTION for Temporary Restraining Order and Preliminary Injunction by Ryan Dillon-Capps (Attachments: # (1) Memorandum in Support, # (2) Text of Proposed Order)(bw5s, Deputy Clerk) | |
| 26 | *Filed & Entered:* 02/10/2025 | Amended Complaint |
|    | *Docket Text:* AMENDED COMPLAINT against Robert S. Brennen, Victor C. Brick, Charles A. Bryan, Holly D. Butler, Justin Drummond, Jessica L. Duvall, Stephen D. Frenkil, Richard Hartman, Victoria K. Hoffberger, Earl Ihle, Daniel J. Levett, Glenn Norris, Ohana Growth Partners, LLC, Randall Romes, Stacey R. Wittelsberger, Terry Woods, Alaris Equity Partners USA Inc., Brick Bodies Services, Inc., Down Under Growth Partners, LLC, Miles & Stockbridge, P.C., Pla-Fit Franchise, LLC, filed by Ryan Dillon-Capps. (Attachments: # (1) Attachment, # (2) Attachment, # (3) Affidavit, # (4) USM Foms)(bw5s, Deputy Clerk) | |
| 27 | *Filed & Entered:* 02/12/2025 | Memorandum and Order |
|    | *Docket Text:* MEMORANDUM AND ORDER denying [25] Emergency MOTION for Temporary Restraining Order and Preliminary Injunction. Signed by Judge Brendan Abell Hurson on 2/12/2025. (bw5s, Deputy Clerk) | |
| 28 | *Filed & Entered:* 02/13/2025 | Motion for Reconsideration |

| | | |
|---|---|---|
| | *Docket Text:* Emergency MOTION for Reconsideration re [27] Memorandum and Order denying [25] Emergency MOTION for Temporary Restraining Order and Preliminary Injunction by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order, # (2) Affidavit, # (3) Envelope, # (4) Affidavit)(bw5s, Deputy Clerk) | |
| 29 | *Filed:* 02/13/2025 _____ *Entered:* 02/14/2025 | Notice (Other) |
| | *Docket Text:* NOTICE (Proposed Summons) by Ryan Dillon-Capps re [26] Amended Complaint (Attachments: # (1) Summons, # (2) Summons, # (3) Summons)(bw5s, Deputy Clerk) | |
| 30 | *Filed:* 02/13/2025 _____ *Entered:* 02/14/2025 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION (Request) for Issuance of Summons and Service by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) | |
| 31 | *Filed:* 02/13/2025 _____ *Entered:* 02/14/2025 | Correcting earlier submission |
| | *Docket Text:* Correspondence Correcting Earlier Submission (Notice of Filing Error and Request for Correction of ECF 16-12) re [16] Supplement (Attachments: # (1) Text of Proposed Order, # (2) Exhibit 109)(bw5s, Deputy Clerk) | |
| 32 | *Filed:* 02/13/2025 _____ *Entered:* 02/14/2025 | Correcting earlier submission |
| | *Docket Text:* Correspondence Correcting Earlier Submission (Notice of Filing Error and Request for Correction of ECF 16-13) re [16] Supplement, (Attachments: # (1) Text of Proposed Order, # (2) Exhibit 110)(bw5s, Deputy Clerk) | |
| 33 | *Filed & Entered:* 02/14/2025 | Motion for TRO |

| | | | |
|---|---|---|---|
| | | | *Docket Text:* Amended Emergency MOTION for Temporary Restraining Order and Preliminary Injunction by Ryan Dillon-Capps(bw5s, Deputy Clerk) |
| 34 | *Filed & Entered:* | 02/18/2025 | Affidavit |
| | *Docket Text:* AFFIDAVIT in Support re [28] Emergency MOTION for Reconsideration by Ryan Dillon-Capps(bw5s, Deputy Clerk) | | |
| 35 | *Filed & Entered:* | 02/18/2025 | Notice (Other) |
| | *Docket Text:* NOTICE of Filing Related Documents by Ryan Dillon-Capps (bw5s, Deputy Clerk) | | |
| 36 | *Filed & Entered:* | 02/18/2025 | Notice of Interlocutory Appeal |
| | *Docket Text:* NOTICE OF INTERLOCUTORY APPEAL as to [22] Order on Motion to Expedite, Order on Motion to Strike, Order on Motion for Reconsideration, by Ryan Dillon-Capps. (Fee Status: IFP) (slss, Deputy Clerk) | | |
| 37 | *Filed & Entered:* | 02/18/2025 | Transmission of Notice of Appeal and Docket Sheet to USCA |
| | *Docket Text:* Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [36] Notice of Interlocutory Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices.(slss, Deputy Clerk) | | |
| 38 | *Filed & Entered:* | 02/19/2025 | Notice (Other) |
| | *Docket Text:* NOTICE of Filing Related Documents by Ryan Dillon-Capps re [28] MOTION for Reconsideration (Attachments: # (1) Affidavit, # (2) Exhibit 109A) (bw5s, Deputy Clerk) | | |

| 39 | | Order Staying Case |
|---|---|---|
| | *Filed & Entered:* 02/20/2025 | |
| | *Docket Text:* ORDER STAYING CASE. Signed by Judge Brendan Abell Hurson on 2/20/2025. (bw5s, Deputy Clerk) | |

| 40 | | Notice (Other) |
|---|---|---|
| | *Filed & Entered:* 02/20/2025 | |
| | *Docket Text:* NOTICE of Filing Related Documents by Ryan Dillon-Capps re [28] MOTION for Reconsideration (Attachments: # (1) Affidavit)(bw5s, Deputy Clerk) | |

| 41 | | Motion to Seal |
|---|---|---|
| | *Filed & Entered:* 02/20/2025 | |
| | *Docket Text:* MOTION to Seal by Ryan Dillon-Capps (Attachments: # (1) Text of Proposed Order)(bw5s, Deputy Clerk) | |

| 42 | | Notice of Filing Exhibit or Attachment Under Seal |
|---|---|---|
| | *Filed & Entered:* 02/20/2025 | |
| | *Docket Text:* -SEALED - NOTICE of Filing Under Seal Letter by Ryan Dillon-Capps re [41] MOTION to Seal (bw5s, Deputy Clerk) | |

| 43 | | USCA Case Number |
|---|---|---|
| | *Filed:* 02/20/2025 | |
| | *Entered:* 02/22/2025 | |
| | *Docket Text:* USCA Case Number 25-1162 for [36] Notice of Interlocutory Appeal filed by Ryan Dillon-Capps - Case Manager - Karen Stump. (slss, Deputy Clerk) | |

| | | Record to 4cca |
|---|---|---|
| | *Filed & Entered:* 03/07/2025 | |
| | *Docket Text:* Assembled Electronic Record Transmitted to Fourth Circuit -- Initial. (slss, Deputy Clerk) | |

| 44 | | | USCA Order |
|---|---|---|---|
| | *Filed & Entered:* | 03/14/2025 | |
| | *Docket Text:* ORDER of USCA denying Motion for injunctive relief pending appeal and Motion for single judge consideration as to [36] Notice of Interlocutory Appeal filed by Ryan Dillon-Capps (kns, Deputy Clerk) | | |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

**Document Selection Menu**

| Document Number: | 1 | 29 pages | 836.6 KB |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Civil Cover Sheet | 1 page | 66.6 KB |
| 2 | Summons | 58 pages | 569.9 KB |
| 3 | USM Forms | 28 pages | 890.9 KB |
| 4 | Complaint Integrated Appendix: Pretext | 6 pages | 809.9 KB |
| 5 | Complaint Integrated Appendix: Parties | 27 pages | 1.0 MB |
| 6 | Complaint Integrated Appendix: CoverUp | 5 pages | 922.0 KB |
| 7 | Complaint Integrated Appendix: Counts | 74 pages | 1.3 MB |
| 8 | Prefatory Appendix A: Table of Defendants | 3 pages | 806.0 KB |
| 9 | Prefatory Appendix: Cause of Action Table | 2 pages | 766.3 KB |
| 10 | Memorandum of Law in Opposition to Immunity | 24 pages | 978.1 KB |
| 11 | Resume of Timothy Allen | 3 pages | 728.3 KB |
| 12 | Table of Exhibits | 5 pages | 787.0 KB |
| or | | 265 pages | 10.5 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093014544080

**Document Selection Menu**

| Document Number: | 3 | | 0 B |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Meet and Confer Letter to Attorney General Anthony Brown | 3 pages | 794.1 KB |
| 2 | Text of Proposed Order | 2 pages | 719.1 KB |
| 3 | Corrected Main Document | 4 pages | 647.1 KB |
| or | | 9 pages | 2.2 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093014544097

## Document Selection Menu

| Document Number: | 4 | | 0 B |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Memorandum in Support of the Interlocutory Partial Summary Judgement | 14 pages | 852.0 KB |
| 2 | Corrected Main Document | 19 pages | 3.7 MB |
| 3 | *Restricted* | | 0 B |
| or | | 33 pages | 4.6 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

⚖ **ecf.mdd.uscourts.gov**/doc1/093014544111

## Document Selection Menu

| Document Number: | 5 | | 0 B |
|---|---|---|---|
| **Attachment** | **Description** | **Pages** | **Size** |
| 1 | Text of Proposed Order | 2 pages | 704.2 KB |
| 2 | Corrected Main Document | 7 pages | 1.2 MB |
| or | | 9 pages | 1.9 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093014544120

**Document Selection Menu**

| Document Number: | 6 | 3 pages | 73.5 KB |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Text of Proposed Order | 2 pages | 33.7 KB |
| or | | 5 pages | 107.2 KB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093014544145

## Document Selection Menu

| Document Number: | | 7 | | 0 B |
|---|---|---|---|---|
| **Attachment** | **Description** | | **Pages** | **Size** |
| 1 | Affidavit of Caroline Dillon-Caps | | 9 pages | 4.4 MB |
| 2 | Affidavit of Ryan Dillon-Capps Financial Harm | | 8 pages | 821.1 KB |
| 3 | Corrected Main Document | | 1 page | 191.0 KB |
| or | | | 18 pages | 5.5 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093114544156

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Fri Apr 25 01:11:27 2025 | | | |
| **Pacer Login:** | ryanmxt3com | **Client Code:** | |
| **Description:** | Image8-0 | **Case Number:** | 1:24-cv-03744-BAH |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Fri Apr 25 01:11:02 2025 | | | |
| Pacer Login: | ryanmxt3com | Client Code: | |
| Description: | Image9-0 | Case Number: | 1:24-cv-03744-BAH |
| Billable Pages: | 3 | Cost: | 0.30 |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Fri Apr 25 01:13:11 2025 | | | |
| Pacer Login: | ryanmxt3com | Client Code: | |
| Description: | Image14-0 | Case Number: | 1:24-cv-03744-BAH |
| Billable Pages: | 2 | Cost: | 0.20 |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

 **ecf.mdd.uscourts.gov**/doc1/093014546361

**Document Selection Menu**

| Document Number: | 15 | 2 pages | 209.8 KB |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | USM Form | 1 page | 1.4 MB |
| or | | 3 pages | 1.6 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

 ecf.mdd.uscourts.gov/doc1/093014553284

## Document Selection Menu

| Document Number: | 16 | 160 pages | 15.9 MB |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Exhibit 101 | 104 pages | 16.6 MB |
| 2 | Exhibit 101B | 185 pages | 27.6 MB |
| 3 | Exhibit 102 | 33 pages | 8.8 MB |
| 4 | Exhibit 103 | 34 pages | 6.1 MB |
| 5 | Exhibit 104 | 70 pages | 15.8 MB |
| 6 | Exhibit 105 | 84 pages | 5.8 MB |
| 7 | Exhibit 106 | 198 pages | 9.3 MB |
| 8 | Exhibit 107 | 226 pages | 13.3 MB |
| 9 | Exhibit 108 | 82 pages | 17.0 MB |
| 10 | Exhibit 108 Part 2 | 329 pages | 13.9 MB |
| 11 | Exhibit 108 Part 3 | 109 pages | 7.0 MB |
| 12 | Exhibit 109 | 115 pages | 6.3 MB |
| 13 | Exhibit 110 | 65 pages | 27.5 MB |
| 14 | Exhibit 164 | 89 pages | 7.3 MB |
| 15 | Exhibit 165 | 151 pages | 6.9 MB |
| or | | 2034 pages | 205.1 MB |

# District of Maryland (CM/ECF Live NextGen 1.7.1.1)

ecf.mdd.uscourts.gov/doc1/093014553362

**Document Selection Menu**

| Document Number: | 17 | 5 pages | 958.1 KB |
| --- | --- | --- | --- |

| Attachment | Description | Pages | Size |
| --- | --- | --- | --- |
| 1 | Text of Proposed Order | 1 page | 811.5 KB |
| or | | 6 pages | 1.8 MB |

# Directory by Department

 **www2.mdd.uscourts.gov**/MDD_Internet_Site_Apps/Directory_App/directorybydept_app.asp

## Clerk's Office Baltimore - Case Administration

| <u>Name</u> | <u>Title</u> | <u>Location</u> | <u>Telephone</u> |
|---|---|---|---|
| **Intake Counter** | | Baltimore | <u>410-962-6792</u> |
| **Brian Ames** | Case Administrator | Baltimore | <u>410-962-3887</u> |
| **Kendra Brown** | Case Administrator | Baltimore | <u>410-962-3562</u> |
| **Katie Kropkowski** | Case Administrator | Baltimore | <u>410-962-3899</u> |
| **Holly Lee** | Case Administrator | Baltimore | <u>410-962-3983</u> |
| **Olivia Lewis** | Case Administrator | Baltimore | <u>410-962-4027</u> |
| **Katie Nader** | Case Administration Supervisor | Baltimore | <u>410-962-3854</u> |
| **Ashley Ramos-Gabriel** | Intake & Records Clerk | Baltimore | <u>410-962-4029</u> |
| **Stephanie Savoy** | Case Administrator | Baltimore | <u>410-962-3928</u> |
| **Denise Skinner** | Case Administrator | Baltimore | <u>410-962-3451</u> |
| **Andrew Vincent** | Intake & Records Clerk | Baltimore | <u>410-962-3923</u> |

# Directory by Department



## Clerk's Office Greenbelt - Case Administration

| Name | Title | Location | Telephone |
|---|---|---|---|
| **Intake Counter** | | Greenbelt | 301-344-3329 |
| **Yasmeen Barnett** | Case Administrator | Greenbelt | 301-344-3124 |
| **Hilda Espino-Palma** | Case Administrator | Greenbelt | 301-344-3128 |
| **Janet Fletcher** | Case Administration Supervisor | Greenbelt | 301-344-3323 |
| **Brandon Grosch** | Case Administrator | Baltimore | 301-344-3220 |
| **Jazmyne Hendricks** | Intake & Records Clerk | Greenbelt | 301-344-3125 |
| **Ivon Morales** | Intake & Records Clerk | Greenbelt | 301-344-3656 |
| **Baylee Wilson** | Case Administrator | Greenbelt | 301-344-3225 |