

Ryan Dillon-Capps <ryan@mxt3.com>

## Attorney Grievance Commission Private and Confidential Letters Dated 1-22-25
1 message

**Kelsey E. Rowe** <kelsey.rowe@agc.maryland.gov>  Wed, Jan 22, 2025 at 10:00 AM
To: "ryan@mxt3.com" <ryan@mxt3.com>

Dear Mr. Dillon-Capps,

Please see the attached correspondence from the Attorney Grievance Commission of Maryland.

This correspondence is being sent only via e-mail.

Thank you,



KELSEY E. ROWE

*Secretary*

Phone: (410) 514-7051

200 Harry S. Truman Parkway

Suite 300

Annapolis, MD 21401-7479

Email: kelsey.rowe@agc.maryland.gov

Web:www.courts.state.md.us/attygrievance/faqs

Confidentiality Note: This email message and attachments contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email information, is strictly prohibited and that the documents should be returned to me immediately. If you have received this email in error or by accidental transmission, please notify me by return email; immediately delete all electronic copies of this email and all attachments; and destroy all hard copies. Thank you.

**5 attachments**

- **File No. 2025-0083 Letter to C Dated 1-22-25.pdf**
  138K
- **File No. 2025-0082 Letter to C Dated 1-22-25.pdf**
  137K
- **File No. 2025-0081 Letter to C Dated 1-22-25.pdf**
  137K
- **File No. 2025-0080 Letter to C Dated 1-22-25.pdf**
  137K
- **File No. 2024-1725 Letter to C Dated 1-22-25.pdf**
  138K

# ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
## OFFICE OF BAR COUNSEL

200 HARRY S. TRUMAN PARKWAY
SUITE 300
ANNAPOLIS, MARYLAND 21401-7479
(410) 514-7051

THOMAS M. DeGONIA II
BAR COUNSEL

JESSICA M. HALL
DEPUTY BAR COUNSEL

C. SHEA McSPADEN
DEPUTY BAR COUNSEL

January 22, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**<u>PRIVATE AND CONFIDENTIAL</u>**

Ryan Aurelius Dillon-Capps
1334 Maple Avenue
Essex, MD 21221

        RE:    File No. 2025-0083
                  Respondent: Victoria Klein Hoffberger, Esquire

Dear Mr. Dillon-Capps:

      I acknowledge receipt of your email of October 4, 2024, and follow-up correspondence dated October 23, October 28, and November 4, 2024, concerning the above-named attorney. This office investigates complaints against Maryland attorneys that allege violations of the Maryland Attorneys' Rules of Professional Conduct.

      Bar Counsel is making a preliminary inquiry to determine whether your complaint should be closed or docketed for investigation. Before a complaint is docketed for investigation, Bar Counsel must determine that a sufficient basis exists to demonstrate misconduct and that the overall circumstances warrant an investigation. As part of our inquiry, we may obtain a response from the attorney who is the subject of the complaint and/or consider other relevant information that will assist us in evaluating the merits of your complaint. Should we need additional information from you to complete our inquiry, we will contact you in writing.

      While we make every effort to review complaints in a timely manner, depending on the circumstances of your complaint, it may take several months for us to complete our inquiry. If you are concerned about the passage of time before you again hear from our office, please submit a written request for a status update. Please note that we can only respond to written requests for information.

      When the inquiry is concluded, you will be notified as to whether this matter has been closed or docketed for investigation. Please refer to the Frequently Asked Questions section of our website available at www.courts.state.md.us/attygrievance for additional information about our procedures and the limitations of our jurisdiction.

                                          Sincerely,

                                          /s/ W. Hunter Daley

                                          W. Hunter Daley
                                          Assistant Bar Counsel

# ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
## OFFICE OF BAR COUNSEL

200 HARRY S. TRUMAN PARKWAY
SUITE 300
ANNAPOLIS, MARYLAND 21401-7479
(410) 514-7051

THOMAS M. DeGONIA II
BAR COUNSEL

JESSICA M. HALL
DEPUTY BAR COUNSEL

C. SHEA McSPADEN
DEPUTY BAR COUNSEL

January 22, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**<u>PRIVATE AND CONFIDENTIAL</u>**

Ryan Aurelius Dillon-Capps
1334 Maple Avenue
Essex, MD 21221

        RE:    File No. 2025-0082
                  Respondent: Steven David Frenkil, Esquire

Dear Mr. Dillon-Capps:

      I acknowledge receipt of your email of October 4, 2024, and follow-up correspondence dated October 23, October 28, and November 4, 2024, concerning the above-named attorney. This office investigates complaints against Maryland attorneys that allege violations of the Maryland Attorneys' Rules of Professional Conduct.

      Bar Counsel is making a preliminary inquiry to determine whether your complaint should be closed or docketed for investigation. Before a complaint is docketed for investigation, Bar Counsel must determine that a sufficient basis exists to demonstrate misconduct and that the overall circumstances warrant an investigation. As part of our inquiry, we may obtain a response from the attorney who is the subject of the complaint and/or consider other relevant information that will assist us in evaluating the merits of your complaint. Should we need additional information from you to complete our inquiry, we will contact you in writing.

      While we make every effort to review complaints in a timely manner, depending on the circumstances of your complaint, it may take several months for us to complete our inquiry. If you are concerned about the passage of time before you again hear from our office, please submit a written request for a status update. Please note that we can only respond to written requests for information.

      When the inquiry is concluded, you will be notified as to whether this matter has been closed or docketed for investigation. Please refer to the Frequently Asked Questions section of our website available at www.courts.state.md.us/attygrievance for additional information about our procedures and the limitations of our jurisdiction.

                                    Sincerely,

                                    /s/ W. Hunter Daley

                                  W. Hunter Daley
                                  Assistant Bar Counsel

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**
OFFICE OF BAR COUNSEL
200 HARRY S. TRUMAN PARKWAY
SUITE 300
ANNAPOLIS, MARYLAND  21401-7479
(410) 514-7051

THOMAS M. DeGONIA II  
BAR COUNSEL

JESSICA M. HALL  
DEPUTY BAR COUNSEL

C. SHEA McSPADEN  
DEPUTY BAR COUNSEL

January 22, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**<u>PRIVATE AND CONFIDENTIAL</u>**

Ryan Aurelius Dillon-Capps  
1334 Maple Avenue  
Essex, MD 21221

RE: File No. 2025-0081  
Respondent: Holly Drumheller Butler, Esquire

Dear Mr. Dillon-Capps:

I acknowledge receipt of your email of October 4, 2024, and follow-up correspondence dated October 23, October 28, and November 4, 2024, concerning the above-named attorney. This office investigates complaints against Maryland attorneys that allege violations of the Maryland Attorneys' Rules of Professional Conduct.

Bar Counsel is making a preliminary inquiry to determine whether your complaint should be closed or docketed for investigation. Before a complaint is docketed for investigation, Bar Counsel must determine that a sufficient basis exists to demonstrate misconduct and that the overall circumstances warrant an investigation. As part of our inquiry, we may obtain a response from the attorney who is the subject of the complaint and/or consider other relevant information that will assist us in evaluating the merits of your complaint. Should we need additional information from you to complete our inquiry, we will contact you in writing.

While we make every effort to review complaints in a timely manner, depending on the circumstances of your complaint, it may take several months for us to complete our inquiry. If you are concerned about the passage of time before you again hear from our office, please submit a written request for a status update. Please note that we can only respond to written requests for information.

When the inquiry is concluded, you will be notified as to whether this matter has been closed or docketed for investigation. Please refer to the Frequently Asked Questions section of our website available at www.courts.state.md.us/attygrievance for additional information about our procedures and the limitations of our jurisdiction.

Sincerely,

/s/ W. Hunter Daley

W. Hunter Daley  
Assistant Bar Counsel

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**
OFFICE OF BAR COUNSEL

200 HARRY S. TRUMAN PARKWAY
SUITE 300
ANNAPOLIS, MARYLAND 21401-7479
(410) 514-7051

THOMAS M. DeGONIA II
BAR COUNSEL

JESSICA M. HALL
DEPUTY BAR COUNSEL

C. SHEA McSPADEN
DEPUTY BAR COUNSEL

January 22, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**PRIVATE AND CONFIDENTIAL**

Ryan Aurelius Dillon-Capps
1334 Maple Avenue
Essex, MD 21221

    RE: File No. 2025-0080
       Respondent: Jessica Lynee Duvall, Esquire

Dear Mr. Dillon-Capps:

  I acknowledge receipt of your email of October 4, 2024, and follow-up correspondence dated October 23, October 28, and November 4, 2024, concerning the above-named attorney. This office investigates complaints against Maryland attorneys that allege violations of the Maryland Attorneys' Rules of Professional Conduct.

  Bar Counsel is making a preliminary inquiry to determine whether your complaint should be closed or docketed for investigation. Before a complaint is docketed for investigation, Bar Counsel must determine that a sufficient basis exists to demonstrate misconduct and that the overall circumstances warrant an investigation. As part of our inquiry, we may obtain a response from the attorney who is the subject of the complaint and/or consider other relevant information that will assist us in evaluating the merits of your complaint. Should we need additional information from you to complete our inquiry, we will contact you in writing.

  While we make every effort to review complaints in a timely manner, depending on the circumstances of your complaint, it may take several months for us to complete our inquiry. If you are concerned about the passage of time before you again hear from our office, please submit a written request for a status update. Please note that we can only respond to written requests for information.

  When the inquiry is concluded, you will be notified as to whether this matter has been closed or docketed for investigation. Please refer to the Frequently Asked Questions section of our website available at www.courts.state.md.us/attygrievance for additional information about our procedures and the limitations of our jurisdiction.

         Sincerely,

         /s/ W. Hunter Daley

        W. Hunter Daley
        Assistant Bar Counsel

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**
**OFFICE OF BAR COUNSEL**
**200 HARRY S. TRUMAN PARKWAY**
**SUITE 300**
**ANNAPOLIS, MARYLAND  21401-7479**
**(410) 514-7051**

THOMAS M. DeGONIA II
BAR COUNSEL

JESSICA M. HALL
DEPUTY BAR COUNSEL

C. SHEA McSPADEN
DEPUTY BAR COUNSEL

January 22, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**PRIVATE AND CONFIDENTIAL**

Ryan Aurelius Dillon-Capps
1334 Maple Avenue
Essex, MD 21221

      RE:    File No. 2024-1725
                Respondent:  Robert Scott Brennen, Esquire

Dear Mr. Dillon-Capps:

     I acknowledge receipt of your email of October 4, 2024, and follow-up correspondence dated October 23, October 28, and November 4, 2024, concerning the above-named attorney. This office investigates complaints against Maryland attorneys that allege violations of the Maryland Attorneys' Rules of Professional Conduct.

     Bar Counsel is making a preliminary inquiry to determine whether your complaint should be closed or docketed for investigation. Before a complaint is docketed for investigation, Bar Counsel must determine that a sufficient basis exists to demonstrate misconduct and that the overall circumstances warrant an investigation.  As part of our inquiry, we may obtain a response from the attorney who is the subject of the complaint and/or consider other relevant information that will assist us in evaluating the merits of your complaint. Should we need additional information from you to complete our inquiry, we will contact you in writing.

     While we make every effort to review complaints in a timely manner, depending on the circumstances of your complaint, it may take several months for us to complete our inquiry. If you are concerned about the passage of time before you again hear from our office, please submit a written request for a status update. Please note that we can only respond to written requests for information.

     When the inquiry is concluded, you will be notified as to whether this matter has been closed or docketed for investigation. Please refer to the Frequently Asked Questions section of our website available at www.courts.state.md.us/attygrievance for additional information about our procedures and the limitations of our jurisdiction.

                                Sincerely,

                                /s/ W. Hunter Daley

                                W. Hunter Daley
                                Assistant Bar Counsel



Ryan Dillon-Capps <ryan@mxt3.com>

# Attorney Grievance Commission Private and Confidential Letter Dated 2-20-25
1 message

**Kelsey E. Rowe** <kelsey.rowe@agc.maryland.gov>  Thu, Feb 20, 2025 at 9:35 AM
To: Ryan Dillon-Capps <ryan@mxt3.com>

Dear Ryan Aurelius Dillon-Capps,

Please see the attached correspondence from the Attorney Grievance Commission of Maryland.

This correspondence is being sent only via e-mail.

Thank you,



**KELSEY E. ROWE**

*Secretary*

Phone: (410) 514-7051

200 Harry S. Truman Parkway

Suite 300

Annapolis, MD 21401-7479

Email: kelsey.rowe@agc.maryland.gov

Web: www.courts.state.md.us/attygrievance/faqs

Confidentiality Note: This email message and attachments contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email information, is strictly prohibited and that the documents should be returned to me immediately. If you have received this email in error or by accidental transmission, please notify me by return email; immediately delete all electronic copies of this email and all attachments; and destroy all hard copies. Thank you.

📎 **Letter to C Dated 2-20-25.pdf**
161K

# ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
## OFFICE OF BAR COUNSEL

200 HARRY S. TRUMAN PARKWAY
SUITE 300
ANNAPOLIS, MARYLAND 21401-7479
(410) 514-7051

THOMAS M. DeGONIA II
BAR COUNSEL

JESSICA M. HALL
DEPUTY BAR COUNSEL

C. SHEA McSPADEN
DEPUTY BAR COUNSEL

February 20, 2025

VIA EMAIL ONLY (ryan@mxt3.com)

**<u>PRIVATE AND CONFIDENTIAL</u>**

Ryan Aurelius Dillon-Capps
1334 Maple Avenue
Essex, MD 21221

        RE:    Complainant:  Ryan Aurelius Dillon-Capps
                 Respondents:  Robert S. Brennan, Esq. (File No. 2024-1725)
                             Jessica L. Duvall, Esq. (File No. 2025-0080)
                             Holly D. Butler, Esq. (File No. 2025-0081)
                             Steven D. Frenkil, Esq. (File No. 2025-0082)
                             Victoria K. Hoffberger, Esq. (File No. 2025-0083)

Dear Ryan Aurelius Dillon-Capps:

      I have reviewed the complaint and the attorneys' response through counsel in the above-referenced matters.

      Pursuant to Section 4.8.3 of the Attorney Grievance Commission's Administrative and Procedural Guidelines, "Bar Counsel may defer an inquiry . . . if Bar Counsel concludes that a civil . . . action involving material allegations against the attorney substantially similar or related to those alleged in the complaint is pending in any court of record in the United States . . . ." A review of the correspondence indicates that case number 24-cv-03744-BAH, *Dillon-Capps v. Ohana Growth Partners, LLC, et al.*, is currently pending in the United States District Court for the District of Maryland. Accordingly, we are deferring inquiry into this matter, and we will take no action at this time. Our inquiry into your complaint remains open.

      By copy of this letter, I ask that you and Respondents' counsel notify our office when the litigation has concluded so that we may complete our evaluation of your complaint. Thank you for your continued cooperation.

                                                     Sincerely,

                                                     /s/ W. Hunter Daley

                                                     W. Hunter Daley
                                                     Assistant Bar Counsel

WHD
cc: Kelly Ann Powers, Esquire (via email only)