HD

Rcv'd by:_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS | Civil Action |
| *Plaintiff,* | No. BAH 24 CV 3744 |
| vs. | |
| OHANA GROWTH PARTNERS, LLC *et al* | Hon. _____ |
| *Defendants* | |

USDC- BALTIMORE
'24 DEC 27 PM 1:03

---

### COMPLAINT INTEGRATED APPENDIX: EMERGENCY EX PARTE HEARING

**Plaintiff incorporates all subsequent sections and attachments herein by reference as though fully stated in this main document.**

**TO THE HONORABLE COURT:**

1      Pursuant to Federal Rules of Civil Procedure 65(b), 26(c), and 6(c)(1)(C), Plaintiff Ryan Dillon-Capps respectfully requests an immediate emergency ex parte hearing for the purposes of:

    1.      Allowing testimony under seal to protect sensitive information and ensure the safety of all involved parties;

    2.      Ruling on the following pending motions and requests:

        2.1      In Forma Pauperis Relief with Limited Attorney Designation;

        2.2      State-Level Negotiations and Systemic Oversight Relief;

        2.3      Conditional Permissive Joinder;

        2.4      Interlocutory Partial Summary Judgment.

## Grounds For Relief

### I. TESTIMONY UNDER SEAL

2    Plaintiff seeks an order to secure testimony and evidence under seal due to the sensitive

nature of the information involved, including:

    1.    Explicit admissions by Defendants under oath demonstrating willful violations of

    federal laws;

    2.    Evidence revealing systemic judicial misconduct and corruption that, if disclosed

    publicly, could endanger the Plaintiff and hinder investigations;

    3.    Records indicating procedural violations and acts of obstruction by state and

    judicial officials.

### II. IMMEDIATE RULINGS ON PENDING REQUESTS

3    The Plaintiff asserts that the urgent nature of the ongoing harm and the systemic issues

raised necessitate immediate judicial action on the following motions and requests:

    1.    **In Forma Pauperis Relief with Limited Attorney Designation**: To provide

    Plaintiff the ability to effectively present their case while safeguarding access to justice;

    2.    **State-Level Negotiations and Systemic Oversight Relief**: To address systemic

    issues involving judicial misconduct and ensure proper oversight;

    3.    **Conditional Permissive Joinder**: To include additional parties whose

    participation is necessary for a full resolution of the claims;

    4.    **Interlocutory Partial Summary Judgment**: To resolve key issues and claims

    that are fully supported by the evidence and require no further factual determination.

## Legal Basis

4    **Rule 65(b)**: Temporary restraining orders without notice are warranted when specific

facts show that immediate and irreparable harm will result.

5 **Rule 26(c):** Protective orders are appropriate to ensure confidentiality for testimony that risks exposing sensitive legal, financial, or personal matters.

6 **Rule 6(c)(1)(C):** Expedited hearings are warranted in situations where delaying justice risks compounding harm or irreversibly prejudicing the moving party.

<u>Requested Relief</u>

7 Plaintiff respectfully requests that this Court:

 1. Schedule an immediate emergency ex parte hearing to consider this motion;

 2. Allow testimony under seal to safeguard sensitive information;

 3. Rule on the following motions and requests:

  3.1 In Forma Pauperis Relief with Limited Attorney Designation;

  3.2 State-Level Negotiations and Systemic Oversight Relief;

  3.3 Conditional Permissive Joinder;

  3.4 Interlocutory Partial Summary Judgment;

 4. Provide any additional relief deemed just and proper in the circumstances.

<u>Prayer For Relief</u>

8 For the reasons stated above, Plaintiff prays this Honorable Court will:

 1. Grant this Motion for Emergency Ex Parte Hearing;

 2. Issue immediate rulings on the specified motions and requests;

 3. Provide any further relief this Court deems appropriate.

<u>RESPECTFULLY SUBMITTED</u>

| December 25, 2024 | Ryan Dillon-Capps | Digitally signed by Ryan Dillon-Capps Date: 2024.12.25 13:55:57 -05'00' | 1334 Maple Avenue Essex, Maryland 21221 ryan@mxt3.com 703-303-1113 |
| --- | --- | --- | --- |
| | /s/ Ryan Dillon-Capps Ryan Dillon-Capps | | |