IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br><br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. BAH 24 CV 3744<br><br>Hon. _____ |

## ORDER GRANTING EMERGENCY EX PARTE HEARING

1   Upon consideration of Plaintiff's Motion for Emergency Ex Parte Hearing, the Court finds that the urgency and nature of the issues presented warrant immediate action to prevent further irreparable harm and ensure procedural fairness. Therefore, it is hereby ORDERED:

1. **Emergency Ex Parte Hearing Scheduled:** An emergency ex parte hearing is scheduled for [Insert Date and Time] to address the relief sought in the Plaintiff's motion.

2. **Testimony Under Seal:** The Court grants Plaintiff's request to allow testimony and submission of evidence under seal to protect sensitive information and ensure the safety of all involved parties.

3. **Rulings on Pending Motions:** The Court will hear and issue rulings on the following motions and requests during the emergency hearing:

    o **In Forma Pauperis Relief with Limited Attorney Designation;**

    o **State-Level Negotiations and Systemic Oversight Relief;**

    o **Conditional Permissive Joinder;**

    o **Interlocutory Partial Summary Judgment.**

4. **Additional Relief:** The Court will consider and, if appropriate, grant any further relief deemed just and proper in the circumstances presented.

**SO ORDERED** this ___ day of _____, 2024.

_____

**United States District Judge**             **United States District Court**
                                                     **District of Maryland**