

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

## DEFICIENCY NOTICE

December 30, 2024

Ryan Dillon−Caps
1334 Maple Avenue
Essex, MD 21221

Re: 1:24−cv−03744−BAH Dillon−Caps v. Ohana Growth Partners, LLC et al

Docket Number: 4

On 12/27/2024, the Clerk's Office received a document from you that is deficient for one or more of the following reasons checked below. Please correct each deficiency and file any necessary papers within **14 calendar days from the date of this letter.** If you do not comply, your document may be stricken and/or your case may be dismissed without further notice from the Court.

If checked below, this item needs correction. See Appendix for detailed explanations of the numbered deficiency and relevant text of the cited rules. Please note that if the document you submitted is a motion, opposing parties will not be required to respond until this deficiency is corrected.

| | |
|---|---|
| **X** | (1) A required signature(s) is/are missing. See Fed. R. Civ. P. 11; Local Rule 102.1(a)(ii). |
| | (2) The document is missing critical and necessary contact information. See Fed. R. Civ. P. 11; Local Rule 102.1(b)(i). |
| | (3) Missing filing fee or missing or incomplete application to proceed in forma pauperis ('IFP'). |
| | (4) Motion to amend complaint or pleading does not contain proposed amended complaint or pleading. See Local Rule 103.6. |
| | (5) Other: [explain] |

_____/s/_____
Catherine M. Stavlas
Clerk of Court

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410−962−2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301−344−0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

# APPENDIX

I.  Detailed Explanations (corresponds with number in chart)

1. The document you provided does not have an original signature. An "original signature" is a manual, handwritten signature. An original signature **is not** any form of digital or electronically reproduced signature, including /s/. Rule 11 of Federal Rules of Civil Procedure; Local Rule 102.1(a)(ii). You need to file the document with the original signature of each filer. For example, if there are multiple plaintiffs, the original signature of each plaintiff must be provided.

2. The document you provided does not have either your name, a valid address, telephone number (if any), e−mail address (if any), or a fax number (if any). Rule 11 of Federal Rules of Civil Procedure; Local Rule 102.1(b)(i).

3. You did not pay the filing fee or each plaintiff did not file an application to proceed In Forma Pauperis ("IFP") to waive the filing fee. You must either pay the full filing fee or, if no plaintiff can afford to pay the filing fee, each plaintiff must submit a fully completed and signed IFP application. The filing fee for a civil action is $405, and the filing fee for a habeas action is $5. A new application to proceed IFP is enclosed. The Court accepts the following as payment: cashier's check, money order, personal check, or credit card (Visa, MasterCard, American Express, and Discover). The Court does not accept cash as payment. Credit cards are only accepted when the cardholder is present in the Clerk's Office and photo identification (i.e., driver's license, passport, government issued ID) is required. Checks and money orders must be made payable to "Clerk, U.S. District Court."

4. If a motion is required to file an amended complaint or pleading, you must file **both** a (1) motion requesting leave to file an amended complaint/pleading, and (2) the original of the proposed amended complaint/pleading. Local Rule 103.6.

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410−962−2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

II. Text of Applicable Rules

    A. Federal Rules of Civil Procedure

        **Rule 11.   Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions**

        **(a) Signature.** Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name or by a party personal if the party is unrepresented. The paper must state the signer's address, e−mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

    B. Local Rules

        1. Local Rule 102.1.a.ii. Parties Appearing Without Counsel. When a party is appearing without counsel, the Clerk will accept for filing only documents signed by that party.

        2. Local Rule 102.1.b.i. Required on All Court Documents. At the bottom of all court documents, counsel and self−represented litigants shall state their name, address, telephone number, email and fax number. Counsel shall also state their bar number assigned by this Court. This is not a substitute for compliance with L.R. 101.1.b.ii and 701.3.

        3. Local Rule 103.6.a. Original of Proposed Amendment to Accompany Motion. Whenever a party files a motion requesting leave to file an amended pleading, the original of the proposed amended pleading shall accompany the motion. If the motion is granted, an additional copy of the amended pleading need not be filed. The amended pleading shall be deemed to have been served, for the purpose of determining the time for response under Fed. R. Civ. P. 15(a), on the date that the Court grants leave for its filing.

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410−962−2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**