**This list is omitting opposition filings from Ohana. It shows every filing "on record" from RDC and all initiated filings from Ohana "on record"**

Ohana's entire exhibit list is 2 Affidavits from Richard Hartman, 1 Affidavit from Justin Drummond, 1 Affidavit from Daniel Levett, and Floor Notes from 19... Complete Sub-Exhibit List: employment agreement with missing pages, June 13th demand thread missing emails, suspension email thread (two versions - one was complete). resume for Romes and Levett, and incorrec... RDC filed thousands of pages of exhibits. Almost none were on record during the proceedings. more of them are on record now.

**Ensor Changes Form CC-DC-094 Rev 01/2024 As Needed to Create Reasons to Deny.**

**Judges Stamp over previous rulings.**

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | 11/2/24 0:00 | 11/6/24 13:38 | Stringer | DISMISSED | Complaint - Notice of Voluntary Dismissal Filed on Oct 24, 2024 without prejudice -- |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Civil Cover Sheet - Injunctive Relief |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Memorandum In Support of Ohana Growth Partners Motion For Temporary Restraining Order and Preliminary Injunction |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Exhibit 1: Affidavit of Richard Hartman || Every Material Statement is a Perjured Statement Refuted By Evidence. |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Exhibit 2: Affidavit of Justin Drummond || Every Material Statement is a Perjured Statement Refuted By Evidence. |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Exhibit 3: 1998 Legislative History For GB0925 || Does not apply to their arguments |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | | | | | Certificate of Notice Regarding Motion For Temporary Restraining Order. Lists the work email RDC was prohibited by Ohana from accessing. M&S had RDC mobile and email since Dec 2023. Ohana since 2019. Both had used them in 2024 multiple times. |
| 16844353 | OHANA | 6/14/24 12:18 | 6/14/24 12:18 | 6/17/24 10:50 | 6/17 11:06 | DeSimone | GRANTED | Temporary Restraining Order. No Notice Ex Parte. No hearing notes, no transcript available. |
| 16844353 | OHANA | 6/17/24 14:45 | 6/17/24 14:45 | | | | | Line Regarding Posting of $1.00 Cash Bond in Connection with Temporary Restraining Order |
| | OHANA | 6/20/24 12:24 | | 6/21/24 0:00 | 6/21/24 12:23 | Truffer | GRANTED | Petition to Show Cause for Constructive Civil Contempt RULING ENV:16928345 - Scheduled for June 26th @ 9am |
| 16928345 | Accepted | 6/18/24 13:18 | 6/18/24 13:18 | 6/21/24 0:00 | 6/21/24 12:23 | Truffer | DENIED | Hand Delivered to Clerk - Letter to Judge Truffer (Chambers Judge on 6/18) RULING ENV: 169238345 The Court Record Is Not The Original Exhibits Attached & Mandatory Hearing under Md Rule 15-504 DENIED |
| | OHANA | 6/25/24 11:33 | | | | | | Randall J. Romes || Exhibit A is Resume || Signature Page Attached AFTER submission and without the digital signature validation || PR 11-12 Copy/Paste of Hartman. PR 10 False Statement No State/Local/Federal law/regulation/involvement associated with any mechanism of PCI DSS. || PR 7-8 States He Reviewed Judge Letter from June 18 -- saw no specific PCI DSS requirement. Contradicting Court Record. |
| | OHANA | 6/27/24 15:21 | 6/27/24 15:21 | 6/27/24 13:57 | 6/27/24 13:57 | Barranco | GRANTED | Order Holding Defendant in Constructive Civil || imposed $2500 per day file |

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 17040837 | OHANA | 6/27/24 12:01 | 6/27/24 12:01 | 6/27/24 12:01 | 6/27/24 12:01 | Barranco | GRANTED | Preliminary Injunction Order ORDER UPDATED on 6/27/2024 15:21:00 17013408 ]filed with granted order envelope ORDER SAYS TO TAKE SUBSTANTIALLY THE SAME ACTIONAS ORDERED BY THE TRO. Falsely claims willful non-compliance. Order acknowledges TRO notice was AFTER TRO issuance |
| 17040837 | Accepted | 7/1/24 8:38 | 7/2/24 9:44 | | | Ensor | DEFICIENT | DEFENDANT: Motion to Reconsider Denial of Continuance +Exhibit Index + Exhibits 1+3+5+6 [2 and 4 Uploaded Separately Due to Size EFILED |
| 17040837 | Accepted | 7/1/24 8:38 | 7/2/24 9:44 | | | Ensor | DEFICIENT | UNREDACTED FILING Exhibits 1B and 1E efiled |
| 17040837 | Accepted | 7/1/24 8:38 | 7/2/24 9:44 | | | Ensor | DEFICIENT | Exhibit 2+4 |

**17040837 & 17053418 = ONE FILING -- STATED FILED SEPARTAELY DUE TO SIZE**

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 17053418 | Rejected | 7/1/24 15:38 | | | | Ensor | REJECTED | DEFENDANT NOTICE OF CORRECTIVE FILING FOR EXHIBIT IV + REDACTED EXHIBIT IV +MDJ008 FORM |
| 17053418 | Rejected | 7/1/24 15:38 | | | | Ensor | REJECTED | REDACTED EXHIBIT IV UNREDACTED FILING |
| 17065141 | Accepted | 7/2/24 11:48 | 7/5/24 15:21 | | | Ensor | DEFICIENT | DEFENDANT NOTICE OF CORRECTIVE FILING FOR EXHIBIT IV + REDACTED EXHIBIT IV +MDJ008 FORM |
| 17065141 | Accepted | 7/2/24 11:48 | 7/5/24 15:21 | | | Ensor | | FORM MDJ-008 for Exhibit IV |
| 17065141 | Accepted | 7/2/24 11:48 | 7/5/24 15:21 | | | Ensor | DEFICIENT | Unredacted Exhibit IV |
| 17066129 | Accepted (Denied) | 7/2/24 12:52 | 7/5/24 15:16 (Before) | 7/5/24 16:26 (All Exhibits) | 7/17/24 16:22 (Accepted) | Fruhler | DENIED | Motion to Reconsider Denial of Continuance |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit 1B + 1E UNREDACTED |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | NOTICE - FORM MDJ-008 - Exhibit 1B |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | NOTICE - FORM MDJ-008 - Exhibit 1E |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Series 2 + 4 |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Series 1 |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Series 3 |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Series 5 |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Series 6 |
| 17066129 | Accepted | 7/2/24 12:52 | 7/5/24 15:16 | | | | | Exhibit Index |
| | | | | | | | | Affidavit of Daniel J Levett ]Refutes material statements of Hartman and Drummond. 1) No Admins. 2) No Access. ]Claims to be involved since the first HEA email in June. |
| 17091979 | OHANA | 7/3/24 15:13 | | | | Barranco | GRANTED | Petition to Show Cause For Constructive Civil Contempt Seeking Incarceration - Scheduled for Aug 7 @ 1pm |
| 17091979 | OHANA | 7/3/24 15:13 | | 7/8/24 13:16 | 7/8/24 14:34 | Barranco | | |

**Everything Above is a SINGLE reconsider for || June27- "Motion for Continuance because" [DENIED]**

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 17109783 | Accepted | 7/5/24 18:45 | 7/8/24 11:39 | | | | | Notice of Corrective Filing for Exhibit 1V |
| 17109783 | Accepted | 7/5/24 18:45 | 7/8/24 11:39 | | | | | MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1 |
| 17109783 | Accepted | 7/5/24 18:45 | 7/8/24 11:39 | | | | | Exhibit 1V REDACTED |
| 17109783 | Accepted | 7/5/24 18:45 | 7/8/24 11:39 | | | | | Exhibit 1V UNREDACTED |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | 7/8/24 15:08 | 7/8/24 15:40 | Alexander | DENIED | Motion for Extension of Time |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Exhibit Index - Motion for Extension of Time |

Filing and Ruling Summary

Page 2 of 8

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Exhibit Series - Motion for Extension of Time |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | 7/30/24 0:00 | 7/30/24 15:07 | Stringer | DENIED | Motion to Strike Referenced Evidence |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Exhibit Index - Motion to Strike Referenced Evidence |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Exhibit Series - Motion to Strike Referenced Evidence |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | 7/30/24 0:00 | 8/2/24 12:46 | Stringer | DENIED | Motion to Strike Exhibit B From The Affidavit of Richard Hartman |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Exhibit Index - Motion to Strike Exhibit B From The Affidavit of Richard Hartman |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Notice of Filing |
| 17114092 | Accepted | 7/8/24 9:13 | 7/8/24 14:31 | | | | | Notice of Filing - Motions |
| 17123813 | | | | | | | | |
| 17123813 | Accepted | 7/8/24 14:07 | 7/9/24 8:39 | | | | | Notice of Errata |
| 17130528 | | | | | | | | |
| 17130528 | Accepted | 7/8/24 18:00 | 7/9/24 13:52 | | 7/22/24 10:11 | Alexander | DENIED | Request for Clarification on Denied Motion for Extension of Time |
| 17252208 | Accepted | 7/17/24 15:20 | 7/18/24 11:46 | No Date/Time | | | Deficient Filing | MOTION TO VACATE TRO AND SHOW CAUSE ORDER DUE TO INSUFFICIENT NOTICE AND DUE PROCESS VIOLATIONS |
| 17252208 | Accepted | 7/17/24 15:20 | 7/18/24 11:46 | | | | | EXHIBIT - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations |
| 17319514 | OHANA | 7/17/24 12:24 | 7/23/24 12:24 | | | | | Entry of Appearance for Jessica Duvall (AID#1812110110) |
| 17287240 | | | | | | | | |
| 17287240 | Accepted | 7/20/24 10:03 | 7/23/24 8:16 | 8/8/24 0:00 | 8/9/24 8:57 | Stringer | DENIED | Motion to Amend Motion to Strike Referenced Evidence |
| 17287240 | Accepted | 7/20/24 10:03 | 7/23/24 8:16 | 8/8/24 0:00 | 8/9/24 8:57 | Stringer | DENIED | Motion to Strike Referenced Evidence |
| 17287240 | Accepted | 7/20/24 10:03 | 7/23/24 8:16 | | | | | Exhibit 8P-1 - Rule 20-301 - Content of Official Record |
| 17287240 | Accepted | 7/20/24 10:03 | 7/23/24 8:16 | | | | | Exhibit 8P-2 - Motion to Strike Referenced Evidence v2 |
| 17465558 | Accepted | 8/1/24 23:58 | 8/2/24 13:42 | 8/20/24 8:24 | 8/21/24 8:39 | Mayer | DENIED | Motion to Vacate Show Cause Order of June 21 2024 - Refiling from Deficient Filing: Combined Motions |
| 17465558 | Accepted | 8/1/24 23:58 | 8/2/24 13:42 | 8/20/24 20:00 | 8/21/24 8:39 | Mayer | DENIED | Motion to Vacate Temporary Restraining Order - Refiling Deficient: Combined Motions |
| 17682236 | OHANA | 8/20/24 10:58 | GRANTED | 8/20/24 14:54 | 8/21/24 12:43 | Battista | GRANTED | Exhibit 1: Richard Hartman Second Affidavit on Military Record of Service |
| 17682236 | OHANA | 8/20/24 10:58 | GRANTED | 8/20/24 14:54 | 8/21/24 12:43 | | | Petition for Default Order - Vacated 10/10 |
| 17694598 | | | | | | | | Opposition To Request For Entry Of Order Of Default Against Defendant Ryan Dillon-Capps.pdf |
| 17694598 | Accepted | 8/20/24 17:05 | 8/21/24 9:02 | | | | | Proposed Order - Opposition To Request For Entry Of Order Of Default Against Defendant Ryan Dillon-Capps.pdf |
| 17694598 | Accepted | 8/20/24 17:05 | 8/21/24 9:02 | | | | | Exhibit 1 - Opposition To Request For Entry Of Order Of Default Against Defendant Ryan Dillon-Capps.pdf |
| 17694598 | Accepted | 8/20/24 17:05 | 8/21/24 9:02 | | | | | |
| 17755557 | | | | | | | | Defendant's Motion To Dismiss For Insufficiency of Service of Process |
| 17755557 | Accepted | 8/26/24 23:40 | 8/27/24 8:14 | 9/17/24 0:00 | 9/17/24 15:42 | Stringer | DENIED | Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf |
| 17755557 | Accepted | 8/26/24 23:40 | 8/27/24 8:14 | | | | | PROPOSED Order Granting Motion To Dismiss For Insufficiency Of Service Of Process.pdf |
| 17755557 | Accepted | 8/26/24 23:40 | 8/27/24 8:14 | | | | | |
| 18104049 | | | | Granted but not really nothing is granted on the motion | | | | |
| 18104049 | Accepted | 9/20/24 23:56 | 9/23/24 11:55 | 10/10/24 0:00 | 10/16/24 0:00 | Stringer | GRANTED | Motion - Vacate Order of Default |

Page 3 of 8

Filing and Ruling Summary

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 18126911 | Accepted | 9/23/24 23:43 | 9/24/24 11:27 | | | | | Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System |
| 18126911 | Accepted | 9/23/24 23:43 | 9/24/24 11:27 | | | | | affidavit plaintiff abuse_judicial_system |
| 18148613 | | | | | | | | |
| 18148613 | Accepted | 9/25/24 6:13 | 9/25/24 13:34 | | | | | Affidavit of Legal Obligation |
| 18148613 | Accepted | 9/25/24 6:13 | 9/25/24 13:34 | | | | | Exhibits Affidavit of Legal Obligation |
| 18148613 | Accepted | 9/25/24 6:13 | 9/25/24 13:34 | 10/17/24 0:00 | 10/18/24 0:00 | Stringer | MOOT | Motion to Strike Opposition of Motion to Vacate Default Order |
| 18187243 | | | | | | | | |
| 18187243 | Accepted | 9/27/24 6:19 | 9/30/24 8:40 | 10/21/24 0:00 | 10/22/24 0:00 | Stringer | DENIED | Motion for Sanctions |
| 18187243 | Accepted | 9/27/24 6:19 | 9/30/24 8:40 | | | | | Affidavit for Sanctions |
| 18187243 | Accepted | 9/27/24 6:19 | 9/30/24 8:40 | | | | | Proposed Order |
| 18229669 | | Barranco Writes A Full Page Denial Calling RDC Incoherent and unintelligible. Detracting away from what is said about himself in the filing | | | | | | |
| 18229669 | Accepted | 9/30/24 18:37 | 10/2/24 7:08 | 10/23/24 17:11 | 10/24/24 8:25 | Barranco | DENIED | Motion to Assert Rights and Request Immediate Rulings |
| 18231402 | | | | | | | | |
| 18231402 | Accepted | 10/1/24 4:35 | 10/2/24 7:15 | | | | | Line-Affidavit-Motion-Rights-Request-Immediate-Rulings |
| 18231402 | Accepted | 10/1/24 4:35 | 10/2/24 7:15 | | | | | Affidavit-Motion-Rights-Request-Immediate-Rulings |
| 18261381 | | Accidentally filed as a duplicate Motion to Assert Rights and Request Immediate Rulings | | | | | | |
| 18261381 | Accepted | 10/2/24 15:09 | 10/3/24 9:46 | 10/24/24 0:00 | 10/25/24 8:27 | Stringer | DENIED | Motion to Correct the Record - Accidentally filed as a duplicate Motion to Assert Rights and Request Immediate Rulings |
| 18274187 | | | | | | | | |
| 18274187 | Accepted | 10/3/24 13:01 | 10/4/24 9:22 | 10/23/24 0:00 | 10/24/24 0:00 | Stringer | DENIED | Motion to Add Counsel of Record |
| 18287305 | | | | | | | | |
| 18287305 | Accepted | 10/4/24 12:25 | 10/7/24 6:12 | | | | | Affidavit of Harm |
| 18287305 | Accepted | 10/4/24 12:25 | 10/7/24 6:12 | | | | | Line Affidavit of Harm |
| 18298929 | | | | | | | | |
| 18298929 | Accepted | 10/5/24 18:18 | 10/7/24 12:50 | | | | | Notice Filed | Notice of Hypothesis of Crayons - This is Filed in Crayon Font Accepted Without Any Issues Deficient/Rejected/Stricken Are Highly Targeted to Prevent Key Exhibits and Hearings |
| 18307794 | | | | | | | | |
| 18307794 | Accepted | 10/7/24 12:06 | 10/8/24 7:10 | | | | | affidavit-financial-urgency + Exhibit 1, 2, 3 |
| 18307794 | Rejected | 10/7/24 12:06 | 10/8/24 7:10 | | | Ensor | REJECTED | affidavit-financial-urgency-exhibit-1-unredacted |
| 18307794 | Accepted | 10/7/24 12:06 | 10/8/24 7:10 | | | Ensor | DEFICIENT | affidavit-financial-urgency-mdf008 |
| 18320482 | | Finiter's GRANT was for this hearing | | | | | | |
| 18320482 | Accepted | 10/8/24 9:54 | 10/8/24 14:43 | 10/28/24 0:00 | 10/29/24 0:00 | Stringer | MOOT | motion-urgent-hearing-constitutional rights |
| 18320482 | Rejected | 10/8/24 9:54 | 10/8/24 14:43 | 10/24/24 17:53 | 10/25/24 0:00 | Finiter | STRIKEN | affidavit-financial-urgency-exhibit-1-unredacted |
| 18320482 | Accepted | 10/8/24 9:54 | 10/8/24 14:43 | | | | | affidavit-financial-urgency |
| 18329521 | | | | | | | | |
| 18329521 | Accepted | 10/8/24 9:54 | 10/8/24 14:43 | | | Ensor | DEFICIENT | affidavit-financial-urgency-mdf008 |
| 18334529 | Accepted | 10/8/24 14:31 | 10/9/24 7:46 | 11/6/24 0:00 | 11/7/24 10:15 | Robinson | DENIED | Motion - Compel |
| 18334529 | | | | | | | | |
| 18334494 | Accepted | 10/8/24 17:36 | 10/9/24 12:21 | | | Ensor | DEFICIENT | motion-administrative-judge-hearing ENV: 18334529 |
| 18334494 | | | | | | | | |
| 18344663 | Accepted | 10/9/24 14:35 | GRANTED by Finiter Time Not Wrong Record and Stamp On Ruling are Confirmed 2:13-47 Ruling Stamp & 2:14:36 Docket Record | | | Ensor | DEFICIENT | second-request-admin-hearing env: 18344494 || No Exhibits - Screenshots |
| 18344663 | Accepted | 10/10/24 10:12 | 10/10/24 14:14 | 10/11/24 14:13 | 10/11/24 15:00 | | GRANTED | third-request-admin-hearing |
| 18345554 | | Oct 7 to Oct 11 Robinson Jr Meets with Co-Conspirators To Formal Coverup Pact is Made & Bernstein Sends Letter on Oct 11 | | | | | | |

Filing and Ruling Summary

Page 4 of 8

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 18345554 | Accepted | 10/11/24 14:44 | 10/15/24 12:52 | | | | | motion-expedited-discovery |
| 18345554 | Rejected | 10/11/24 14:44 | | | | Ensor | REJECTED | subpoena-duces-tecum-documents |
| 18345554 | Rejected | 10/11/24 14:44 | | | | Ensor | REJECTED | notice-deposition-third-parties-bhj |
| 18381266 | | | | | | | | affidavit-bad-faith |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | memo-law-reciprical |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | MOOT | motion-disqualify-counsel |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | 11/6/24 0:00 | 11/6/24 0:00 | Stringer | DENIED | motion-expedite-hearing-admin-judge-order |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | 10/16/24 15:41 | | Unknown | DENIED | motion-injunction-compensation |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | 11/6/24 0:00 | 11/6/24 0:00 | Stringer | DENIED | motion-strike-bad-faith |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | 11/6/24 0:00 | 11/6/24 0:00 | Stringer | MOOT | motion-strike-opposition-motion-add-counsel |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | 11/6/24 0:00 | 11/6/24 14:48 | Stringer | DENIED | motion-strike-opposition-motion-compel |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-disqualify-milesstockbridge |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-mandatory-injunction-restore-pay-financial-urgency |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-motion-emergency-expedite-hearing-admin-judge-orde |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-motion-strike-bad-faith-opposition |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-motion-strike-bad-faith-opposition-compel |
| 18381266 | Accepted | 10/15/24 15:24 | 10/16/24 14:43 | | | | | proposed-order-motion-strike-bad-faith-opposition-defendant-add-counsel |
| 18414087 | | | This envelope was not filed by RDC Filed as from process server -- NOT an error | | | | | |
| 18414087 | Accepted | 10/15/24 16:39 | 10/16/24 14:19 | | | | | Affidavit-Service-RBremen |
| 18414087 | Accepted | 10/15/24 16:39 | 10/16/24 14:19 | | | | | Affidavit-Service-JessicaIannetta |
| 18415895 | | | Reflled to correct a missing certificate, self noted and fixed | | | | | |
| 18415895 | Accepted | 10/16/24 15:23 | 10/17/24 13:41 | | | | | affidavit-crayons -- This is the Affidavit that the Notice of Affidavit named "Notice for Hypothesis of Crayons' provided notice for. |
| 18441658 | Accepted | 10/17/24 10:55 | 10/18/24 9:21 | 11/7/24 0:00 | 11/7/24 13:57 | Robinson | | affidavit-contract-modifications |
| 18441658 | Accepted | 10/17/24 10:55 | 10/18/24 9:21 | 11/7/24 0:00 | | | DENIED | request-reconsider-enforcement-admin-judge-ruling-20241011 |
| 18441658 | Accepted | 10/17/24 10:55 | 10/18/24 9:21 | | | | | proposed-order-request-reconsider-enforcement-admin-judge-entered-20241011 |
| 18458795 | Accepted | 10/18/24 10:23 | 10/21/24 7:25 | 10/21/24 11:35 | 10/21/24 11:35 | Ensor | Stricken Filing | motion-allow-prose-rep-llc Refiled 4 minutes Later 18458907 |
| 18458795 | | | | | | | | |
| 18458907 | Accepted | 10/18/24 10:27 | 10/21/24 7:26 | | | | | motion-allow-prose-rep-llc |
| 18458907 | | | | | | | | |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Affidavit of Exhibits |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Affidavit of Writing Analysis |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | 11/16/24 0:00 | 11/18/24 10:57 | Stringer | MASS DENY | Amended Motion for Mandatory Injunction to Restore lost pay due to financial urgency |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Amended Motion for Mandatory Injunction to Restore Lost Pay |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | 11/15/24 0:00 | 11/15/24 12:18 | Stringer | MOOT | Proposed Order - Amended Motion for Agents of Ohana Growth Partners |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion for Expedited Discovery |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Memorandum of Law in Support of Reciprocal Attorney's Fees for Prevailing Defendants in Fraudulent Lawsuits |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion to Add Counsel of Record |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | 11/15/24 0:00 | 11/15/24 12:20 | Stringer | MOOT | Motion to Compel Production to Support Claims at Hearing |

Page 5 of 8

Filing and Ruling Summary

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion to Compel Productions to Support Claims at Hearing |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | 11/15/24 0:00 | 11/15/24 11:14 | Stringer | MOOT | Motion for Early Discovery |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion for Early Discovery |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion for Reciprocal Relief as Submitted from Motion from Sanctions |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | 11/15/24 0:00 | 11/15/24 11:28 | Stringer | MOOT | Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion to Dismiss with Prejudice as submitted from Motion from Sanctions |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion to Disqualify Counsel as submitted in Motion for Sanctions |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion for Sanctions as submitted from Motion from Sanctions |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 11:56 | | | | | Proposed Order - Motion to Vacate TRO as submitted from Motion from Sanctions |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 12:19 | | | | | Notice of Line Filing |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 12:19 | | | | | oppose-schedul-conference |
| 18511970 | Accepted | 10/22/24 19:07 | 10/23/24 12:19 | | | | | oppose-schedul-conferenc-proposed-order |
| 18511970 | Rejected | 10/22/24 19:07 | | | | Ensor | REJECTED | notice-discovery-request-production |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/16/24 0:00 | 11/18/24 10:57 | Stringer | MASS DENY | motion-better-maryland-reciprocal-relief-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-better-maryland-reciprocal-relief-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/15/24 0:00 | 11/15/24 12:31 | Stringer | MOOT | motion-dismiss-prejudice-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-dismiss-prejudice-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/15/24 0:00 | 11/15/24 12:24 | Stringer | MOOT | motion-disqualify-milesstockbridge-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-disqualify-milesstockbridge-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/16/24 0:00 | 11/18/24 10:57 | Stringer | MASS DENY | motion-injunctive-prevent-abuss-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-injunctive-prevent-abuss-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/15/24 0:00 | 11/15/24 12:24 | Stringer | DENIED | motion-referral-criminal-ethical-investigation-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-referral-criminal-ethical-investigation-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/16/24 0:00 | 11/18/24 10:57 | Stringer | MASS DENY | motion-sanctions-not-sanction |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-sanctions-not-sanction-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | 11/15/24 0:00 | 11/15/24 11:42 | Stringer | MOOT | motion-vacate-tro-oct23 |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | motion-vacate-tro-oct23-proposed-order |
| 18517787 | Accepted | 10/23/24 10:45 | 10/23/24 16:01 | | | | | reply-opposition-expedited-discovery |
| 18531585 | Accepted | 10/23/24 16:15 | 10/24/24 14:23 | | | | | notice-withdraw-third-depo-bbj |
| 18531585 | Accepted | 10/23/24 16:15 | 10/24/24 14:23 | | | | | notice-withdraw-subpoena-duces-tecum-bbj |
| 18531585 | Accepted | 10/24/24 8:53 | 10/24/24 14:23 | | | | | notice-withdraw-motion-proposed-orders |
| 18536331 | OHANA | 10/24/24 8:53 | 10/24/24 8:53 | 11/2/24 0:00 | 11/6/24 0:00 | Stringer | GRANTED | Notice of Voluntary Withdrawl |
| 18554103 | Accepted | 10/25/24 8:17 | 10/25/24 11:55 | | | | | affidavit-voluntary-dismissal |
| 18554103 | Accepted | 10/25/24 8:17 | 10/25/24 11:55 | | | | | motion-strike-notice-voluntary-dismissal-proposed-order |

Page 6 of 8

Filing and Ruling Summary

**Filing and Ruling Summary**

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 18554103 | Accepted | 10/25/24 8:17 | 10/25/24 11:55 | 11/18/24 0:00 | 11/19/24 8:21 | Stringer | DENIED | motion-strike-notice-voluntary-dismissal |
| 18569714 | Accepted | 10/25/24 18:51 | 10/28/24 11:21 | 11/18/24 0:00 | 11/18/24 12:27 | Stringer | DENIED | motion-sanctions-20241025 |
| 18569714 | Accepted | 10/25/24 18:51 | 10/28/24 11:21 | | | | | motion-sanctions-20241025-proposed-order |
| | | Responsive to Notice Refiled the Correction | | | | | | |
| 18575974 | Accepted | 10/28/24 10:25 | 10/28/24 14:35 | | | | | amended-affidavit-abusisive-use-judicial-system |
| 18575974 | Accepted | 10/28/24 10:25 | 10/28/24 14:35 | | | | | motion-amend-affidavit-abusive-use-proposed-order |
| 18575974 | Accepted | 10/28/24 10:25 | 10/28/24 14:35 | 11/7/24 0:00 | 11/7/24 13:57 | Robinson | DENIED | motion-rcconsider-compell-formal-notice-representation |
| 18575974 | Accepted | 10/28/24 10:25 | 10/28/24 14:35 | | | | | motion-rcconsider-add-counsel-proposed-order |
| 18575974 | Accepted | 10/28/24 10:25 | 10/28/24 14:35 | | | Ensor | Stricken Filing | motion-amend-affidavit-abusive-use |
| 18585650 | Accepted | 10/28/24 15:03 | 10/29/24 7:37 | | | | | motion-amend-affidavit-abusive-use \|\| Refiled the Striken |
| 18609865 | Accepted | 10/30/24 7:50 | 10/30/24 14:31 | | | | | request-clarification-1010-1028-stringer |
| 18609865 | Accepted | 10/30/24 7:50 | 10/30/24 14:31 | | | | | request-clarification-1010-1028-stringer-proposed-order |
| 18609911 | Accepted | 10/30/24 7:53 | 10/30/24 14:27 | 11/7/24 0:00 | 11/7/24 15:03 | Robinson | DENIED | Request for Emergency Administrative Review |
| 18609911 | Accepted | 10/30/24 7:53 | 10/30/24 14:27 | | | | | Proposed Order - Request for Emergency Administrative Review |
| 18611023 | Accepted | 10/30/24 9:02 | 10/30/24 14:34 | | | | | opposition-notice-voluntary-dismissal |
| 18611023 | Accepted | 10/30/24 9:02 | 10/30/24 14:34 | | | | | opposition-notice-voluntary-dismissal-proposed-order |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | | | | | amended-affidavit-rights-ruling |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | | | | | Line-directed-verdict |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | | | | | motion-directed-verdict |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | | | | | motion-directed-verdict-proposed-order. |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | 11/26/24 13:27 | 12/2/24 11:10 | Mayer | DENIED | request-mandatory-judicial-notice-hearing-fact |
| 18649236 | Accepted | 11/1/24 9:18 | 11/1/24 13:49 | | | | | request-mandatory-judicial-notice-hearing-facts-proposed-order |
| 18662858 | Accepted | 11/1/24 20:43 | 11/4/24 14:44 | | | | | prehearing-conference-injunctive-relief |
| 18662858 | Accepted | 11/1/24 20:43 | 11/4/24 14:44 | 11/6/24 16:04 | 11/26/24 10:39 | Mayer | DENIED | prehearing-conference-injunctive-relief-proposed-order |
| 18662858 | Accepted | 11/1/24 20:43 | 11/4/24 14:44 | | | | | motion-expedite-prehearing-conference-injunctive-relief |
| 18662858 | Accepted | 11/1/24 20:43 | 11/4/24 14:44 | | | | | motion-expedite-prehearing-conference-injunctive-relief-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | amended-motion-sanctions-20241025 |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | amended-motion-strike-notice-voluntary-dismissal |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | 11/26/24 0:00 | 12/2/24 15:36 | Stringer | DENIED | withdraw-motion-sanctions-20241025 |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | withdraw-motion-strike-notice-voluntary-dismissal |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | amended-motion-sanctions-20241025-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | amended-motion-strike-notice-voluntary-dismissal-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | withdraw-motion-sanctions-20241025-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | withdraw-motion-strike-notice-voluntary-dismissal-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | reply-opposition-20241025-sanctions |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | reply-opposition-20241025-sanctions-proposed-order |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | memo-law-adjucated-facts |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | line-nov4-memo-law-facts |

Filing and Ruling Summary

Page 7 of 8

Exhibit 101

| Envelope | Status | Filed | Accepted | Ruling | Entered | Judge | Decision | Filing Title |
|---|---|---|---|---|---|---|---|---|
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | motion-consolidate-prevent-framework |
| 18678978 | Accepted | 11/4/24 15:57 | 11/7/24 9:19 | | | | | motion-consolidate-prevent-framework-proposed-order |
| 18682401 | Accepted | 11/5/24 4:16 | 11/7/24 7:43 | | | | | memo-law-perseverare-autumn-diabolicum |
| 18713254 | Accepted | 11/7/24 10:24 | 11/8/24 11:25 | | | | | Notice to Defer Finalization of Costs Pending Full Cost Documentation |
| 18716089 | Accepted | 11/7/24 11:42 | 11/8/24 11:55 | | | | | motion-preserve-court-records |
| 18716089 | Accepted | 11/7/24 11:42 | 11/8/24 11:55 | | | | | motion-preserve-court-record-proposed-order |
| 18716740 | Accepted | 11/7/24 12:03 | 11/8/24 11:53 | | | | | motion-defer-final-cost-pending-documentation |
| 18716740 | Accepted | 11/7/24 12:03 | 11/8/24 11:53 | | | | | motion-defer-final-cost-pending-documentation-proposed-order |
| 18737020 | Accepted | 11/8/24 13:57 | 11/12/24 11:33 | | | | | affidavit-factual-basis |
| 18737020 | Accepted | 11/8/24 13:57 | 11/12/24 11:33 | | | | | memorandum-law-equal-tier-fact-standard |
| 18741888 | Accepted | 11/8/24 16:27 | 11/13/24 9:11 | | | Ensor | DEFICIENT | mdf008-notice-exhibit-1 |
| 18741888 | Accepted | 11/8/24 16:27 | 11/13/24 9:11 | | | Ensor | DEFICIENT | mdf008-notice-exhibit-2 |
| 18741888 | Rejected | 11/8/24 16:27 | 11/13/24 9:11 | | | Ensor | REJECTED | exhibits-unredacted |
| 18741888 | Accepted | 11/8/24 16:27 | 11/13/24 9:11 | | | | | exhibits-redacted |
| 18741888 | Accepted | 11/8/24 16:27 | 11/13/24 9:11 | | | | | affidavit-exhibits-finharm |

RESPECTFULLY SUBMITTED

December 22, 2024

/s/ Ryan Dillon-Capps
Ryan Dillon-Capps

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

Page 8 of 8

Filing and Ruling Summary

Exhibit 101

EXHIBIT 316-1

## Case Information

C-03-CV-24-002264 | Ohana Growth Partners, LLC vs. Ryan Dillon-Capps

| | | |
|---|---|---|
| Case Number | Court | |
| C-03-CV-24-002264 | Baltimore County Circuit Court | |
| File Date | Case Type | Case Status |
| 06/14/2024 | Injunction | Open |

## Party

Plaintiff
Ohana Growth Partners, LLC

Address
212 West Padonia Road
Timonium MD 21093

Active Attorneys ▾
Attorney
Klein, Victoria
Retained

Lead Attorney
BRENNEN, ROBERT SCOTT
Retained

Attorney
Duvall, Jessica Lynne
Retained

Interested Person/ Party (Participant)
Wagner, Ryan

Address
1334 Maple Ave
Essex MD 21221

Official Court Record Ledger

Defendant
Dillon-Capps, Ryan

Address
1334 Maple Avenue
Essex MD 21221

## Events and Hearings

06/14/2024 Summons Issued ▾

Requested By
Ohana Growth Partners, LLC

Served
06/17/2024

06/14/2024 Complaint / Petition ▾

Complaint / Petition

06/14/2024 Case Information Report Filed ▾

Case Information Report Filed

06/14/2024 Motion ▾

Motion for TRO and Injunctive Relief

06/14/2024 Memorandum ▾

Memorandum of Law in Support of

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 1 - Hartment Affidavit

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 2 - Drummond Affidavit

06/14/2024 Supporting Exhibit ▾

Official Court Record Ledger

Supporting Exhibit 3 - 1998 Legislative History

06/14/2024 Notice Filed ▾

Certificate of Notice Regarding Motion for Temporary Restraining Order

06/14/2024 Summons Issued (Service Event) ▾

CC-CV-032 WRIT OF SUMMONS

06/14/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/17/2024 Order - Motion/Request/Petition Granted ▾

Order - Motion for Temporary Restraining Order

   Judicial Officer
   DeSimone, Marc A,
   Jr.

06/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/17/2024 Line ▾

Line

06/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/18/2024 Affidavit - Service ▾

Affidavit - Service

06/18/2024 Correspondence ▾

Order and Correspondence to Judge Truffer

06/20/2024 Petition for Contempt/Enforcement ▾

Petition for Contempt/Enforcement

06/21/2024 Show Cause Order▾

Requested By
Ohana Growth Partners, LLC

Official Court Record Ledger

Served
07/08/2024

06/21/2024 Order - Motion/Request/Petition Denied ▾

Order and Correspondence to Judge Truffer

    Judicial Officer
    Truffer, Keith R.

06/21/2024 Order - Show Cause Issued ▾

Order - Show Cause

    Judicial Officer
    Truffer, Keith R.

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/25/2024 Line ▾

Line regarding affidavit of Randall Romes

06/25/2024 Affidavit ▾

Affidavit of Randall J. Romes

06/26/2024 Hearing - Injunction ▾

Original Type
Hearing - Injunction

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Judicial Officer
Barranco, Michael

Hearing Time
9:00 AM

Result
Continued

Parties Present▲
    Plaintiff: Ohana Growth Partners, LLC

Official Court Record Ledger

EXHIBIT   101

EXHIBIT 316-1

Attorney: Klein, Victoria

Attorney: BRENNEN, ROBERT SCOTT

Defendant: Dillon-Capps, Ryan

---

06/26/2024 Hearing Sheet ▾

Hearing Sheet

Judicial Officer
Barranco, Michael

---

06/26/2024 Hearing Notice Issued ▾

Contempt Hearing Notice

---

06/27/2024 Hearing - Contempt ▾

Original Type
Hearing - Contempt

Contempt Hearing Notice

Judicial Officer
Barranco, Michael

Hearing Time
01:00 PM

Result
Concluded / Held

Parties Present ▴
Plaintiff: Ohana Growth Partners, LLC

Attorney: Klein, Victoria

Attorney: BRENNEN, ROBERT SCOTT

Defendant: Dillon-Capps, Ryan

---

06/27/2024 Order - Motion/Request/Petition Granted ▾

Order Granting Preliminary Injunction

Judicial Officer
Barranco, Michael

---

06/27/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

06/27/2024 Hearing Sheet ▾

Hearing Sheet

Official Court Record Ledger

Judicial Officer
Barranco, Michael

06/27/2024 Order ▾

Order Holding Defendant in Constructive Civil Contempt

Judicial Officer
Barranco, Michael

06/27/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/01/2024 Deficient Filing ▾

Deficient Filing

07/01/2024 Deficient Filing ▾

Deficient Filing

07/01/2024 Deficient Filing ▾

Deficient Filing

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/02/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

MDJ-002 NOTICE OF REJECTED SUBMISSION

07/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

Official Court Record Ledger

07/02/2024 Motion ▾

Motion

07/02/2024 Supporting Exhibit ▾

Exhibit 1B + 1E UNREDACTED

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1B

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1E

07/02/2024 Supporting Exhibit ▾

Exhibit Series 2 + 4

07/02/2024 Supporting Exhibit ▾

Exhibit Series 1

07/02/2024 Supporting Exhibit ▾

Exhibit Series 3

07/02/2024 Supporting Exhibit ▾

Exhibit Series 5

07/02/2024 Supporting Exhibit ▾

Exhibit Series 6

07/02/2024 Supporting Document ▾

Exhibit Index

07/02/2024 Deficient Filing ▾

Deficient Filing

07/02/2024 Notice Filed ▾

FORM MDJ-008 for Exhibit 1V

Official Court Record Ledger

07/02/2024 Deficient Filing ▾

Deficient Filing

07/03/2024 Petition for Contempt/Enforcement ▾

Petition for Contempt/Enforcement

07/03/2024 Supporting Exhibit ▾

Supporting Exhibit - Levett Affidavit

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice Filed ▾

Notice of Corrective Filing for Exhibit 1V

07/05/2024 Notice Filed ▾

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

07/05/2024 Supporting Exhibit ▾

Exhibit 1V REDACTED

07/05/2024 Unredacted Filing ▾

Exhibit 1V UNREDACTED

07/05/2024 Order - Motion/Request/Petition Denied ▾

Motion

   Judicial Officer
   Truffer, Keith R.

07/08/2024 Order - Motion/Request/Petition Granted ▾

Proposed Order / Decree Show Cause

   Judicial Officer
   Barranco, Michael

Official Court Record Ledger

07/08/2024 Motion ▾

Motion for Extension of Time & Order Denying Motion for Extension of Time

07/08/2024 Supporting Document ▾

Supporting Document - Motion for Extension of Time

07/08/2024 Supporting Exhibit ▾

Supporting Exhibit - Motion for Extension of Time

07/08/2024 Motion ▾

Order for Motion to Strike Referenced Evidence

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Referenced Evidence

07/08/2024 Supporting Exhibit ▾

Supporting Exhibit - Motion to Strike Referenced Evidence

07/08/2024 Motion ▾

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

07/08/2024 Notice Filed ▾

Notice of Filing

07/08/2024 Supporting Document ▾

Supporting Document to Notice Filed

07/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/08/2024 Order - Motion/Request/Petition Denied ▾

Motion for Extension of Time & Order Denying Motion for Extension of Time

Official Court Record Ledger

EXHIBIT   101

Judicial Officer
Alexander, Jan
Marshall

---

07/08/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

07/08/2024 Notice Filed ▼

Notice of Errata

---

07/08/2024 Motion ▼

Request for Clarification on Denied Motion for Extension of Time

---

07/10/2024 Affidavit - Service ▼

Affidavit - Service

---

07/15/2024 Hearing Notice Issued ▼

Show Cause/Contempt Hearing Notice

---

07/15/2024 Returned/Undeliverable Mail ▼

Returned/Undeliverable Mail

---

07/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

07/17/2024 Notice Filed ▼

Notice of Withdrawal of Petition for Contempt (Incarceration)

---

07/17/2024 Deficient Filing ▼

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

---

07/17/2024 Supporting Exhibit ▼

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

---

07/17/2024 Motion ▼

Motion to Vacate Show Cause Order of June 21 2024

---

07/17/2024 Motion ▼

Official Court Record Ledger

Motion to Vacate Temporary Restraining Order-Denied

07/18/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/18/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/20/2024 Motion ▼

Motion to Amend Motion to Strike Referenced Evidence

07/20/2024 Motion ▼

Motion to Strike Referenced Evidence

07/20/2024 Supporting Exhibit ▼

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

07/20/2024 Supporting Exhibit ▼

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

07/22/2024 Order - Motion/Request/Petition Denied ▼

Request for Clarification on Denied Motion for Extension of Time

 Judicial Officer
 Alexander, Jan
 Marshall

07/22/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/23/2024 Attorney Appearance - No Fee ▼

Attorney Appearance - No Fee

07/23/2024 Opposition ▼

Opposition to Motion to Strike Referenced Evidence

07/23/2024 Opposition ▼

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

Official Court Record Ledger

07/24/2024 Order ▾

Order-Strike Show Cause Order

   Judicial Officer
   Barranco, Michael

07/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/25/2024 Exhibits / Records Returned ▾

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

07/25/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/30/2024 Order - Motion/Request/Petition Denied ▾

Order for Motion to Strike Referenced Evidence

   Judicial Officer
   Stringer, H. Patrick,
   Jr.

07/30/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/02/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion to Strike Exhibit B

   Judicial Officer
   Stringer, H. Patrick,
   Jr.

08/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/07/2024 Hearing - Contempt ▾

Show Cause/Contempt Hearing Notice

Judicial Officer
Barranco, Michael

Hearing Time
01:00 PM

Official Court Record Ledger

Cancel Reason
Cancelled/Vacated

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Amend Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 2 - Affidavit of Non-Military Status

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 2 - Affidavit of Non-Military Status

Official Court Record Ledger

08/20/2024 Opposition ▾

Opposition to Request for Order of Default Against Ryan Dillon-Capps

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Opposition to Request for Entry of Order of Default

08/21/2024 Order - Motion/Request/Petition Moot ▾

Motion to Vacate Show Cause Order of June 21 2024

    Judicial Officer
    Mayer, Stacy A.

08/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/21/2024 Order - Motion/Request/Petition Denied ▾

Motion to Vacate Temporary Restraining Order-Denied

    Judicial Officer
    Mayer, Stacy A.

08/21/2024 Order - Motion/Request/Petition Granted ▾

CC-DR-054JO ORDER OF DEFAULT

    Judicial Officer
    Battista, Andrew

08/21/2024 Notice of Default Order Issued ▾

CC-CV-008 NOTICE OF DEFAULT ORDER

08/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/26/2024 Motion / Request - To Dismiss ▾

Motion/Request - To Dismiss

08/26/2024 Memorandum ▾

*Official Court Record Ledger*

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

09/09/2024 Opposition ▾

Opposition to Defendant's Motion to Dismiss

09/17/2024 Order - Motion/Request/Petition Denied ▾

Order denying Motion to Dismiss

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

09/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

09/20/2024 Motion - Vacate Order of Default ▾

Motion - Vacate Order of Default

09/23/2024 Opposition ▾

Opposition to Defendant Motion to Vacate Order of Default

09/23/2024 Line ▾

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

09/23/2024 Affidavit ▾

affidavit_plaintiff_abuse_judicial_system

09/25/2024 Affidavit ▾

Affidavit of Legal Obligation

09/25/2024 Supporting Exhibit ▾

Exhibits Affidavit of Legal Obligation

09/25/2024 Motion ▾

Motion to Strike Opposition of Motion to Vacate Default Order

09/26/2024 Opposition ▾

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

Official Court Record Ledger

## Documents

Complaint / Petition

Case Information Report Filed

Motion for TRO and Injunctive Relief

Memorandum of Law in Support of

Supporting Exhibit 1 - Hartment Affidavit

Supporting Exhibit 2 - Drummond Affidavit

Supporting Exhibit 3 - 1998 Legislative History

Order - Motion for Temporary Restraining Order

Certificate of Notice Regarding Motion for Temporary Restraining Order

CC-CV-032 WRIT OF SUMMONS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Writ/Summons/Pleading Electronic Service

Affidavit - Service

Order and Correspondence to Judge Truffer

Petition for Contempt/Enforcement

Order - Show Cause

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line regarding affidavit of Randall Romes

Affidavit of Randall J. Romes

Contempt Hearing Notice

Hearing Sheet

Order Granting Preliminary Injunction

Writ/Summons/Pleading Electronic Service

Hearing Sheet

Order Holding Defendant in Constructive Civil Contempt

Official Court Record Ledger

Writ/Summons/Pleading Electronic Service

Plaintiff's Ex. 1 - Email and Order to Appear and Show Cause

Plaintiff's Ex. 2 - Exhibit 1 Forwarded to the Defendant

Deficient Filing

Deficient Filing

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Petition for Contempt/Enforcement

Supporting Exhibit - Levett Affidavit

Proposed Order / Decree Show Cause

Motion

Exhibit 1B + 1E UNREDACTED

NOTICE - FORM MDJ-008 - Exhibit 1B

NOTICE - FORM MDJ-008 - Exhibit 1E

Exhibit Series 2 + 4

Exhibit Series 1

Exhibit Series 3

Exhibit Series 5

Exhibit Series 6

Exhibit Index

Deficient Filing

FORM MDJ-008 for Exhibit 1V

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

CC-DC-094 MDEC DEFICIENCY NOTICE

Notice of Corrective Filing for Exhibit 1V

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

Exhibit 1V REDACTED

Exhibit 1V UNREDACTED

Motion for Extension of Time & Order Denying Motion for Extension of Time

Supporting Document - Motion for Extension of Time

Supporting Exhibit - Motion for Extension of Time

Order for Motion to Strike Referenced Evidence

Supporting Document - Motion to Strike Referenced Evidence

Supporting Exhibit - Motion to Strike Referenced Evidence

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Notice of Filing

Official Court Record Ledger

Supporting Document to Notice Filed

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Notice of Errata

Request for Clarification on Denied Motion for Extension of Time

Affidavit - Service

Show Cause/Contempt Hearing Notice

Returned/Undeliverable Mail

Writ/Summons/Pleading Electronic Service

Notice of Withdrawal of Petition for Contempt (Incarceration)

Order-Strike Show Cause Order

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Amend Motion to Strike Referenced Evidence

Motion to Strike Referenced Evidence

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

Attorney Appearance - No Fee

Opposition to Motion to Strike Referenced Evidence

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

Order - Motion to Strike Exhibit B

Writ/Summons/Pleading Electronic Service

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Vacate Show Cause Order of June 21 2024

Motion to Vacate Temporary Restraining Order-Denied

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Request - Order of Default

Exhibit 1 - Affidavit of Process Server

Exhibit 2 - Affidavit of Non-Military Status

CC-DR-054JO ORDER OF DEFAULT

Writ/Summons/Pleading Electronic Service

Opposition to Request for Order of Default Against Ryan Dillon-Capps

Exhibit 1 - Opposition to Request for Entry of Order of Default

Writ/Summons/Pleading Electronic Service

Official Court Record Ledger

CC-CV-008 NOTICE OF DEFAULT ORDER

Writ/Summons/Pleading Electronic Service

Motion/Request - To Dismiss

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

Order denying Motion to Dismiss

Opposition to Defendant's Motion to Dismiss

Writ/Summons/Pleading Electronic Service

Motion - Vacate Order of Default

Opposition to Defendant Motion to Vacate Order of Default

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

affidavit_plaintiff_abuse_judicial_system

Affidavit of Legal Obligation

Exhibits Affidavit of Legal Obligation

Motion to Strike Opposition of Motion to Vacate Default Order

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

Official Court Record Ledger

## Case Information

C-03-CV-24-002264 | Ohana Growth Partners, LLC vs. Ryan Dillon-Capps

Case Number
C-03-CV-24-002264
File Date
06/14/2024

Court
Baltimore County Circuit Court
Case Type
Injunction

Case Status
Closed

## Party

Plaintiff
Ohana Growth Partners, LLC

Address
212 West Padonia Road
Timonium MD 21093

Active Attorneys ▾
Attorney
Klein, Victoria
Retained

Lead Attorney
BRENNEN, ROBERT SCOTT
Retained

Attorney
Duvall, Jessica Lynne
Retained

Attorney
Frenkil, Steven D
Retained

Interested Person/ Party (Participant)
Wagner, Ryan

Address

1334 Maple Ave
Essex MD 21221


Defendant
Dillon-Capps, Ryan

Address
1334 Maple Avenue
Essex MD 21221


## Events and Hearings

06/14/2024 Summons Issued ▾

Requested By
Ohana Growth Partners, LLC

Served
06/17/2024

06/14/2024 Complaint / Petition ▾

Complaint / Petition

06/14/2024 Case Information Report Filed ▾

Case Information Report Filed

06/14/2024 Motion ▾

Motion for TRO and Injunctive Relief

06/14/2024 Memorandum ▾

Memorandum of Law in Support of

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 1 - Hartment Affidavit

06/14/2024 Supporting Exhibit ▼

Supporting Exhibit 2 - Drummond Affidavit

06/14/2024 Supporting Exhibit ▼

Supporting Exhibit 3 - 1998 Legislative History

06/14/2024 Notice Filed ▼

Certificate of Notice Regarding Motion for Temporary Restraining Order

06/14/2024 Summons Issued (Service Event) ▼

CC-CV-032 WRIT OF SUMMONS

06/14/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/17/2024 Order - Motion/Request/Petition Granted ▼

Order - Motion for Temporary Restraining Order

   Judicial Officer
   DeSimone, Marc A,
   Jr.

06/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/17/2024 Line ▼

Line

06/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/18/2024 Affidavit - Service ▼

Affidavit - Service

06/18/2024 Correspondence ▼

Order and Correspondence to Judge Truffer

06/20/2024 Petition for Contempt/Enforcement ▼

Exhibit 101

Petition for Contempt/Enforcement

06/21/2024 Show Cause Order ▾

Requested By
Ohana Growth Partners, LLC

Served
07/08/2024

06/21/2024 Order - Motion/Request/Petition Denied ▾

Order and Correspondence to Judge Truffer

Judicial Officer
Truffer, Keith R.

06/21/2024 Order - Show Cause Issued ▾

Order - Show Cause

Judicial Officer
Truffer, Keith R.

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/25/2024 Line ▾

Line regarding affidavit of Randall Romes

06/25/2024 Affidavit ▾

Affidavit of Randall J. Romes

06/26/2024 Hearing - Injunction ▾

Original Type
Hearing - Injunction

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Judicial Officer
Barranco, Michael

Hearing Time
9:00 AM

Result
Continued

Parties Present ▲
Plaintiff: Ohana Growth Partners, LLC

Attorney: Klein, Victoria

Attorney: BRENNEN, ROBERT SCOTT

Defendant: Dillon-Capps, Ryan

---

06/26/2024 Hearing Sheet ▼

Hearing Sheet

Judicial Officer
Barranco, Michael

---

06/26/2024 Hearing Notice Issued ▼

Contempt Hearing Notice

---

06/27/2024 Hearing - Contempt ▼

Original Type
Hearing - Contempt

Contempt Hearing Notice

Judicial Officer
Barranco, Michael

Hearing Time
01:00 PM

Result
Concluded / Held

Parties Present ▲
Plaintiff: Ohana Growth Partners, LLC

Attorney: Klein, Victoria

Attorney: BRENNEN, ROBERT SCOTT

Defendant: Dillon-Capps, Ryan

---

06/27/2024 Order - Motion/Request/Petition Granted ▼

Order Granting Preliminary Injunction

Judicial Officer
Barranco, Michael

---

06/27/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/27/2024 Hearing Sheet ▼

Hearing Sheet

Judicial Officer
Barranco, Michael

06/27/2024 Order ▼

Order Holding Defendant in Constructive Civil Contempt

Judicial Officer
Barranco, Michael

06/27/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/01/2024 Deficient Filing ▼

Deficient Filing

07/01/2024 Deficient Filing ▼

Deficient Filing

07/01/2024 Deficient Filing ▼

Deficient Filing

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/02/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▼

MDJ-002 NOTICE OF REJECTED SUBMISSION

07/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/02/2024 Motion ▾

Motion

07/02/2024 Supporting Exhibit ▾

Exhibit 1B + 1E UNREDACTED

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1B

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1E

07/02/2024 Supporting Exhibit ▾

Exhibit Series 2 + 4

07/02/2024 Supporting Exhibit ▾

Exhibit Series 1

07/02/2024 Supporting Exhibit ▾

Exhibit Series 3

07/02/2024 Supporting Exhibit ▾

Exhibit Series 5

07/02/2024 Supporting Exhibit ▾

Exhibit Series 6

07/02/2024 Supporting Document ▾

Exhibit Index

07/02/2024 Deficient Filing ▾

Deficient Filing

07/02/2024 Notice Filed ▾

FORM MDJ-008 for Exhibit 1V

07/02/2024 Deficient Filing ▾

Deficient Filing

07/03/2024 Petition for Contempt/Enforcement ▾

Petition for Contempt/Enforcement

07/03/2024 Supporting Exhibit ▾

Supporting Exhibit - Levett Affidavit

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice Filed ▾

Notice of Corrective Filing for Exhibit 1V

07/05/2024 Notice Filed ▾

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

07/05/2024 Supporting Exhibit ▾

Exhibit 1V REDACTED

07/05/2024 Unredacted Filing ▾

Exhibit 1V UNREDACTED

07/05/2024 Order - Motion/Request/Petition Denied ▾

Motion

   Judicial Officer
   Truffer, Keith R.

07/08/2024 Order - Motion/Request/Petition Granted ▾

Exhibit 101

Proposed Order / Decree Show Cause

    Judicial Officer
    Barranco, Michael

---

07/08/2024 Motion ▾

Motion for Extension of Time & Order Denying Motion for Extension of Time

---

07/08/2024 Supporting Document ▾

Supporting Document - Motion for Extension of Time

---

07/08/2024 Supporting Exhibit ▾

Supporting Exhibit - Motion for Extension of Time

---

07/08/2024 Motion ▾

Order for Motion to Strike Referenced Evidence

---

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Referenced Evidence

---

07/08/2024 Supporting Exhibit ▾

Supporting Exhibit - Motion to Strike Referenced Evidence

---

07/08/2024 Motion ▾

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

---

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

---

07/08/2024 Notice Filed ▾

Notice of Filing

---

07/08/2024 Supporting Document ▾

Supporting Document to Notice Filed

---

07/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

07/08/2024 Order - Motion/Request/Petition Denied ▾

Motion for Extension of Time & Order Denying Motion for Extension of Time

Judicial Officer
Alexander, Jan
Marshall

---

07/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

07/08/2024 Notice Filed ▾

Notice of Errata

---

07/08/2024 Motion ▾

Request for Clarification on Denied Motion for Extension of Time

---

07/10/2024 Affidavit - Service ▾

Affidavit - Service

---

07/15/2024 Hearing Notice Issued ▾

Show Cause/Contempt Hearing Notice

---

07/15/2024 Returned/Undeliverable Mail ▾

Returned/Undeliverable Mail

---

07/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

07/17/2024 Notice Filed ▾

Notice of Withdrawal of Petition for Contempt (Incarceration)

---

07/17/2024 Deficient Filing ▾

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

---

07/17/2024 Supporting Exhibit ▾

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

---

07/17/2024 Motion ▾

Motion to Vacate Show Cause Order of June 21 2024

---

07/17/2024 Motion ▾

Motion to Vacate Temporary Restraining Order-Denied

07/18/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/18/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/20/2024 Motion ▾

Motion to Amend Motion to Strike Referenced Evidence

07/20/2024 Motion ▾

Motion to Strike Referenced Evidence

07/20/2024 Supporting Exhibit ▾

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

07/20/2024 Supporting Exhibit ▾

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

07/22/2024 Order - Motion/Request/Petition Denied ▾

Request for Clarification on Denied Motion for Extension of Time

   Judicial Officer
   Alexander, Jan
   Marshall

07/22/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/23/2024 Attorney Appearance - No Fee ▾

Attorney Appearance - No Fee

07/23/2024 Opposition ▾

Opposition to Motion to Strike Referenced Evidence

07/23/2024 Opposition ▾

Exhibit 101

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

07/24/2024 Order ▾

Order-Strike Show Cause Order

  Judicial Officer
  Barranco, Michael

07/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/25/2024 Exhibits / Records Returned ▾

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

07/25/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/30/2024 Order - Motion/Request/Petition Denied ▾

Order for Motion to Strike Referenced Evidence

  Judicial Officer
  Stringer, H. Patrick,
  Jr.

07/30/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/02/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion to Strike Exhibit B

  Judicial Officer
  Stringer, H. Patrick,
  Jr.

08/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/07/2024 Hearing - Contempt ▾

Show Cause/Contempt Hearing Notice

  Judicial Officer
  Barranco, Michael

Exhibit 101

Hearing Time
01:00 PM

Cancel Reason
Cancelled/Vacated

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Amend Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 2 - Affidavit of Non-Military Status

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 101

EXHIBIT 316-1

Exhibit 2 - Affidavit of Non-Military Status

08/20/2024 Opposition ▼

Opposition to Request for Order of Default Against Ryan Dillon-Capps

08/20/2024 Supporting Exhibit ▼

Exhibit 1 - Opposition to Request for Entry of Order of Default

08/21/2024 Order - Motion/Request/Petition Moot ▼

Motion to Vacate Show Cause Order of June 21 2024

   Judicial Officer
   Mayer, Stacy A.

08/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

08/21/2024 Order - Motion/Request/Petition Denied ▼

Motion to Vacate Temporary Restraining Order-Denied

   Judicial Officer
   Mayer, Stacy A.

08/21/2024 Order - Motion/Request/Petition Granted ▼

CC-DR-054JO ORDER OF DEFAULT

   Judicial Officer
   Battista, Andrew

08/21/2024 Notice of Default Order Issued ▼

CC-CV-008 NOTICE OF DEFAULT ORDER

08/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

08/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

08/26/2024 Motion / Request - To Dismiss ▼

Motion/Request - To Dismiss

08/26/2024 Memorandum ▾

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

09/09/2024 Opposition ▾

Opposition to Defendant's Motion to Dismiss

09/17/2024 Order - Motion/Request/Petition Denied ▾

Order denying Motion to Dismiss

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

09/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

09/20/2024 Motion - Vacate Order of Default ▾

Motion - Vacate Order of Default

09/23/2024 Opposition ▾

Opposition to Defendant Motion to Vacate Order of Default

09/23/2024 Line ▾

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

09/23/2024 Affidavit ▾

affidavit_plaintiff_abuse_judicial_system

09/25/2024 Affidavit ▾

Affidavit of Legal Obligation

09/25/2024 Supporting Exhibit ▾

Exhibits Affidavit of Legal Obligation

09/25/2024 Motion ▾

Motion to Strike Opposition of Motion to Vacate Default Order

09/26/2024 Opposition ▾

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

09/27/2024 Motion ▼

Order denying and Motion for Sanctions

09/27/2024 Affidavit ▼

Affidavit for Sanctions and Exhibits

09/30/2024 Motion ▼

Motion to Assert Rights and Request Immediate Rulings

10/01/2024 Line ▼

Line-Affidavit-Motion-Rights-Request-Immediate-Rulings

10/01/2024 Affidavit ▼

Affidavit-Motion-Rights-Request-Immediate-Rulings

10/02/2024 Motion ▼

Motion to Assert Rights and Request for Immdiate Rulings

10/03/2024 Motion ▼

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

10/04/2024 Affidavit ▼

Affidavit of Harm

10/04/2024 Line ▼

Line Affidavit of Harm

10/05/2024 Notice Filed ▼

Notice Filed

10/07/2024 Affidavit ▼

affidavit-financial-urgency + Exhibit 1, 2, 3

10/07/2024 Deficient Filing ▼

Deficient Filing

Exhibit 101

10/08/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

10/08/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

MDJ-002 NOTICE OF REJECTED SUBMISSION

10/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/08/2024 Motion ▾

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

10/08/2024 Affidavit ▾

affidavit-financial-urgency

10/08/2024 Deficient Filing ▾

Deficient Filing.

10/08/2024 Notice of Deficiency - Rule 20-203(d) ▾

Notice of Deficiency and Order Striking Deficient Submission

10/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/08/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

Submission Rcvd &amp; Rejected for Non-Compliance Rules Title 20

10/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/08/2024 Motion - Compel ▾

Motion - Compel And Order

10/08/2024 Deficient Filing ▾

Deficient Filing

10/08/2024 Request for Hearing/Trial ▾

third-request-admin-hearing

10/09/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

10/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/09/2024 Deficient Filing ▾

Deficient Filing

10/10/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

10/10/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/11/2024 Judge's Order ▾

third-request-admin-hearing

   Judicial Officer
   Finifter, Michael J.

10/11/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Assert Rights and Request Immediate Rulings

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Add Counsel of Record

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Motion to Compel

10/11/2024 Deficient Filing ▾

Deficient Filing

10/11/2024 Motion for Special Assignment ▾

Request for Special Assignment

10/11/2024 Motion ▾

Motion for Expedited Discovery

10/14/2024 Opposition ▾

Opposition to Defendant's Motion for Sanctions

10/15/2024 Notice of Deficiency - Rule 20-203(d) ▾

Notice of Deficiency - Rule 20-203(d)

10/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/15/2024 Return/Affidavit of Served Subpoena ▾

Return/Affidavit of Served Subpoena

10/15/2024 Return/Affidavit of Served Subpoena ▾

Return/Affidavit of Served Subpoena

10/15/2024 Affidavit ▾

affidavit-bad-faith

10/15/2024 Memorandum ▾

memo-law-reciprical

10/15/2024 Motion ▾

Order/motion-disqualify-counsel

10/15/2024 Motion to Expedite ▾

motion-expedite-hearing-admin-judge-order

10/15/2024 Motion ▾

Order/motion-injunction-compensation

10/15/2024 Motion ▾

Order/motion-strike-bad-faith-opposition

10/15/2024 Motion ▾

Order/motion-strike-opposition-motion-add-counsel

10/15/2024 Motion ▾

Order/motion-strike-opposition-motion-compel

10/16/2024 Order - Motion/Request/Petition Granted ▾

Motion - Vacate Order of Default

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

10/16/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/16/2024 Order - Motion/Request/Petition Denied ▾

Order-Motion to Expedite Hearing Denied

    Judicial Officer
    ROBINSON,
    DENNIS MICHAEL,
    Jr.

10/16/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/16/2024 Affidavit ▾

Affidavit of Crayons

10/17/2024 Affidavit ▾

affidavit-contract-modifications-motion for reconsideration

10/17/2024 Motion - Reconsideration ▾

request-reconsdier-enforcement-admin-judge-ruling-20241011

10/18/2024 Order - Motion/Request/Petition Moot ▼

Motion to Strike Opposition of Motion to Vacate Default Order

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

10/18/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/18/2024 Stricken Filing ▼

Stricken Filing

10/18/2024 Motion ▼

motion-allow-prose-rep-llc

10/18/2024 Motion/Request for Protective Order ▼

Plaintiff's Motion for Protective Order

10/18/2024 Line ▼

Line

10/18/2024 Opposition ▼

Plaintiff's Opposition to Motion for Expedited Discovery

10/21/2024 Notice of Striking Non-Compliant Submission ▼

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

10/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/21/2024 Order - Motion/Request/Petition Denied ▼

Proposed Order / Decree

    Judicial Officer
    Mayer, Stacy A.

10/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/22/2024 Order - Motion/Request/Petition Denied ▾

Order denying and Motion for Sanctions

Judicial Officer
Stringer, H. Patrick,
Jr.

10/22/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/22/2024 Order - Motion/Request/Petition Denied ▾

Order denying defendant's Motion for expedited discovery

Judicial Officer
Mayer, Stacy A.

10/22/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/22/2024 Affidavit ▾

Affidavit of Exhibits

10/22/2024 Affidavit ▾

Affidavit of Writing Analysis

10/22/2024 Motion ▾

Amended Motion for Mandatory Injunction to Restore Lost Pay

10/22/2024 Motion/Request ▾

Motion/Request - Deposition Request for Agents of Ohana Growth Partners

10/22/2024 Memorandum ▾

Memorandum in Support of Reciprocal Attorney's Fees for Prevailing Defendants

10/22/2024 Motion - Compel ▾

Motion to Compel Productions to Support Claims at Hearing

10/22/2024 Motion ▾

Motion for Early Discovery

10/22/2024 Motion - Limine ▼

Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence

10/22/2024 Line ▼

Notice of Line Filing

10/22/2024 Opposition ▼

oppose-schedule-conference

10/23/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▼

MDJ-002 NOTICE OF REJECTED SUBMISSION

10/23/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/23/2024 Motion ▼

motion-better-maryland-recipricol-relief-oct23

10/23/2024 Motion ▼

motion-dismiss-prejudice-"June 13th"

10/23/2024 Motion ▼

motion-disqualify-milesstockbridge-oct23

10/23/2024 Motion ▼

motion-injunctive-prevent-abuse-oct23

10/23/2024 Motion ▼

motion-referral-criminal-ethical-investigation-oct23

10/23/2024 Motion ▼

motion-sanctions-not-sanction

10/23/2024 Motion ▼

motion-vacate-tro-oct23

10/23/2024 Reply to Opposition ▾

reply-opposition-expedited-discovery

10/23/2024 Notice Filed ▾

Notice of withdrawal of Notice of Deposition of Baltimore Business Journal

10/23/2024 Notice Filed ▾

Notice of withdrawal of Subpoena Duces Tecum for Documents to Baltimore B usiness Journal

10/23/2024 Notice Filed ▾

Notice of withdrawal of Proposed Orders for Motion for Sanctions

10/24/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion to Assert Rights and Request for Immediate Rulings

    Judicial Officer
    Barranco, Michael

10/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/24/2024 Order - Motion/Request/Petition Denied ▾

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

10/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/24/2024 Dismissal - Voluntary ▾

Order - Notice of Voluntary Dismissal

10/25/2024 Order - Motion/Request/Petition Denied ▾

Motion to Assert Rights and Request for Immdiate Rulings

    Judicial Officer
    Stringer, H. Patrick,
    Jr.

10/25/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/25/2024 Order ▾

Notice of Deficiency and Order Striking Deficient Submission

   Judicial Officer
   Finifter, Michael J.

10/25/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/25/2024 Supporting Exhibit ▾

Supporting Exhibit 1- 1F7/Motion to Strike Notice of Voluntary Dismissal

10/25/2024 Motion ▾

Motion to Strike Notice of Voluntary Dismissal

10/25/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Strike Notice of Voluntary Dismissal

10/25/2024 Motion ▾

motion-sanctions-20241025

10/28/2024 Affidavit ▾

amended-affidavit-abussive-use-judicial-system

10/28/2024 Motion - Reconsideration ▾

Motion - Reconsideration

10/28/2024 Stricken Filing ▾

Stricken Filing

10/28/2024 Notice of Striking Non-Compliant Submission ▾

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

10/28/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/28/2024 Motion ▾

motion-amend-affidavit-abusive-use

10/29/2024 Order - Motion/Request/Petition Denied ▾

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

> Judicial Officer
> Stringer, H. Patrick,
> Jr.

10/29/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/30/2024 Motion ▾

Motion for Emergency Administrative Review

10/30/2024 Motion ▾

Request for Clarification of October 10th and 28th Rulings

10/30/2024 Opposition ▾

opposition-notice-voluntary-dismissal

10/31/2024 Opposition ▾

Opposition to Motion for Sanctions

11/01/2024 Affidavit ▾

Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings

11/01/2024 Notice Filed ▾

Notice Filed of Line filing for directed verdict

11/01/2024 Motion ▾

Motion for Directed Verdict

11/01/2024 Request for Hearing/Trial ▾

Request for Hearing

11/01/2024 Request for Hearing/Trial ▾

prehearing-conference-injunctive-relief

11/01/2024 Motion to Expedite ▾

motion-expedite-prehearing-conference-injunctive-relief

11/04/2024 Motion ▾

Amended Motion for Sanctions

11/04/2024 Motion ▾

Amended Motion to Strike Notice of Voluntary Dismissal

11/04/2024 Motion ▾

Motion to Withdraw the original Motion for Sanctions on 10/25/24

11/04/2024 Motion ▾

Motion to Withdraw the Original Motion to Strike Notice of Voluntary Dismissal filed on 10/25/24

11/04/2024 Reply to Opposition ▾

Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions

11/04/2024 Memorandum ▾

Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts

11/04/2024 Notice Filed ▾

Notice of Line Filing on 11/4/24 with Memorandum of Law in Support of Mandatory Hearing

11/04/2024 Motion ▾

motion-consolidate-prevent-framework

11/05/2024 Memorandum ▾

memo-law-perseverare-autum-diabolicum

11/06/2024 Order - Motion/Request/Petition Granted ▾

Order - Notice of Voluntary Dismissal

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-disqualify-counsel

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Order - Motion/Request/Petition Denied ▾

Order/motion-injunction-compensation

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Order - Motion/Request/Petition Denied ▾

Order/motion-strike-bad-faith-opposition

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-strike-opposition-motion-add-counsel

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-strike-opposition-motion-compel

Judicial Officer
Stringer, H. Patrick,
Jr.

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading - Confidential Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/07/2024 Judicial Notation on Filing ▾

Motion - Compel And Order

   Judicial Officer
   ROBINSON,
   DENNIS MICHAEL,
   Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/07/2024 Order - Motion/Request/Petition Denied ▾

request-reconsdier-enforcement-admin-judge-ruling-20241011

   Judicial Officer
   ROBINSON,
   DENNIS MICHAEL,
   Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/07/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion for Emergency Administrative Review

   Judicial Officer
   ROBINSON,
   DENNIS MICHAEL,
   Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

Exhibit 101

11/07/2024 Notice Filed ▾

notice-defer-final-cost-pending-documentation

11/07/2024 Motion ▾

Motion to Defer Finalization of costs Pending full cost documentation

11/07/2024 Motion ▾

motion-preserve-court-records

## Documents

Complaint / Petition

Case Information Report Filed

Motion for TRO and Injunctive Relief

Memorandum of Law in Support of

Supporting Exhibit 1 - Hartment Affidavit

Supporting Exhibit 2 - Drummond Affidavit

Supporting Exhibit 3 - 1998 Legislative History

Order - Motion for Temporary Restraining Order

Certificate of Notice Regarding Motion for Temporary Restraining Order

CC-CV-032 WRIT OF SUMMONS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Writ/Summons/Pleading Electronic Service

Affidavit - Service

Order and Correspondence to Judge Truffer

Petition for Contempt/Enforcement

Order - Show Cause

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line regarding affidavit of Randall Romes

Affidavit of Randall J. Romes

Contempt Hearing Notice

Hearing Sheet

Order Granting Preliminary Injunction

Writ/Summons/Pleading Electronic Service

Hearing Sheet

Order Holding Defendant in Constructive Civil Contempt

Writ/Summons/Pleading Electronic Service

Plaintiff's Ex. 1 - Email and Order to Appear and Show Cause

Plaintiff's Ex. 2 - Exhibit 1 Forwarded to the Defendant

Deficient Filing

Deficient Filing

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Petition for Contempt/Enforcement

Supporting Exhibit - Levett Affidavit

Proposed Order / Decree Show Cause

Motion

Exhibit 1B + 1E UNREDACTED

NOTICE - FORM MDJ-008 - Exhibit 1B

NOTICE - FORM MDJ-008 - Exhibit 1E

Exhibit Series 2 + 4

Exhibit Series 1

Exhibit Series 3

Exhibit Series 5

Exhibit Series 6

Exhibit Index

Deficient Filing

FORM MDJ-008 for Exhibit 1V

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

CC-DC-094 MDEC DEFICIENCY NOTICE

Notice of Corrective Filing for Exhibit 1V

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

Exhibit 1V REDACTED

Exhibit 1V UNREDACTED

Motion for Extension of Time & Order Denying Motion for Extension of Time

Supporting Document - Motion for Extension of Time

Supporting Exhibit - Motion for Extension of Time

Order for Motion to Strike Referenced Evidence

Supporting Document - Motion to Strike Referenced Evidence

Supporting Exhibit - Motion to Strike Referenced Evidence

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Notice of Filing

Supporting Document to Notice Filed

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Notice of Errata

Request for Clarification on Denied Motion for Extension of Time

Affidavit - Service

Show Cause/Contempt Hearing Notice

Returned/Undeliverable Mail

Writ/Summons/Pleading Electronic Service

Notice of Withdrawal of Petition for Contempt (Incarceration)

Order-Strike Show Cause Order

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Amend Motion to Strike Referenced Evidence

Motion to Strike Referenced Evidence

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

Attorney Appearance - No Fee

Opposition to Motion to Strike Referenced Evidence

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

Order - Motion to Strike Exhibit B

Writ/Summons/Pleading Electronic Service

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Vacate Show Cause Order of June 21 2024

Motion to Vacate Temporary Restraining Order-Denied

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Request - Order of Default

Exhibit 1 - Affidavit of Process Server

Exhibit 2 - Affidavit of Non-Military Status

CC-DR-054JO ORDER OF DEFAULT

Writ/Summons/Pleading Electronic Service

Opposition to Request for Order of Default Against Ryan Dillon-Capps

Exhibit 1 - Opposition to Request for Entry of Order of Default

Writ/Summons/Pleading Electronic Service

CC-CV-008 NOTICE OF DEFAULT ORDER

Writ/Summons/Pleading Electronic Service

Motion/Request - To Dismiss

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

Order denying Motion to Dismiss

Opposition to Defendant's Motion to Dismiss

Writ/Summons/Pleading Electronic Service

Motion - Vacate Order of Default

Opposition to Defendant Motion to Vacate Order of Default

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

affidavit_plaintiff_abuse_judicial_system

Affidavit of Legal Obligation

Exhibits Affidavit of Legal Obligation

Motion to Strike Opposition of Motion to Vacate Default Order

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

Order denying and Motion for Sanctions

Affidavit for Sanctions and Exhibits

Motion to Assert Rights and Request Immediate Rulings

Line-Affidavit-Motion-Rights-Request-Immediate-Rulings

Affidavit-Motion-Rights-Request-Immediate-Rulings

Motion to Assert Rights and Request for Immdiate Rulings

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

Affidavit of Harm

Line Affidavit of Harm

Notice Filed

affidavit-financial-urgency + Exhibit 1, 2, 3

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

affidavit-financial-urgency

Deficient Filing.

Notice of Deficiency and Order Striking Deficient Submission

Writ/Summons/Pleading Electronic Service

Submission Rcvd &amp; Rejected for Non-Compliance Rules Title 20

Writ/Summons/Pleading Electronic Service

Motion - Compel And Order

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

third-request-admin-hearing

Writ/Summons/Pleading Electronic Service

Plaintiff's Opposition to Defendant's Motion to Assert Rights and Request Immediate Rulings

Plaintiff's Opposition to Defendant's Motion to Add Counsel of Record

Plaintiff's Opposition to Defendant's Motion to Motion to Compel

Deficient Filing

Notice of Deficiency - Rule 20-203(d)

Writ/Summons/Pleading Electronic Service

Request for Special Assignment

Proposed Order / Decree

Motion for Expedited Discovery

Opposition to Defendant's Motion for Sanctions

Order-Motion to Expedite Hearing Denied

Writ/Summons/Pleading Electronic Service

Return/Affidavit of Served Subpoena

Return/Affidavit of Served Subpoena

affidavit-bad-faith

memo-law-reciprical

Order/motion-disqualify-counsel

motion-expedite-hearing-admin-judge-order

Order/motion-injunction-compensation

Order/motion-strike-bad-faith-opposition

Order/motion-strike-opposition-motion-add-counsel

Order/motion-strike-opposition-motion-compel

Writ/Summons/Pleading Electronic Service

Affidavit of Crayons

affidavit-contract-modifications-motion for reconsideration

request-reconsdier-enforcement-admin-judge-ruling-20241011

Writ/Summons/Pleading Electronic Service

Stricken Filing

motion-allow-prose-rep-llc

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

Writ/Summons/Pleading Electronic Service

Plaintiff's Motion for Protective Order

Writ/Summons/Pleading Electronic Service

Line

Plaintiff's Opposition to Motion for Expedited Discovery

Order denying defendant's Motion for expedited discovery

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Affidavit of Exhibits

Affidavit of Writing Analysis

Amended Motion for Mandatory Injunction to Restore Lost Pay

Motion/Request - Deposition Request for Agents of Ohana Growth Partners

Memorandum in Support of Reciprocal Attorney's Fees for Prevailing Defendants

Motion to Compel Productions to Support Claims at Hearing

Motion for Early Discovery

Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence

Notice of Line Filing

oppose-schedule-conference

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Order - Motion to Assert Rights and Request for Immediate Rulings

motion-better-maryland-recipricol-relief-oct23

motion-dismiss-prejudice-"June 13th"

motion-disqualify-milesstockbridge-oct23

motion-injunctive-prevent-abuse-oct23

motion-referral-criminal-ethical-investigation-oct23

motion-sanctions-not-sanction

motion-vacate-tro-oct23

reply-opposition-expedited-discovery

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Notice of withdrawal of Notice of Deposition of Baltimore Business Journal

Notice of withdrawal of Subpoena Duces Tecum for Documents to Baltimore B usiness Journal

Notice of withdrawal of Proposed Orders for Motion for Sanctions

Order - Notice of Voluntary Dismissal

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Supporting Exhibit 1- 1F7/Motion to Strike Notice of Voluntary Dismissal

Motion to Strike Notice of Voluntary Dismissal

Plaintiff's Opposition to Defendant's Motion to Strike Notice of Voluntary Dismissal

motion-sanctions-20241025

amended-affidavit-abussive-use-judicial-system

Motion - Reconsideration

Stricken Filing

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

Writ/Summons/Pleading Electronic Service

motion-amend-affidavit-abusive-use

Writ/Summons/Pleading Electronic Service

Motion for Emergency Administrative Review

Order - Motion for Emergency Administrative Review

Request for Clarification of October 10th and 28th Rulings

opposition-notice-voluntary-dismissal

Opposition to Motion for Sanctions

Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings

Notice Filed of Line filing for directed verdict

Motion for Directed Verdict

Request for Hearing

prehearing-conference-injunctive-relief

motion-expedite-prehearing-conference-injunctive-relief

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading - Confidential Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

memo-law-perseverare-autum-diabolicum

Amended Motion for Sanctions

Amended Motion to Strike Notice of Voluntary Dismissal

Motion to Withdraw the original Motion for Sanctions on 10/25/24

Motion to Withdraw the Original Motion to Strike Notice of Voluntary Dismissal filed on 10/25/24

Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions

Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts

Notice of Line Filing on 11/4/24 with Memorandum of Law in Support of Mandatory Hearing

motion-consolidate-prevent-framework

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

notice-defer-final-cost-pending-documentation

Motion to Defer Finalization of costs Pending full cost documentation

motion-preserve-court-records

## Case Information

C-03-CV-24-002264 | Ohana Growth Partners, LLC vs. Ryan Dillon-Capps

| Case Number | Court | |
| --- | --- | --- |
| C-03-CV-24-002264 | Baltimore County Circuit Court | |
| File Date | Case Type | Case Status |
| 06/14/2024 | Injunction | Closed |

## Party

Plaintiff
Ohana Growth Partners, LLC

Address
212 West Padonia Road
Timonium MD 21093

Active Attorneys ▾
Attorney
Klein, Victoria
Retained

Lead Attorney
BRENNEN, ROBERT SCOTT
Retained

Attorney
Duvall, Jessica Lynne
Retained

Attorney
Frenkil, Steven D
Retained

Interested Person/ Party (Participant)
Wagner, Ryan

Address
1334 Maple Ave
Essex MD 21221

Defendant
Dillon-Capps, Ryan

Address
1334 Maple Avenue
Essex MD 21221

## Events and Hearings

06/14/2024 Summons Issued ▾

Requested By
Ohana Growth Partners, LLC

Served
06/17/2024

06/14/2024 Complaint / Petition ▾

Complaint / Petition

06/14/2024 Case Information Report Filed ▾

Case Information Report Filed

06/14/2024 Motion ▾

Motion for TRO and Injunctive Relief

06/14/2024 Memorandum ▾

Memorandum of Law in Support of

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 1 - Hartment Affidavit

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 2 - Drummond Affidavit

06/14/2024 Supporting Exhibit ▾

Supporting Exhibit 3 - 1998 Legislative History

06/14/2024 Notice Filed ▼

Certificate of Notice Regarding Motion for Temporary Restraining Order

06/14/2024 Summons Issued (Service Event) ▼

CC-CV-032 WRIT OF SUMMONS

06/14/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/17/2024 Order - Motion/Request/Petition Granted ▼

Order - Motion for Temporary Restraining Order

  Judicial Officer
  DeSimone, Marc A, Jr.

06/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/17/2024 Line ▼

Line

06/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

06/18/2024 Affidavit - Service ▼

Affidavit - Service

06/18/2024 Correspondence ▼

Order and Correspondence to Judge Truffer

06/20/2024 Petition for Contempt/Enforcement ▼

Petition for Contempt/Enforcement

06/21/2024 Show Cause Order ▼

Requested By
Ohana Growth Partners, LLC

Served
07/08/2024

06/21/2024 Order - Motion/Request/Petition Denied ▾

Order and Correspondence to Judge Truffer

    Judicial Officer
    **Truffer, Keith R.**

---

06/21/2024 Order - Show Cause Issued ▾

Order - Show Cause

    Judicial Officer
    **Truffer, Keith R.**

---

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

06/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

06/25/2024 Line ▾

Line regarding affidavit of Randall Romes

---

06/25/2024 Affidavit ▾

Affidavit of Randall J. Romes

---

06/26/2024 Hearing - Injunction ▾

Original Type
**Hearing - Injunction**

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Judicial Officer
**Barranco, Michael**

Hearing Time
**9:00 AM**

Result
**Continued**

Parties Present ▴
  Plaintiff: Ohana Growth Partners, LLC

    Attorney: Klein, Victoria

    Attorney: BRENNEN, ROBERT SCOTT

  Defendant: Dillon-Capps, Ryan

06/26/2024 Hearing Sheet ▾

Hearing Sheet

  Judicial Officer
  Barranco, Michael

06/26/2024 Hearing Notice Issued ▾

Contempt Hearing Notice

06/27/2024 Hearing - Contempt ▾

Original Type
Hearing - Contempt

Contempt Hearing Notice

Judicial Officer
Barranco, Michael

Hearing Time
01:00 PM

Result
Concluded / Held

Parties Present ▴
  Plaintiff: Ohana Growth Partners, LLC

    Attorney: Klein, Victoria

    Attorney: BRENNEN, ROBERT SCOTT

  Defendant: Dillon-Capps, Ryan

06/27/2024 Order - Motion/Request/Petition Granted ▾

Order Granting Preliminary Injunction

  Judicial Officer
  Barranco, Michael

06/27/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

06/27/2024 Hearing Sheet ▾

Hearing Sheet

  Judicial Officer
  Barranco, Michael

06/27/2024 Order ▾

Order Holding Defendant in Constructive Civil Contempt

Judicial Officer
**Barranco, Michael**

06/27/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/01/2024 Deficient Filing ▾

Deficient Filing

07/01/2024 Deficient Filing ▾

Deficient Filing

07/01/2024 Deficient Filing ▾

Deficient Filing

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/02/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

MDJ-002 NOTICE OF REJECTED SUBMISSION

07/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/02/2024 Motion ▾

Motion

07/02/2024 Supporting Exhibit ▾

Exhibit 1B + 1E UNREDACTED

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1B

07/02/2024 Notice Filed ▾

NOTICE - FORM MDJ-008 - Exhibit 1E

07/02/2024 Supporting Exhibit ▾

Exhibit Series 2 + 4

07/02/2024 Supporting Exhibit ▾

Exhibit Series 1

07/02/2024 Supporting Exhibit ▾

Exhibit Series 3

07/02/2024 Supporting Exhibit ▾

Exhibit Series 5

07/02/2024 Supporting Exhibit ▾

Exhibit Series 6

07/02/2024 Supporting Document ▾

Exhibit Index

07/02/2024 Deficient Filing ▾

Deficient Filing

07/02/2024 Notice Filed ▾

FORM MDJ-008 for Exhibit 1V

07/02/2024 Deficient Filing ▾

Deficient Filing

07/03/2024 Petition for Contempt/Enforcement ▾

Petition for Contempt/Enforcement

07/03/2024 Supporting Exhibit ▾

Supporting Exhibit - Levett Affidavit

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

07/05/2024 Notice Filed ▼

Notice of Corrective Filing for Exhibit 1V

07/05/2024 Notice Filed ▼

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

07/05/2024 Supporting Exhibit ▼

Exhibit 1V REDACTED

07/05/2024 Unredacted Filing ▼

Exhibit 1V UNREDACTED

07/05/2024 Order - Motion/Request/Petition Denied ▼

Motion

    Judicial Officer
    Truffer, Keith R.

07/08/2024 Order - Motion/Request/Petition Granted ▼

Proposed Order / Decree Show Cause

    Judicial Officer
    Barranco, Michael

07/08/2024 Motion ▼

Motion for Extension of Time & Order Denying Motion for Extension of Time

07/08/2024 Supporting Document ▼

Supporting Document - Motion for Extension of Time

07/08/2024 Supporting Exhibit ▼

Supporting Exhibit - Motion for Extension of Time

07/08/2024 Motion ▾

Order for Motion to Strike Referenced Evidence

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Referenced Evidence

07/08/2024 Supporting Exhibit ▾

Supporting Exhibit - Motion to Strike Referenced Evidence

07/08/2024 Motion ▾

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

07/08/2024 Supporting Document ▾

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

07/08/2024 Notice Filed ▾

Notice of Filing

07/08/2024 Supporting Document ▾

Supporting Document to Notice Filed

07/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/08/2024 Order - Motion/Request/Petition Denied ▾

Motion for Extension of Time & Order Denying Motion for Extension of Time

   Judicial Officer
   Alexander, Jan
   Marshall

07/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/08/2024 Notice Filed ▾

Notice of Errata

07/08/2024 Motion ▾

Request for Clarification on Denied Motion for Extension of Time

07/10/2024 Affidavit - Service ▾

Affidavit - Service

07/15/2024 Hearing Notice Issued ▾

Show Cause/Contempt Hearing Notice

07/15/2024 Returned/Undeliverable Mail ▾

Returned/Undeliverable Mail

07/17/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/17/2024 Notice Filed ▾

Notice of Withdrawal of Petition for Contempt (Incarceration)

07/17/2024 Deficient Filing ▾

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

07/17/2024 Supporting Exhibit ▾

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

07/17/2024 Motion ▾

Motion to Vacate Show Cause Order of June 21 2024

07/17/2024 Motion ▾

Motion to Vacate Temporary Restraining Order-Denied

07/18/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

07/18/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

07/20/2024 Motion ▾

Motion to Amend Motion to Strike Referenced Evidence

07/20/2024 Motion ▾

Motion to Strike Referenced Evidence

07/20/2024 Supporting Exhibit ▼

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

07/20/2024 Supporting Exhibit ▼

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

07/22/2024 Order - Motion/Request/Petition Denied ▼

Request for Clarification on Denied Motion for Extension of Time

    Judicial Officer
    Alexander, Jan
    Marshall

07/22/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/23/2024 Attorney Appearance - No Fee ▼

Attorney Appearance - No Fee

07/23/2024 Opposition ▼

Opposition to Motion to Strike Referenced Evidence

07/23/2024 Opposition ▼

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

07/24/2024 Order ▼

Order-Strike Show Cause Order

    Judicial Officer
    Barranco, Michael

07/24/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/25/2024 Exhibits / Records Returned ▼

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

07/25/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

07/30/2024 Order - Motion/Request/Petition Denied ▾

Order for Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick, Jr.

07/30/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/02/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion to Strike Exhibit B

    Judicial Officer
    Stringer, H. Patrick, Jr.

08/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/07/2024 Hearing - Contempt ▾

Show Cause/Contempt Hearing Notice

Judicial Officer
Barranco, Michael

Hearing Time
01:00 PM

Cancel Reason
Cancelled/Vacated

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick, Jr.

08/09/2024 Order - Motion/Request/Petition Denied ▾

Motion to Amend Motion to Strike Referenced Evidence

    Judicial Officer
    Stringer, H. Patrick, Jr.

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 2 - Affidavit of Non-Military Status

08/20/2024 Request - Order of Default ▾

Request - Order of Default

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Affidavit of Process Server

08/20/2024 Supporting Exhibit ▾

Exhibit 2 - Affidavit of Non-Military Status

08/20/2024 Opposition ▾

Opposition to Request for Order of Default Against Ryan Dillon-Capps

08/20/2024 Supporting Exhibit ▾

Exhibit 1 - Opposition to Request for Entry of Order of Default

08/21/2024 Order - Motion/Request/Petition Moot ▾

Motion to Vacate Show Cause Order of June 21 2024

    Judicial Officer
    Mayer, Stacy A.

08/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

08/21/2024 Order - Motion/Request/Petition Denied ▾

Motion to Vacate Temporary Restraining Order-Denied

    Judicial Officer
    Mayer, Stacy A.

08/21/2024 Order - Motion/Request/Petition Granted ▼

CC-DR-054JO ORDER OF DEFAULT

Judicial Officer
Battista, Andrew

08/21/2024 Notice of Default Order Issued ▼

CC-CV-008 NOTICE OF DEFAULT ORDER

08/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

08/21/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

08/26/2024 Motion / Request - To Dismiss ▼

Motion/Request - To Dismiss

08/26/2024 Memorandum ▼

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

09/09/2024 Opposition ▼

Opposition to Defendant's Motion to Dismiss

09/17/2024 Order - Motion/Request/Petition Denied ▼

Order denying Motion to Dismiss

Judicial Officer
Stringer, H. Patrick, Jr.

09/17/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

09/20/2024 Motion - Vacate Order of Default ▼

Motion - Vacate Order of Default

09/23/2024 Opposition ▼

Opposition to Defendant Motion to Vacate Order of Default

09/23/2024 Line ▼

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

09/23/2024 Affidavit ▾

affidavit_plaintiff_abuse_judicial_system

09/25/2024 Affidavit ▾

Affidavit of Legal Obligation

09/25/2024 Supporting Exhibit ▾

Exhibits Affidavit of Legal Obligation

09/25/2024 Motion ▾

Motion to Strike Opposition of Motion to Vacate Default Order

09/26/2024 Opposition ▾

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

09/27/2024 Motion ▾

Order denying and Motion for Sanctions

09/27/2024 Affidavit ▾

Affidavit for Sanctions and Exhibits

09/30/2024 Motion ▾

Motion to Assert Rights and Request Immediate Rulings

10/01/2024 Line ▾

Line-Affidavit-Motion-Rights-Request-Immediate-Rulings

10/01/2024 Affidavit ▾

Affidavit-Motion-Rights-Request-Immediate-Rulings

10/02/2024 Motion ▾

Motion to Assert Rights and Request for Immdiate Rulings

10/03/2024 Motion ▾

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

10/04/2024 Affidavit ▾

Affidavit of Harm

10/04/2024 Line ▼

Line Affidavit of Harm

10/05/2024 Notice Filed ▼

Notice Filed

10/07/2024 Affidavit ▼

affidavit-financial-urgency + Exhibit 1, 2, 3

10/07/2024 Deficient Filing ▼

Deficient Filing

10/08/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

10/08/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▼

MDJ-002 NOTICE OF REJECTED SUBMISSION

10/08/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/08/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/08/2024 Motion ▼

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

10/08/2024 Affidavit ▼

affidavit-financial-urgency

10/08/2024 Deficient Filing ▼

Deficient Filing.

10/08/2024 Notice of Deficiency - Rule 20-203(d) ▼

Notice of Deficiency and Order Striking Deficient Submission

10/08/2024 Writ /Summons/Pleading - Electronic Service ▼

Exhibti 101

Writ/Summons/Pleading Electronic Service

10/08/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

Submission Rcvd &amp; Rejected for Non-Compliance Rules Title 20

10/08/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/08/2024 Motion - Compel ▾

Motion - Compel And Order

10/08/2024 Deficient Filing ▾

Deficient Filing

10/08/2024 Request for Hearing/Trial ▾

third-request-admin-hearing

10/09/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

10/09/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/09/2024 Deficient Filing ▾

Deficient Filing

10/10/2024 Notice of Deficiency - Rule 20-203(d) ▾

CC-DC-094 MDEC DEFICIENCY NOTICE

10/10/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/11/2024 Judge's Order ▾

third-request-admin-hearing

  Judicial Officer
  Finifter, Michael J.

10/11/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Assert Rights and Request Immediate Rulings

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Add Counsel of Record

10/11/2024 Opposition ▾

Plaintiff's Opposition to Defendant's Motion to Motion to Compel

10/11/2024 Deficient Filing ▾

Deficient Filing

10/11/2024 Motion for Special Assignment ▾

Request for Special Assignment

10/11/2024 Motion ▾

Motion for Expedited Discovery

10/14/2024 Opposition ▾

Opposition to Defendant's Motion for Sanctions

10/15/2024 Notice of Deficiency - Rule 20-203(d) ▾

Notice of Deficiency - Rule 20-203(d)

10/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/15/2024 Return/Affidavit of Served Subpoena ▾

Return/Affidavit of Served Subpoena

10/15/2024 Return/Affidavit of Served Subpoena ▾

Return/Affidavit of Served Subpoena

10/15/2024 Affidavit ▾

affidavit-bad-faith

10/15/2024 Memorandum ▾

memo-law-reciprical

10/15/2024 Motion ▾

Order/motion-disqualify-counsel

10/15/2024 Motion to Expedite ▾

motion-expedite-hearing-admin-judge-order

10/15/2024 Motion ▾

Order/motion-injunction-compensation

10/15/2024 Motion ▾

Order/motion-strike-bad-faith-opposition

10/15/2024 Motion ▾

Order/motion-strike-opposition-motion-add-counsel

10/15/2024 Motion ▾

Order/motion-strike-opposition-motion-compel

10/16/2024 Order - Motion/Request/Petition Granted ▾

Motion - Vacate Order of Default

  Judicial Officer
  Stringer, H. Patrick, Jr.

10/16/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/16/2024 Order - Motion/Request/Petition Denied ▾

Order-Motion to Expedite Hearing Denied

  Judicial Officer
  ROBINSON, DENNIS
  MICHAEL, Jr.

10/16/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/16/2024 Affidavit ▾

Affidavit of Crayons

10/17/2024 Affidavit ▾

affidavit-contract-modifications-motion for reconsideration

10/17/2024 Motion - Reconsideration ▾

request-reconsdier-enforcement-admin-judge-ruling-20241011

10/18/2024 Order - Motion/Request/Petition Moot ▾

Motion to Strike Opposition of Motion to Vacate Default Order

  Judicial Officer
  Stringer, H. Patrick, Jr.

10/18/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/18/2024 Stricken Filing ▾

Stricken Filing

10/18/2024 Motion ▾

motion-allow-prose-rep-llc

10/18/2024 Motion/Request for Protective Order ▾

Plaintiff's Motion for Protective Order

10/18/2024 Line ▾

Line

10/18/2024 Opposition ▾

Plaintiff's Opposition to Motion for Expedited Discovery

10/21/2024 Notice of Striking Non-Compliant Submission ▾

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

10/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/21/2024 Order - Motion/Request/Petition Denied ▾

Proposed Order / Decree

Judicial Officer
Mayer, Stacy A.

---

10/21/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

10/22/2024 Order - Motion/Request/Petition Denied ▾

Order denying and Motion for Sanctions

Judicial Officer
Stringer, H. Patrick, Jr.

---

10/22/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

10/22/2024 Order - Motion/Request/Petition Denied ▾

Order denying defendant's Motion for expedited discovery

Judicial Officer
Mayer, Stacy A.

---

10/22/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

---

10/22/2024 Affidavit ▾

Affidavit of Exhibits

---

10/22/2024 Affidavit ▾

Affidavit of Writing Analysis

---

10/22/2024 Motion ▾

Amended Motion for Mandatory Injunction to Restore Lost Pay

---

10/22/2024 Motion/Request ▾

Order denying as moot and Motion/Request - Deposition Request for Agents of Ohana Growth Partners

---

10/22/2024 Memorandum ▾

Memorandum in Support of Reciprocal Attorney's Fees for Prevailing Defendants

---

10/22/2024 Motion - Compel ▾

Motion to Compel Productions to Support Claims at Hearing

---

10/22/2024 Motion ▾

Order denying as moot and Motion for Early Discovery

10/22/2024 Motion - Limine ▾

Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence

10/22/2024 Line ▾

Notice of Line Filing

10/22/2024 Opposition ▾

oppose-schedule-conference

10/23/2024 Submission Rcvd & Rejected for Non-Compliance Rules Title 20 ▾

MDJ-002 NOTICE OF REJECTED SUBMISSION

10/23/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/23/2024 Motion ▾

motion-better-maryland-recipricol-relief-oct23

10/23/2024 Motion ▾

motion-dismiss-prejudice-"June 13th"

10/23/2024 Motion ▾

motion-disqualify-milesstockbridge-oct23

10/23/2024 Motion ▾

motion-injunctive-prevent-abuse-oct23

10/23/2024 Motion ▾

motion-referral-criminal-ethical-investigation-oct23

10/23/2024 Motion ▾

motion-sanctions-not-sanction

10/23/2024 Motion ▾

motion-vacate-tro-oct23

10/23/2024 Reply to Opposition ▾

reply-opposition-expedited-discovery

10/23/2024 Notice Filed ▾

Notice of withdrawal of Notice of Deposition of Baltimore Business Journal

10/23/2024 Notice Filed ▾

Notice of withdrawal of Subpoena Duces Tecum for Documents to Baltimore B usiness Journal

10/23/2024 Notice Filed ▾

Notice of withdrawal of Proposed Orders for Motion for Sanctions

10/24/2024 Order - Motion/Request/Petition Denied ▾

Order - Motion to Assert Rights and Request for Immediate Rulings

 Judicial Officer
 Barranco, Michael

10/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/24/2024 Order - Motion/Request/Petition Denied ▾

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

 Judicial Officer
 Stringer, H. Patrick, Jr.

10/24/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

10/24/2024 Dismissal - Voluntary ▾

Order - Notice of Voluntary Dismissal

10/24/2024 Order - Motion/Request/Petition Moot ▾

Line

 Judicial Officer
 Mayer, Stacy A.

10/25/2024 Order - Motion/Request/Petition Denied ▾

Motion to Assert Rights and Request for Immdiate Rulings

Judicial Officer
Stringer, H. Patrick, Jr.

10/25/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/25/2024 Order ▼

Notice of Deficiency and Order Striking Deficient Submission

Judicial Officer
Finifter, Michael J.

10/25/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/25/2024 Supporting Exhibit ▼

Supporting Exhibit 1- 1F7/Motion to Strike Notice of Voluntary Dismissal

10/25/2024 Motion ▼

Motion to Strike Notice of Voluntary Dismissal and Order

10/25/2024 Opposition ▼

Plaintiff's Opposition to Defendant's Motion to Strike Notice of Voluntary Dismissal

10/25/2024 Motion ▼

motion-sanctions-20241025

10/28/2024 Affidavit ▼

amended-affidavit-abussive-use-judicial-system

10/28/2024 Motion - Reconsideration ▼

Motion - Reconsideration

10/28/2024 Stricken Filing ▼

Stricken Filing

10/28/2024 Notice of Striking Non-Compliant Submission ▼

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

10/28/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/28/2024 Motion ▼

motion-amend-affidavit-abusive-use

10/29/2024 Order - Motion/Request/Petition Denied ▼

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

    Judicial Officer
    Stringer, H. Patrick, Jr.

10/29/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

10/30/2024 Motion ▼

Motion for Emergency Administrative Review

10/30/2024 Motion ▼

Request for Clarification of October 10th and 28th Rulings

10/30/2024 Opposition ▼

opposition-notice-voluntary-dismissal

10/31/2024 Opposition ▼

Opposition to Motion for Sanctions

11/01/2024 Affidavit ▼

Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings

11/01/2024 Notice Filed ▼

Notice Filed of Line filing for directed verdict

11/01/2024 Motion ▼

Motion for Directed Verdict

11/01/2024 Request for Hearing/Trial ▼

Request for Hearing

11/01/2024 Request for Hearing/Trial ▾

prehearing-conference-injunctive-relief

11/01/2024 Motion to Expedite ▾

motion-expedite-prehearing-conference-injunctive-relief

11/04/2024 Motion ▾

Amended Motion for Sanctions

11/04/2024 Motion ▾

Amended Motion to Strike Notice of Voluntary Dismissal

11/04/2024 Motion ▾

Motion to Withdraw the original Motion for Sanctions on 10/25/24

11/04/2024 Motion ▾

Motion to Withdraw the Original Motion to Strike Notice of Voluntary Dismissal filed on 10/25/24

11/04/2024 Reply to Opposition ▾

Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions

11/04/2024 Memorandum ▾

Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts

11/04/2024 Notice Filed ▾

Notice of Line Filing on 11/4/24 with Memorandum of Law in Support of Mandatory Hearing

11/04/2024 Motion ▾

motion-consolidate-prevent-framework

11/05/2024 Memorandum ▾

memo-law-perseverare-autum-diabolicum

11/06/2024 Order - Motion/Request/Petition Granted ▾

Order - Notice of Voluntary Dismissal

  Judicial Officer
  Stringer, H. Patrick, Jr.

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-disqualify-counsel

 Judicial Officer
 Stringer, H. Patrick, Jr.

11/06/2024 Order - Motion/Request/Petition Denied ▾

Order/motion-injunction-compensation

 Judicial Officer
 Stringer, H. Patrick, Jr.

11/06/2024 Order - Motion/Request/Petition Denied ▾

Order/motion-strike-bad-faith-opposition

 Judicial Officer
 Stringer, H. Patrick, Jr.

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-strike-opposition-motion-add-counsel

 Judicial Officer
 Stringer, H. Patrick, Jr.

11/06/2024 Order - Motion/Request/Petition Moot ▾

Order/motion-strike-opposition-motion-compel

 Judicial Officer
 Stringer, H. Patrick, Jr.

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading - Confidential Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/06/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/07/2024 Judicial Notation on Filing ▼

Motion - Compel And Order

    Judicial Officer
    ROBINSON, DENNIS
    MICHAEL, Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/07/2024 Order - Motion/Request/Petition Denied ▼

request-reconsdier-enforcement-admin-judge-ruling-20241011

    Judicial Officer
    ROBINSON, DENNIS
    MICHAEL, Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/07/2024 Order - Motion/Request/Petition Denied ▼

Order - Motion for Emergency Administrative Review

    Judicial Officer
    ROBINSON, DENNIS
    MICHAEL, Jr.

11/07/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/07/2024 Notice Filed ▼

notice-defer-final-cost-pending-documentation

11/07/2024 Motion ▼

Motion to Defer Finalization of costs Pending full cost documentation

11/07/2024 Motion ▼

motion-preserve-court-records

11/08/2024 Affidavit ▼

affidavit-factual-basis

11/08/2024 Memorandum ▼

memorandum-law-equal-tier-fact-standard

11/08/2024 Deficient Filing ▼

Deficient Filing

11/08/2024 Deficient Filing ▼

Deficient Filing

11/08/2024 Supporting Exhibit ▼

exhibits-redacted

11/08/2024 Affidavit ▼

affidavit-exhibits-finharm

11/13/2024 Notice of Deficiency - Rule 20-203(d) ▼

Notice of Deficiency - Rule 20-203(d)

11/13/2024 Notice of Deficiency - Rule 20-203(d) ▼

CC-DC-094 MDEC DEFICIENCY NOTICE

11/13/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/13/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/14/2024 Order ▼

Order for Def to File via MDEC

    Judicial Officer
    ROBINSON, DENNIS
    MICHAEL, Jr.

11/14/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Moot ▼

Order denying as moot and Motion for Early Discovery

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Moot ▼

Order stating MIL is denied as moot

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Moot ▼

motion-disqualify-milesstockbridge-oct23

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Order - Motion/Request/Petition Moot ▼

motion-vacate-tro-oct23-proposed-order.

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/15/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Moot ▼

Order denying as moot and Motion/Request - Deposition Request for Agents of Ohana Growth Partners

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Order - Motion/Request/Petition Denied ▼

Motion to Compel Productions to Support Claims at Hearing

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Denied ▾

motion-referral-criminal-ethical-investigation-oct23

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/15/2024 Order - Motion/Request/Petition Moot ▾

Order stating motion is moot and motion-dismiss-prejudice-"June 13th" proposed-order

Judicial Officer
Stringer, H. Patrick, Jr.

11/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/15/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

11/18/2024 Order - Motion/Request/Petition Denied ▾

CC-013 ORDER (Blank Order)

Judicial Officer
Stringer, H. Patrick, Jr.

11/18/2024 Order - Motion/Request/Petition Denied ▾

CC-013 ORDER (Blank Order)

Judicial Officer
Stringer, H. Patrick, Jr.

11/18/2024 Order - Motion/Request/Petition Denied ▾

CC-013 ORDER (Blank Order)

    Judicial Officer
    Stringer, H. Patrick, Jr.

---

11/18/2024 Order - Motion/Request/Petition Denied ▼

CC-013 ORDER (Blank Order)

    Judicial Officer
    Stringer, H. Patrick, Jr.

---

11/18/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

11/18/2024 Order - Motion/Request/Petition Denied ▼

motion-sanctions-20241025

    Judicial Officer
    Stringer, H. Patrick, Jr.

---

11/18/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

11/19/2024 Order - Motion/Request/Petition Denied ▼

Motion to Strike Notice of Voluntary Dismissal and Order

    Judicial Officer
    Stringer, H. Patrick, Jr.

---

11/19/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

11/26/2024 Order - Motion/Request/Petition Denied ▼

prehearing-conference-injunctive-relief-proposed-order

    Judicial Officer
    Mayer, Stacy A.

---

11/26/2024 Writ /Summons/Pleading - Electronic Service ▼

Writ/Summons/Pleading Electronic Service

---

12/02/2024 Order - Motion/Request/Petition Denied ▼

Request for Hearing

    Judicial Officer
    Mayer, Stacy A.

12/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

12/02/2024 Order - Motion/Request/Petition Denied ▾

Motion to Withdraw the Original Motion to Strike Notice of Voluntary Dismissal filed on 10/25/24

    Judicial Officer
    Stringer, H. Patrick, Jr.

12/02/2024 Writ /Summons/Pleading - Electronic Service ▾

Writ/Summons/Pleading Electronic Service

## Documents

Complaint / Petition

Case Information Report Filed

Motion for TRO and Injunctive Relief

Memorandum of Law in Support of

Supporting Exhibit 1 - Hartment Affidavit

Supporting Exhibit 2 - Drummond Affidavit

Supporting Exhibit 3 - 1998 Legislative History

Order - Motion for Temporary Restraining Order

Certificate of Notice Regarding Motion for Temporary Restraining Order

CC-CV-032 WRIT OF SUMMONS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

CC-008 NOTICE OF HEARING/TRIAL

Writ/Summons/Pleading Electronic Service

Affidavit - Service

Order and Correspondence to Judge Truffer

Petition for Contempt/Enforcement

Order - Show Cause

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Line regarding affidavit of Randall Romes

Affidavit of Randall J. Romes

Contempt Hearing Notice

Hearing Sheet

Order Granting Preliminary Injunction

Writ/Summons/Pleading Electronic Service

Hearing Sheet

Order Holding Defendant in Constructive Civil Contempt

Writ/Summons/Pleading Electronic Service

Plaintiff's Ex. 1 - Email and Order to Appear and Show Cause

Plaintiff's Ex. 2 - Exhibit 1 Forwarded to the Defendant

Deficient Filing

Deficient Filing

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Petition for Contempt/Enforcement

Supporting Exhibit - Levett Affidavit

Proposed Order / Decree Show Cause

Motion

Exhibit 1B + 1E UNREDACTED

NOTICE - FORM MDJ-008 - Exhibit 1B

NOTICE - FORM MDJ-008 - Exhibit 1E

Exhibit Series 2 + 4

Exhibit Series 1

Exhibit Series 3

Exhibit Series 5

Exhibit Series 6

Exhibit Index

Deficient Filing

FORM MDJ-008 for Exhibit 1V

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

CC-DC-094 MDEC DEFICIENCY NOTICE

Notice of Corrective Filing for Exhibit 1V

MDJ-008: NOTICE REGARDING RESTRICTED INFORMAITON PURSUANT TO RULE 20-201.1

Exhibit 1V REDACTED

Exhibit 1V UNREDACTED

Motion for Extension of Time & Order Denying Motion for Extension of Time

Supporting Document - Motion for Extension of Time

Supporting Exhibit - Motion for Extension of Time

Order for Motion to Strike Referenced Evidence

Supporting Document - Motion to Strike Referenced Evidence

Supporting Exhibit - Motion to Strike Referenced Evidence

Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Supporting Document - Motion to Strike Exhibit B From The Affidavit of Richard Hartman

Notice of Filing

Supporting Document to Notice Filed

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Notice of Errata

Request for Clarification on Denied Motion for Extension of Time

Affidavit - Service

Show Cause/Contempt Hearing Notice

Returned/Undeliverable Mail

Writ/Summons/Pleading Electronic Service

Notice of Withdrawal of Petition for Contempt (Incarceration)

Order-Strike Show Cause Order

Deficient Filing/Env#17252208/Motion to Vacate TRO and Show Cause Order due to Insufficiency Notice

EXHIBITS - Motion to Vacate TRO and Show Cause Due to Insufficient Notice and Due Process Violations

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Amend Motion to Strike Referenced Evidence

Motion to Strike Referenced Evidence

Exhibit 8P-1 - Rule 20-301 - Content of Official Record

Exhibit 8P-2 - Motion to Strike Referenced Evidence v2

Attorney Appearance - No Fee

Opposition to Motion to Strike Referenced Evidence

Opposition to Motion to Strike Exhibit B from the Affidavit of Richard Hartman

Order - Motion to Strike Exhibit B

Writ/Summons/Pleading Electronic Service

CC-DC-102 NOTICE OF RELEASE OF EXHIBITS

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Motion to Vacate Show Cause Order of June 21 2024

Motion to Vacate Temporary Restraining Order-Denied

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Request - Order of Default

Exhibit 1 - Affidavit of Process Server

Exhibit 2 - Affidavit of Non-Military Status

CC-DR-054JO ORDER OF DEFAULT

Writ/Summons/Pleading Electronic Service

Opposition to Request for Order of Default Against Ryan Dillon-Capps

Exhibit 1 - Opposition to Request for Entry of Order of Default

Writ/Summons/Pleading Electronic Service

CC-CV-008 NOTICE OF DEFAULT ORDER

Writ/Summons/Pleading Electronic Service

Motion/Request - To Dismiss

Defendant's Memorandum of Law in Support of Motion to Dismiss.pdf

Order denying Motion to Dismiss

Opposition to Defendant's Motion to Dismiss

Writ/Summons/Pleading Electronic Service

Motion - Vacate Order of Default

Opposition to Defendant Motion to Vacate Order of Default

Line Regarding Affidavit of Plaintiff's Abuse of the Judicial System

affidavit_plaintiff_abuse_judicial_system

Affidavit of Legal Obligation

Exhibits Affidavit of Legal Obligation

Motion to Strike Opposition of Motion to Vacate Default Order

Opposition to Motion to Strike Plaintiff's Opposition to Motion to Vacate Order of Default

Order denying and Motion for Sanctions

Affidavit for Sanctions and Exhibits

Motion to Assert Rights and Request Immediate Rulings

Line-Affidavit-Motion-Rights-Request-Immediate-Rulings

Affidavit-Motion-Rights-Request-Immediate-Rulings

Motion to Assert Rights and Request for Immdiate Rulings

Order denying Motion to add counsel of record and Motion to Add Counsel of Record

Affidavit of Harm

Line Affidavit of Harm

Notice Filed

affidavit-financial-urgency + Exhibit 1, 2, 3

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Order and Motion for Urgent Hearing to Address Violation of Constitutional Rights & Rule 1-201

affidavit-financial-urgency

Deficient Filing.

Notice of Deficiency and Order Striking Deficient Submission

Writ/Summons/Pleading Electronic Service

Submission Rcvd &amp; Rejected for Non-Compliance Rules Title 20

Writ/Summons/Pleading Electronic Service

Motion - Compel And Order

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Deficient Filing

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

third-request-admin-hearing

Writ/Summons/Pleading Electronic Service

Plaintiff's Opposition to Defendant's Motion to Assert Rights and Request Immediate Rulings

Plaintiff's Opposition to Defendant's Motion to Add Counsel of Record

Plaintiff's Opposition to Defendant's Motion to Motion to Compel

Deficient Filing

Notice of Deficiency - Rule 20-203(d)

Writ/Summons/Pleading Electronic Service

Request for Special Assignment

Proposed Order / Decree

Motion for Expedited Discovery

Opposition to Defendant's Motion for Sanctions

Order-Motion to Expedite Hearing Denied

Writ/Summons/Pleading Electronic Service

Return/Affidavit of Served Subpoena

Return/Affidavit of Served Subpoena

affidavit-bad-faith

memo-law-reciprical

Order/motion-disqualify-counsel

motion-expedite-hearing-admin-judge-order

Order/motion-injunction-compensation

Order/motion-strike-bad-faith-opposition

Order/motion-strike-opposition-motion-add-counsel

Order/motion-strike-opposition-motion-compel

Writ/Summons/Pleading Electronic Service

Affidavit of Crayons

affidavit-contract-modifications-motion for reconsideration

request-reconsdier-enforcement-admin-judge-ruling-20241011

Writ/Summons/Pleading Electronic Service

Stricken Filing

motion-allow-prose-rep-llc

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

Writ/Summons/Pleading Electronic Service

Plaintiff's Motion for Protective Order

Writ/Summons/Pleading Electronic Service

Line

Plaintiff's Opposition to Motion for Expedited Discovery

Order denying defendant's Motion for expedited discovery

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Affidavit of Exhibits

Affidavit of Writing Analysis

Amended Motion for Mandatory Injunction to Restore Lost Pay

Order denying as moot and Motion/Request - Deposition Request for Agents of Ohana Growth Partners

Memorandum in Support of Reciprocal Attorney's Fees for Prevailing Defendants

Motion to Compel Productions to Support Claims at Hearing

Order denying as moot and Motion for Early Discovery

Motion in Limine to Exclude Claims, Statements and Affirmations not supported by evidence

Order stating MIL is denied as moot

Notice of Line Filing

oppose-schedule-conference

MDJ-002 NOTICE OF REJECTED SUBMISSION

Writ/Summons/Pleading Electronic Service

Order - Motion to Assert Rights and Request for Immediate Rulings

motion-better-maryland-recipricol-relief-oct23

motion-dismiss-prejudice-"June 13th"

Order stating motion is moot and motion-dismiss-prejudice-"June 13th" proposed-order

motion-disqualify-milesstockbridge-oct23

motion-injunctive-prevent-abuse-oct23

motion-referral-criminal-ethical-investigation-oct23

motion-sanctions-not-sanction

motion-vacate-tro-oct23

motion-vacate-tro-oct23-proposed-order.

reply-opposition-expedited-discovery

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Notice of withdrawal of Notice of Deposition of Baltimore Business Journal

Notice of withdrawal of Subpoena Duces Tecum for Documents to Baltimore Business Journal

Notice of withdrawal of Proposed Orders for Motion for Sanctions

Order - Notice of Voluntary Dismissal

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Supporting Exhibit 1- 1F7/Motion to Strike Notice of Voluntary Dismissal

Motion to Strike Notice of Voluntary Dismissal and Order

Plaintiff's Opposition to Defendant's Motion to Strike Notice of Voluntary Dismissal

motion-sanctions-20241025

amended-affidavit-abussive-use-judicial-system

Motion - Reconsideration

Stricken Filing

CC-DC-101 NOTICE OF STRIKING OF NON-COMPLIANT SUBMISSION

Writ/Summons/Pleading Electronic Service

motion-amend-affidavit-abusive-use

Writ/Summons/Pleading Electronic Service

Motion for Emergency Administrative Review

Order - Motion for Emergency Administrative Review

Request for Clarification of October 10th and 28th Rulings

opposition-notice-voluntary-dismissal

Opposition to Motion for Sanctions

Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings

Notice Filed of Line filing for directed verdict

Motion for Directed Verdict

Request for Hearing

prehearing-conference-injunctive-relief

prehearing-conference-injunctive-relief-proposed-order

motion-expedite-prehearing-conference-injunctive-relief

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading - Confidential Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

memo-law-perseverare-autum-diabolicum

Amended Motion for Sanctions

Amended Motion to Strike Notice of Voluntary Dismissal

Motion to Withdraw the original Motion for Sanctions on 10/25/24

Motion to Withdraw the Original Motion to Strike Notice of Voluntary Dismissal filed on 10/25/24

Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions

Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts

Notice of Line Filing on 11/4/24 with Memorandum of Law in Support of Mandatory Hearing

motion-consolidate-prevent-framework

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

notice-defer-final-cost-pending-documentation

Dec15 Court Ledger Page 39 of 40                          Exhibti 101

Motion to Defer Finalization of costs Pending full cost documentation

motion-preserve-court-records

affidavit-factual-basis

memorandum-law-equal-tier-fact-standard

Order for Def to File via MDEC

Deficient Filing

Deficient Filing

exhibits-redacted

affidavit-exhibits-finharm

Notice of Deficiency - Rule 20-203(d)

CC-DC-094 MDEC DEFICIENCY NOTICE

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

CC-013 ORDER (Blank Order)

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service

Writ/Summons/Pleading Electronic Service