## PREFATORY APPENDIX A: TABLE OF DEFENDANTS

| # | Role / Address | Name / Alias | Status |
|---|---|---|---|
| 1 | 212 W Padonia Rd. Timonium MD, 21093 Baltimore County | **OHANA GROWTH PARTNERS, LLC** "EMPLOYER" OR "OGP" OR "OHANA" | **PRIMARY** |
| 2 | CEO/Co-Majority Owner | **BRICK, C. VICTOR** "CEO" OR "VB" OR "VICTOR" | **PRIMARY** |
| 3 | CFO/Equity Owner | **NORRIS, GLENN** "CFO" OR "NORRIS" | **PRIMARY** |
| 4 | President | **DRUMMOND, JUSTIN** "PRESIDENT" OR "DRUMMOND" | **PRIMARY** |
| 5 | VP Of People And Culture | **HARTMAN, RICHARD** "HEAD OF HR", "VP OF HR", "HARTMAN" | **PRIMARY** |
| 6 | Equity Owner | **IHLE, EARL** "EARL" OR "IHLE" | |
| 7 | Equity Owner, | **WOODS, TERRY** "TERRY" OR "WOODS" | |
| 8 | 509 S. Exeter Street, Suite 210 Baltimore, MD 21202 Baltimore City County | **EXETER STREET CAPITAL PARTNERS** "EXETER" | |
| | Co-Founder/Special Advisor Director, Bengur Bryan; Partner, Patriot Capital | **WITTELSBERGER, STACEY R.** "STACEY" | |
| 9 | 509 S. Exeter Street, Suite 210, Baltimore, MD 21202 Baltimore City County | **BENGUR BRYAN** "BENGUR" | |
| | Co-Founder/Managing Director Partners & Special Advisor, Patriot Capital Co-Founder/Special Advisor, Exeter Street Capital Partners | **BRYAN, CHARLES A.** "CHARLES" Public Accountant | |
| 10 | 100 Light St, Baltimore, MD 21202 Baltimore City County | **MILES & STOCKBRIDGE, P.C.** "LAW FIRM" OR "M&S" | **PRIMARY** |
| 11 | Principal | **BRENNEN, ROBERT S.** "LEAD COUNSEL" OR "BRENNEN" | **PRIMARY** |
| 12 | Principal | **FRENKIL, STEPHEN D.** "FRENKIL" | **PRIMARY** |
| 13 | Principal | **BUTLER, HOLLY D.** "BUTLER" | **PRIMARY** |
| 14 | Associate | **HOFFBERGER, VICTORIA K.** "HOFFNBERGER" | |
| 15 | Associate | **DUVALL, JESSICA L.** "DUVALL" | |
| 16 | 1954 Greenspring Drive, Suite 320, Timonium, MD 21093 Baltimore County | **HARTMAN EXECUTIVE ADVISORS** "HEA" | |
| | Senior Director | **LEVETT, DANIEL J.** "EXPERT 2" OR "LEVETT" OR "SENIOR DIRECTOR" | |
| 17 | 1966 Greenspring Drive, Suite 300, Timonium, MD 21093-4161 Baltimore County | **CLIFTON LARSON ALLEN LLC** "QSAC" OR "CLA" | |
| | Principal, Clifton Larson Allen LLC | **ROMES, RANDALL** "EXPERT 1", "PCI EXPERT", "QSA", "ROMES" | |

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

### PREFATORY APPENDIX A: TABLE OF DEFENDANTS

| ATTORNEY GENERAL SERVICE DESIGNATION TO:<br>JULIA DOYLA, JOSHUA R. CHAZEN, RYAN R. DIETRICH, HOWER R. FELDMAN, DANIEL M KORBIN, JEFFREY S. LUOMA, ROBERT A. SCOTT, JOSHUA M. SEGAL, WENDY L. SHIFF<br>**200 SAINT PAUL PLACE, BALTIMORE MD, 21202** | **State of Maryland, Agencies, and Officers**<br><br>Pursuant to Md Rules 2-124(j) and (k) and 3-124 (j) and (k)<br><br>Signed Order Anthony G. Brown April 22, 2024<br><br>Supreme Court of Maryland Entered: April 29, 2024 |
|---|---|

| | **Circuit Court for Baltimore County**<br>"RULING JUDGES" | | |
|---|---|---|---|
| 1 | COUNTY ADMINISTRATIVE JUDGE | **ROBINSON, DENNIS M. JR.**<br>"COUNTY ADMINISTRATIVE JUDGE" OR "JUDGE ROBINSON" OR "ROBINSON" | **PRIMARY** |
| 2 | SENIOR JUDGE | **STRINGER, H. PATRICK**<br>"JUDGE STRINGER" OR "STRINGER" | **PRIMARY** |
| 3 | ASSOCIATE JUDGE | **BARRANCO, MICHAEL S.**<br>"JUDGE BARRANCO" OR "BARRANCO" | **PRIMARY** |
| 4 | ASSOCIATE JUDGE | **MAYER, STACEY A.**<br>"JUDGE MAYER" OR "MAYER" | **PRIMARY** |
| 5 | ASSOCIATE JUDGE | **BATTISTA, ANDREW M.**<br>"JUDGE BATTISTA" OR "BATTISTA" | **PRIMARY** |
| 6 | ASSOCIATE JUDGE | **ALEXANDER, JAN M.**<br>"JUDGE ALEXANDER" OR "ALEXANDER" | **PRIMARY** |
| 7 | ASSOCIATE JUDGE | **TRUFFER, KEITH R.**<br>"JUDGE TRUFFER" OR "TRUFFER" | **PRIMARY** |
| 8 | ASSOCIATE JUDGE | **DESIMONE, MARC A. JR.**<br>"JUDGE DESIMONE" OR "DESIMONE" | **PRIMARY** |
| 9 | **BALTIMORE COUNTY OFFICE OF THE CLERK FOR THE CIRCUIT COURT**<br>"CIVIL CLERK OFFICE" OR "CLERK OFFICE" | | **PRIMARY [ENSOR]** |
| | CLERK OF CIRCUIT COURT, BALTIMORE COUNTY | **ENSOR, JUDITH C.**<br>"CLERK ENSOR" OR "ENSOR" "JULIE ENSOR" | |
| 10 | **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**<br>"GRIEVANCE COMMISSION" | | **PRIMARY [DEGONIA]** |
| | BAR COUNSEL | **DEGONIA, THOMAS M. II**<br>"BAR COUNSEL" OR "DEGONIA" | |
| 11 | **MARYLAND COMMISSION ON JUDICIAL DISABILITIES**<br>"DISABILITIES COMMISSION" | | **PRIMARY [BERNSTEIN]** |
| | DIRECTOR/INVESTIGATIVE COUNSEL | **BERNSTEIN, TANYA C.**<br>"DIRECTOR OF INVESTIGATION", "DIRECTOR", "BERNSTEIN" | |
| 12 | **STATE OF MARYLAND**<br>"MARYLAND" OR "MD" | | **PRIMARY [STATE]** |
| | **BALTIMORE COUNTY OFFICE OF THE CLERK OF THE CIRCUIT COURT**<br>CLERK STAFF | **Circuit Court Judges for Baltimore County**<br>NON-RULING JUDGES, ADA COORDINATORS, AND JUDGE STAFF | |
| | **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**<br>ATTORNEYS AND STAFF | **MARYLAND COMMISSION ON JUDICIAL DISABILITIES**<br>ATTORNEYS AND STAFF | |
| | **OFFICE OF THE MARYLAND ATTORNEY GENERAL**<br>ATTORNEY GENERAL, ATTORNEYS, AND STAFF | **CIVIL RIGHTS DIVISION OF THE OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**<br>ATTORNEYS AND STAFF | |
| | **OFFICE OF ADMINISTRATIVE HEARINGS**<br>CHIEF LAW JUDGE, LAW JUDGES, AND STAFF | **JUDICIAL INFORMATION SYSTEMS**<br>STAFF | |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
RYAN DILLON-CAPPS V OHANA GROWTH PARTNERS, LLC ET AL

PREFATORY APPENDIX A: TABLE OF DEFENDANTS

RESPECTFULLY SUBMITTED

| | |
|---|---|
| **December 24, 2024** | 1334 Maple Avenue |
| | Essex, Maryland 21221 |
| /s/ Ryan Dillon-Capps | ryan@mxt3.com |
| **Ryan Dillon-Capps** | 703-303-1113 |