# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS <br><br> *Plaintiff,* <br><br> vs. <br><br> OHANA GROWTH PARTNERS, LLC *et al* <br><br> *Defendants* | Civil Action <br><br> No. _____ <br><br> Hon. _____ |

## ORDER FOR STATE-LEVEL NEGOTIATIONS AND SYSTEMIC OVERSIGHT RELIEF

Upon consideration of the Plaintiff's Motion for State-Level Negotiations and Systemic Oversight Relief, the Court hereby ORDERS:

1. Daily state-level negotiations shall commence immediately between the Plaintiff and representatives of the Maryland Attorney General's Office, Supreme Court of Maryland, Judiciary Oversight Committees, Office of the Inspector General, and Office of the Maryland State Prosecutor.

2. Timony E. Allen is appointed as Special Master. A meeting shall be held within 48 hours of this Order with the Plaintiff and a Magistrate Judge to develop an investigative process and facilitate necessary orders. If Timony E. Allen is unavailable, the Special Master shall provide a recommendation for an alternative candidate with comparable credentials and expertise to ensure the timely and effective investigation of systemic misconduct.

3. Access for Dennis M. Robinson Jr., H. Patrick Stringer, Michael S. Barranco, Jan M. Alexander, Keith R. Truffer, Marc A. DeSimone Jr., Judith C. Ensor, Thomas M.

DeGonia II, and Tanya C. Bernstein to Maryland Judiciary Systems is revoked. All related records shall be preserved.

4   Dennis M. Robinson Jr., H. Patrick Stringer, Michael S. Barranco, Jan M. Alexander, Keith R. Truffer, Marc A. DeSimone Jr., Judith C. Ensor, Thomas M. DeGonia II, and Tanya C. Bernstein are barred from acting under color of state authority.

5   A temporary County Administrative Judge, County Clerk for Baltimore County, Bar Counsel, and Director of Investigations shall be appointed by the Court or approved by the Court.

6   All Maryland courts, clerks, and the Judicial Information Systems (JIS) department are ordered to halt all non-emergency maintenance and preserve all records.

**SO ORDERED** this ___ day of _____, 2024.

_____
**United States District Judge**

**United States District Court
District of Maryland**