## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS | Civil Action |
| *Plaintiff,* | No. _____ |
| vs. | |
| OHANA GROWTH PARTNERS, LLC *et al* | Hon. _____ |
| *Defendants* | |

## COMPLAINT INTEGRATED APPENDIX: EMERGENCY EX PARTE HEARING

Plaintiff incorporates all subsequent sections and attachments herein by reference as though fully stated in this main document.

**TO THE HONORABLE COURT:**

1        Pursuant to Federal Rules of Civil Procedure 65(b), 26(c), and 6(c)(1)(C), Plaintiff Ryan Dillon-Capps respectfully requests an immediate emergency ex parte hearing for the purposes of:

    1.        Allowing testimony under seal to protect sensitive information and ensure the safety of all involved parties;

    2.        Ruling on the following pending motions and requests:

        2.1        In Forma Pauperis Relief with Limited Attorney Designation;

        2.2        State-Level Negotiations and Systemic Oversight Relief;

        2.3        Conditional Permissive Joinder;

        2.4        Interlocutory Partial Summary Judgment.

Grounds For Relief

## I. TESTIMONY UNDER SEAL

2      Plaintiff seeks an order to secure testimony and evidence under seal due to the sensitive

nature of the information involved, including:

      1.      Explicit admissions by Defendants under oath demonstrating willful violations of

      federal laws;

      2.      Evidence revealing systemic judicial misconduct and corruption that, if disclosed

      publicly, could endanger the Plaintiff and hinder investigations;

      3.      Records indicating procedural violations and acts of obstruction by state and

      judicial officials.

## II. IMMEDIATE RULINGS ON PENDING REQUESTS

3      The Plaintiff asserts that the urgent nature of the ongoing harm and the systemic issues

raised necessitate immediate judicial action on the following motions and requests:

      1.      **In Forma Pauperis Relief with Limited Attorney Designation**: To provide

      Plaintiff the ability to effectively present their case while safeguarding access to justice;

      2.      **State-Level Negotiations and Systemic Oversight Relief**: To address systemic

      issues involving judicial misconduct and ensure proper oversight;

      3.      **Conditional Permissive Joinder**: To include additional parties whose

      participation is necessary for a full resolution of the claims;

      4.      **Interlocutory Partial Summary Judgment**: To resolve key issues and claims

      that are fully supported by the evidence and require no further factual determination.

Legal Basis

4      **Rule 65(b)**: Temporary restraining orders without notice are warranted when specific

facts show that immediate and irreparable harm will result.

5      **Rule 26(c)**: Protective orders are appropriate to ensure confidentiality for testimony that risks exposing sensitive legal, financial, or personal matters.

6      **Rule 6(c)(1)(C)**: Expedited hearings are warranted in situations where delaying justice risks compounding harm or irreversibly prejudicing the moving party.

## Requested Relief

7      Plaintiff respectfully requests that this Court:

   1.    Schedule an immediate emergency ex parte hearing to consider this motion;

   2.    Allow testimony under seal to safeguard sensitive information;

   3.    Rule on the following motions and requests:

      3.1    In Forma Pauperis Relief with Limited Attorney Designation;

      3.2    State-Level Negotiations and Systemic Oversight Relief;

      3.3    Conditional Permissive Joinder;

      3.4    Interlocutory Partial Summary Judgment;

   4.    Provide any additional relief deemed just and proper in the circumstances.

## Prayer For Relief

8      For the reasons stated above, Plaintiff prays this Honorable Court will:

   1.    Grant this Motion for Emergency Ex Parte Hearing;

   2.    Issue immediate rulings on the specified motions and requests;

   3.    Provide any further relief this Court deems appropriate.

## RESPECTFULLY SUBMITTED

**December 25, 2024**

_/s/ Ryan Dillon-Capps_
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113