# IN THE
## UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| PROPRIA PERSONA **RYAN DILLON-CAPPS** <br><br> *Plaintiff,* <br> vs. <br><br> **Ohana Growth Partners, LLC et al** <br><br> *Defendants* | Civil Action No. _____ <br><br> Hon. _____ |

## NOTICE OF FILING OF AFFIDAVIT IN SUPPORT OF PLEADING MOTIONS

PLEASE TAKE NOTE, that Plaintiff is hereby filing the **Affidavits of Ryan Dillon-Capps Financial Harm**, and **Caroline Dillon-Capps** professional observations on the physical and mental harm that she has observed.

1  These affidavits are accompanied by Exhibit 106 that contains additional supporting photographs of physical harm, scans of documents reflecting financial harm, and filings provided to the Circuit Court for Baltimore County case C-03-CV-24-002264 – some of which have been withheld from the record. Exhibit 106A-Publications.zip and 106B.zip are supplemental supporting exhibits which include additional documents from multiple reputable sources that provide additional on the symptomology experienced and observed.

### RESPECTFULLY SUBMITTED

| | |
|---|---|
| **December 24, 2024** <br><br>           **/s/** Ryan Dillon-Capps <br>           **Ryan Dillon-Capps** | 1334 Maple Avenue <br> Essex, Maryland 21221 <br> ryan@mxt3.com <br> 703-303-1113 |