| # | District | Refiled | Circuit | Origional | Description |
|---|---|---|---|---|---|
| 100 | partial 16-0 | | partial 4-5 | 28-1 | **Intro-Summary** |
| 101 | 16-1 16-2 | | partial 4-6 | 28-2 28-3 | **Court Record Summary** <br> ++ 101B - Origional 401 Pages of Evidence on July 1, 2024 @ 838 AM. Trimmed - No Cases, Laws, Publications: 185 Pages |
| 102 | 16-3 | | partial 4-7 | 28-4 | **FMLA & ADA Summary** |
| 102 | missing | | | | **Digital Zip:** <br> 2024-01-08 PM507 FMLA <br> 2024-01-30 PM859 FMLA <br> 2024-02-08 PM148 FMLA <br> 2024-02-17 PM1228 FMLA <br> 2024-02-28 AM703 Memo Style <br> 2024-02-28 RDC-TimeSheet-AsOfWeek19Feb2024 <br> 2024-03-01 AM 800 Re-FMLA <br> 2024-03-08 PM 413 FMLA <br> 2024-03-11 PM 441 FMLA <br> 2024-03-12 PM 1227 FMLA <br> 2024-03-14 PM 620 FMLA <br> 2024-03-20 PM 739 FMLA <br> 2024-03-20 PM 1200 Attachment1 <br> 2024-04-01 AM 630 Attachment3 |
| 102 | missing | | | | PF Handbook <br> Re_ Follow up on write up for insubordination VB-threat <br> 2024-05-08 AM 901 FMLA <br> 2024-05-10 AM 1030 FMLA <br> 2024-05-21 PM 226 FMLA <br> 2024-05-21 PM 506 FMLA <br> 2024-05-21 PM 1208 FMLA <br> 2024-05-21 PM1208 Attachment <br> 2024-05-22 PM 211 Attachment5 <br> 2024-05-23 PM 455 FMLA <br> 2024-05-30 PM 530 FMLA <br> 2024-06-05 AM 1051 FMLA <br> 2024-06-12 AM700 FMLA <br> 2024-06-12 PM234 FMLA <br> 2024-06-12 PM336 FMLA <br> 2024-06-12 PM510 FMLA |
| 103 | 16-4 | | | 28-5 | **Identity, Insurance, and Mail Fraud Summary** |
| 104 | 16-5 | | partial 4-8 | 28-6 | **Judicial & Magisterial Summary** |

| # | District | Refiled | Circuit | Original | Description |
|---|---|---|---|---|---|
| 105 | 16-6 | | | 28-7 | **State Summary**<br>**1-6** Office of Attorney General [See Zip for Emails w/Attachments]<br>**7-10** Office of Adminsitrative Hearings [See Zip for Emails w/Attachments]<br>**11-23** Maryland Judiciary Information Systems [See Zip for Emails w/Attachments]<br>**24-26** MD Manual<br>**27** Judge Truffer Staff<br>**28-33** Director Bernstein [See Zip for Emails w/Attachments]<br>**34-42** Bar Counsel DeGonia [See Zip for Emails w/Attachments]<br>**43-81** Notice of Hypothesis of Crayons<br>**82-84** The Advocate In Counsel Article: Clerk Ensor |
| 106 | 16-7 | | partial 4-9<br>full 22-8 | 28-8 | **Harm Summary**<br>1-7 Affidavit of Harm<br>8-9 June 14-16 Hotel Receipts [Felt Unsafe]<br>10-16 Physical Harm Photos<br>17-51 Amended Motion for Mandatory Injunction to Restore Lost Pay Due to Financial Urgency<br>52-65 Motion to Allow Pro Se Representation of LLC<br>66-102 Identity Theft and roughly 9 other Felonies with Confession<br>103-114 More Fraud – Never Investigated by Miles & Stockbridge, P.C.<br>"115-131 Affidavit of Financial Urgency [Starts w/Pictures of Work Done by Subjects of pp66-114]<br>Those are not the exception – every club audited during initial assessments.<br>Those were randomly selected. Representing Reputational Harm Form Unlawful Use of ID. Continues into Financial Harm."<br>"132-198 Screenshots captured months into the lawsuit document the initial cries for help, followed by a complete default on all financial obligations. The situation resulted in a credit score plummeting over 200 points, with further declines occurring rapidly each day." |
| 106 | missing | | | | **Digital Zip**<br>2017 - Volume 45 Number 2 -Pediatric PTSD Clinical, Forensic, and Diagnostic Understanding - Frank K Tedeschi MD and Stephen B BIllick MD<br>BCM Psychyatry 23 Article 258-Rapid Resolution of Catatonia Secondary to PTSDs12888-023-04769-x<br>Dissociation and Memory Fragmentation in Posttraumatic Stress Disorder An Evaluation of the Dissociative Encoding Hypothesis nihms-363781<br>nih-dissociative-skin-picking<br>Reexperiencing_Hyperaroused and Dissociative States in Posttraumatic Stress Disorder<br>Temporal-relations-between-sleep-problems-and-both-traumat_2010_Journal-of-A<br>1998 Vol 26 Number 2 - Quantifying Psychological Victimization Scientific Uncertainty Legal Necessity<br>1999 Volume 27 Number 2 - Posttraumatic Polarization in Psychiatry and Law<br>1999 Volume 27 Number 3 Memory as Power Who Is To Decide<br>"2013 Volume 15 number 10 AMA Journal of Ethics review of 2012 Volume 40 number 4<br>The Evolving Definition of Posttraumatic Stress Disorder Legal Ramifications" |
| 107 | partial 16-8 | | | 28-9 | **Zero Evidence Only Judicial Abuse**<br>**1-36** Amended Affidavit of Plaintiff's Abusive Use of the Judicial System<br>**37-48** Exhibit B: Summary of Comments for Plaintiff's Complaint<br>**49-84** Affidavit of Unauthorized Contractual Modifications<br>**85-145** Affidavit of Bad Faith<br>**146-159** Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings<br>**160-203** Motion to Assert Rights and Request for Immediate Rulings<br>**204-214** Affidavit for Sanctions<br>**215-231** Exhibit 1-5 Emails and Letter to Miles & Stockbridge, P.C.<br>**232-268** Deposition Request for Agents of Ohana Growth Partners |

| # | District | Refiled | Circuit | Original | Description |
|---|---|---|---|---|---|
| 108 | 16-9<br>16-10<br>16-11 | | | 28-10 | **Counts Sanctions and More**<br>[329 Pages] Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts<br>[82 Pages] Motion for Sanctions<br>[109 Pages] Reply to Opposition to Defendant's Motions for Expedited Discovery |
| 109 | partial<br>16-12 | 31-2 | | 28-11 | Affidavit of Legal Obligations |
| 109 | missing | 109A<br>38-2 | partial<br>4-21<br>109A<br>29-6 | | **Digital Zip:**<br>707 Pages of Original Exhibits<br>PCI-MICROSOFT-2024-06-29 Best practices for Microsoft Entra roles - Microsoft Entra ID _ Microsoft Learn<br>PCI-OHANA-2022 July - 2024 May PCI Scan Summary<br>PCI-OHANA-2024-05-21 pci_dss_4_certificate<br>PCI-OHANA-How Standards Help You<br>PCI-OHANA-IT Terms of Use Policy v2<br>PCI-PFHQ-2024 Planet Fitness FDD (CLEAN)<br>PCI-PFHQ-Master Service Agreement (CLEAN)<br>PCI-PFHQ-PF Club IT and Network Requirements 4.2<br>PCI-REGULATION-cisp-what-to-do-if-compromised<br>PCI-REGULATION-DSS Compliance Who mandates it How does the Federal Trade Commission (FTC)<br>PCI-REGULATION-FTC Register 16CFT Parts 436 and 437 Franchising Disclosure<br>PCI-REGULATION-PCI Fines and Penalties for Non-Compliance  RSI Security<br>PCI-STANDARD-DSSv4 - Payment Card Industry Data Security Standard<br>PCI-HISTORY-2009 - Efforts to establish federal standard -ntc_enhanced_security_plan_overview_-_final_12082017<br>PCI-HISTORY-2011 - Visa Global Security Declaration for PCI DSS 269252<br>PCI-HISTORY-2011 Mastercard PCI 269312<br>PCI-HISTORY-2019-payment-security-fullreport-bl<br>PCI-HISTORY-2022-payment-security-report<br>PCI-HISTORY-Analysis of Proposed Consent Order to Aid Public Comment File No 0523148<br>PCI-HISTORY-CardSystem Solutions Letter to Commenter Painter<br>PCI-HISTORY-Wyndham's settlement with the FTC What it means for businesses – and consumers<br>PCI-MAPPING-PCI-DSS-to-NIST-Framework |
| 110 | 16-13 | 32-2 | 4-17 | 28-12 | **Ex Parte, Injunctive, Summary/Default Judgement Hearing** [with Digital Zip]<br>**1-7** Request for Prehearing Conference to Discuss Injunctive Relief<br>**8-15** Request for Mandatory Judicial Notice Hearing on Material Facts<br>**16-40** Motion for Directed Verdict<br>**41-49** Memorandum of Law in Support of Established Facts and Claims<br>**50-61** Affidavit of Factual Basis<br>**62-65** Motion to Preserve Court Records |
| 160 | missing | | | | Court Record Event Files |
| 161 | missing | partial<br>23-1 to<br>23-10 | partial<br>4-11 | | Court Record Doc Files |
| 162 | missing | | | | Manual Records Match Source |

| # | District | Refiled | Circuit | Origional | Description |
|---|---|---|---|---|---|
| 163 | missing | 23-11<br>23-12 | | | June 26th and 27th Transcript |
| 164 | partial<br>16-14 | | partial<br>4-10 | 28-13 | M&S Email Export |
| 165 | 16-15 | | | 28-14 | M&S Attachments - All Filings Except June14 [Zip Contains All Attachments]<br>0618, 0620, 0624, 0625, 0626, 0627, 0703, 0717, 0820, 0909, 0923, 0926, 1011, 1015, 1018, 1024, 1025, 1031 |
| PLNT-1 | NEW<br>26-1 | | | | Market Report |
| PLNT-2 | NEW<br>26-2 | | | | SEC Report |
| HARM-MC-1 | NEW<br>28-3 | | | 29-7 | NIH Malignant Catatonia |
| IBA-B | | | NEW<br>15-2 | | Informal Brief Appendix B - AGC v Pierre |
| IBA-C | | | NEW<br>15-3 | | Informal Brief Appendix C - Jordan Chisholm |
| IBA-D | | | NEW<br>15-4 | | Informal Brief Appendix D - False Procedural Record |
| IBA-E | | | NEW<br>15-5 | | Informal Brief Appendix E - Fraudulent Lawsuit |
| IBA-F | | | NEW<br>15-6 | | Informal Brief Appendix F - State Level Negotiations |
| IBA-G | | | NEW<br>15-7 | | Informal Brief Appendix G - Special Master & Magistrate Judge |
| IBA-H | | | NEW<br>15-8 | | Informal Brief Appendix H - Equitable Relief |
| IBA-I | | | NEW<br>15-9 | | Informal Brief Appendix I - State of Maryland |
| IBA-J | | | NEW<br>15-10 | | Informal Brief Appendix J - Civil Rights Conspiracy |
| 105A | | | NEW<br>24-9 | | Office of Bar Counsel Investigation |
| 201 | | | NEW<br>20-4 | | Federal Bar Association - Maryland Chapter |
| 201A | | | NEW<br>24-5 | | Federal Bar Association - Maryland Chapter - Supplement A |
| 202 | | | NEW<br>20-5 | | University of Maryland Francis King Carey School of Law |
| 202A | | | NEW<br>24-6 | | University of Maryland Francis King Carey School of Law - Supplement A |
| 203 | | | NEW<br>20-3 | | Maryland Judicial Elections |
| 204 | | | NEW<br>24-7 | | Financial Disclosure |

| # | District | Refiled | Circuit | Original | Description |
|---|---|---|---|---|---|
| 205 | | | NEW 24-8 | | District Court Electronic Docket |
| 301-0 | | | NEW 25-1 | | Hurson District Exhibit 1-0<br>B/W<br>Stamp: 12:22 PM<br>BAH & AV<br>Entered: Dec 27 |
| 301-1 | | | NEW 25-2 | | Hurson District Exhibit 1-1<br>B/W<br>Stamp: 12:22 PM<br>BAH & AV<br>Entered: Dec 30 |
| 301-2 | | | NEW 25-3 | | Hurson District Exhibit 1-2 |
| 301-3 | | | NEW 25-4 | | Hurson District Exhibit 1-3<br>B/W<br>Stamp: NONE<br>Entered: Dec. 30 |
| 303-3 | | | NEW 25-5 | | Hurson District Exhibit 3-3<br>From Trash<br>Stamp: 1:20 PM<br>BAH & AV<br>Entered: Dec. 31 |
| 304-2 | | | NEW 25-6 | | Hurson District Exhibit 4-2<br>Color<br>Stamp:1:22 PM<br>Entered: Dec. 31 |
| 304-3 | | | NEW 25-7 | | Hurson District Exhibit 4-3<br>From Trash<br>Stamp: NONE<br>BAH<br>Entered: Dec. 31 |
| 305-2 | | | NEW 25-8 | | Hurson District Exhibit 5-2<br>Color<br>Stamp: 1:21 PM<br>Entered: Dec. 31 |
| 306-0 | | | NEW 25-9 | | Hurson District Exhibit 6-0<br>B/W<br>Stamp: 1:03 PM<br>BAH & AV<br>Entered: Dec 30 |
| 306-1 | | | NEW 25-10 | | Hurson District Exhibit 6-1<br>B/W<br>Stamp: None<br>BAH<br>Entered: Dec 30 |

| # | District | Refiled | Circuit | Origional | Description |
|---|---|---|---|---|---|
| 307-1 | | | NEW 25-11 | | Hurson District Exhibit 7-1<br>Color<br>Stamp: None<br>Pages 1-6<br>Entered: Dec 30<br>Digital Edit<br>Pages 7-9<br>Entered: Dec 30 |
| 307-3 | | | NEW 25-12 | | Hurson District Exhibit 7-3<br>Color<br>Stamp: None<br>Entered: Dec 31 |
| 308-0 | | | NEW 25-13 | | Hurson District Exhibit 8-0<br>B/W<br>Stamp: 2:29 PM<br>AV<br>Entered: Dec. 30 |
| 309-0 | | | NEW 25-14 | | Hurson District Exhibit 9-0<br>Deficiency (see 315-1) |
| 310-0 | | | NEW 25-15 | | Hurson District Exhibit 10-0<br>Deficiency Wet Signature |
| 311-0 | | | NEW 25-16 | | Hurson District Exhibit 11-0<br>Deficiency Wet Signature |
| 312-0 | | | NEW 25-17 | | Hurson District Exhibit 12-0<br>Deficiency Wet Signature |
| 313-0 | | | NEW 25-18 | | Hurson District Exhibit 13-0<br>Deficiency Wet Signature |
| 314-0 | | | NEW 25-19 | | Hurson District Exhibit 14-0<br>Clerk Letter |
| 315-1 | | | NEW 25-20 | | Hurson District Exhibit 15-1<br>USM Hoffberger (See 309-0) |
| 316-0 | | | NEW 26-1 | | Hurson District Exhibit 16-0<br>Exhibit 100: Original is 161 pages, electronic docket contains 160 pages with page 119 missing, and page 118 is largely illegible; |
| 316-1 | | | NEW 26-2 | | Hurson District Exhibit 16-1<br>Exhibit 101 |
| 316-2 | | | NEW 26-3 | | Hurson District Exhibit 16-2<br>Exhibit 101B |
| 316-3 | | | NEW 26-4 | | Hurson District Exhibit 16-3<br>Exhibit 102 |
| 316-4 | | | NEW 26-5 | | Hurson District Exhibit 16-4<br>Exhibit 103 |
| 316-5 | | | NEW 26-6 | | Hurson District Exhibit 16-5<br>Exhibit 104 |
| 316-6 | | | NEW 26-7 | | Hurson District Exhibit 16-6<br>Exhibit 105 |
| 316-7 | | | NEW 26-8 | | Hurson District Exhibit 16-7<br>Exhibit 106 |

| # | District | Refiled | Circuit | Origional | Description |
|---|---|---|---|---|---|
| 316-8 | | | NEW 26-9 | | Hurson District Exhibit 16-8<br>Amended Affidavit of Plaintiff's Abusive Use of the Judicial System:<br>Original [48 pages]: pp. 1–36; Exhibit B: pp. 37–48<br>Docketed [48 pages]: pp. 58–93; Exhibit B: pp. 215–226<br>Affidavit of Unauthorized Contractual Modifications:<br>Original [36 pages]: pp. 49–84<br>Docketed [35 pages]: pp. 180–214 (missing document p. 32)<br>Affidavit of Bad Faith:<br>Original [61 pages]: pp. 85–145<br>Docketed [57 pages]: pp. 1–57 (missing document pp. 34, 54, and 57–58)<br>Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings:<br>Original [14 pages]: pp. 146–159<br>Docketed [14 pages]: pp. 166–179<br>Motion to Assert Rights and Request for Immediate Rulings:<br>Original [44 pages]: pp. 160–203<br>Docketed [44 pages]: pp. 122–165<br>Affidavit for Sanctions with Exhibits 1–5:<br>Original [28 pages]: pp. 204–231<br>Docketed [28 pages]: pp. 94–121<br>Deposition Request for Agents of Ohana Growth Partners:<br>Original [37 pages]: pp. 232–268<br>Docket: [0 pages]; |
| 316-9 | | | NEW 26-10 | | Hurson District Exhibit 16-9<br>Exhibit 108 -Part A |
| 316-10 | | | NEW 26-11 | | Hurson District Exhibit 16-10<br>Exhibit 108 -Part B |
| 316-11 | | | NEW 26-12 | | Hurson District Exhibit 16-11<br>Exhibit 108 -Part C |
| 316-12 | | | NEW 26-13 | | Hurson District Exhibit 16-12<br>Exhibit 109 is the Affidavit of Legal Obligations that was filed to the state court in September 2024. Original contains 120 pages, but the electronic docket only contains 115 pages with pages 71, 116, 117, 118, and 119 missing. This exhibit was refiled as District ECF 31-2 on February 13, 2025; |
| 316-13 | | | NEW 26-14 | | Hurson District Exhibit 16-13<br>Exhibit 110 are six filings from the state court proceedings. The original electronic filing of District ECF 16-13 was altered by placing pages 29–65 at the front, renumbering them as pages 1–37. This error was corrected and refiled as District ECF 32-2 on February 13, 2025; |
| 316-14 | | | NEW 26-15 | | Hurson District Exhibit 16-14<br>Exhibit 164: Miles & Stockbridge emails extracted through automation. The original contains 91 pages, but the electronic docket only contains 89 with pages 39 and 40 missing. |
| 316-15 | | | NEW 26-16 | | Hurson District Exhibit 16-15<br>Exhibit 165 |