| | |
|---|---|
| IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT | |
| RYAN DILLON-CAPPS<br><br>*Plaintiff-Appellant,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants-Appellees.* | No. **25-1162**<br><br>On Appeal from the U.S. District Court<br>Northern District of Maryland<br>No. 1:24-CV-3744 |

**Plaintiff-Appellant Motion to Amend Affidavit of Ryan Dillon-Capps in Support of Court Record Tampering and Obstruction**

Introduction

Plaintiff-appellant Ryan Dillon-Capps respectfully moves this court to amend the previously filed affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. The affidavit incorrectly references "exhibit 203" instead of the correct "exhibit 205." the amended affidavit, attached hereto, rectifies this error.

WHEREFORE, Plaintiff-Appellant respectfully requests that this Court substitute Circuit ECF 24-3 with the attached corrected affidavit.

RESPECTFULLY SUBMITTED

| | |
|---|---|
| **April 30, 2025** | 1334 Maple Avenue<br>Essex, Maryland 21221 |
| /s/ Ryan Dillon-Capps | ryan@mxt3.com |
| **Ryan Dillon-Capps** | 703-303-1113 |