# STATE OF MARYLAND
## *Department of Assessments and Taxation*

I, Michael L. Higgs, Director of the State Department of Assessments and Taxation, hereby certify that the attached document, consisting of 1 pages, inscribed with the same Authentication Code, is a true copy of the public record of the

**Articles of Organization**

for

**MXT3 LLC**

I further certify that this document is a true copy generated from the online service with the State Department of Assessments and Taxation.

In witness whereof, I have hereunto subscribed my signature and affixed the seal of the State Department of Assessments and Taxation of Maryland at Baltimore on this April 05, 2023.

*Michael L. Higgs*
Director



*301 West Preston Street, Baltimore, Maryland 21201*
*Telephone Baltimore Metro (410) 767-1344 / Outside Baltimore Metro (888) 246-5941*
*MRS (Maryland Relay Service) (800) 735-2258 TT/Voice*



**Wes Moore** | Governor
**Aruna Miller** | Lt. Governor
**Michael Higgs** | Director
**Marcus Alzona** | Deputy Director

Date: 4/5/2023

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:

ENTITY NAME            : MXT3 LLC

DEPARTMENT ID
TYPE OF REQUEST        : Articles of Organization
DATE FILED             : 3/16/2023
TIME FILED             : 10:42 AM
FILING NUMBER
CUSTOMER ID
WORK ORDER NUMBER

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK ORDER NUMBER ON ANY INQUIRIES. EVERY YEAR THIS ENTITY MUST FILE A PERSONAL PROPERTY RETURN IN ORDER TO MAINTAIN ITS EXISTENCE EVEN IF IT DOES NOT OWN PERSONAL PROPERTY. THE RETURN IS FOUND ON THE SDAT WEBSITE.

*Department of Assessments and Taxation*
*301 W. Preston St., Room 801*
*Baltimore, MD 21201*
[www.dat.maryland.gov](http://www.dat.maryland.gov)
410-767-1184 (Main)  1-888-246-5941 (Toll-Free)
1-800-735-2258 (Maryland Relay)

EXHIBIT A
**MEMBERS**

      The Members of the Company and their respective addresses, Capital Contributions, and Ownership Interests are set forth below. The Members agree to keep this Exhibit A current and updated in accordance with the terms of this Agreement, including, but not limited to, Sections 2.1, 2.3, 2.4, 7.1, 7.2, and 10.1.

| Members | Capital Contribution | Percentage Interest |
|---|---|---|
| Ryan Anthony Wagner<br>1334 Maple Ave<br>Essex, Maryland 21221 | $192,870 | 100% |

-12-

| Program | Agreement name ↑ | Date accepted | Agreement | Accepted by |
|---|---|---|---|---|
| Commercial Marketplace | Microsoft Publisher Agreement | 12/13/2023 | Version 8.0 ↗ | Ryan Wagner |
| Microsoft AI Cloud Partner Program | Microsoft AI Cloud Partner Program agreement | 12/13/2023 | View ↗ | Ryan Wagner |

**Microsoft AI Cloud Partner Program** | CSP | Publisher | Tracking GUIDs

You can't use Partner ID with Type "Global" for CSP transactions or incentives calculations. Never share Global Partner ID with anyone except when contacting Microsoft support. Click here to view, create or update your Partner IDs for new Microsoft AI Cloud Partner Program location or company subsidiary.

🗑 Delete account ⓘ

| Partner ID ↑ | Type | Location company name | Location | Contact |
|---|---|---|---|---|
| ○ | PartnerGlobal | MXT3 LLC | MD, US | ryan@mxt3.com |
| ○ | PartnerLocation | MXT3 LLC | MD, US | ryan@mxt3.com |

