

## Our **Strategy Focused** on **Reducing Time to Resolve**….
## and we did by **96.97%**

# Leading Factor Impacting Time to Resolve



## Let's Review The Process

# Data Analytics is the Foundation of IT Strategy



Experience gives clues on **what data to analyze**

Data informs us on **where to focus**

Data Analytic insights **optimizes strategy**

# Noticeable Results



**Timeliness scores** went from **twos** and **threes** to **fours** and **fives**



The second most statistically significant factor
# Ticket Volume



**Help Desk** Support via **Teams** results significantly **improves accessibility**

# Complex issues will remain beyond the capabilities of AI for years to come



**IT Department needs:**
- Senior Technical Resources
- Ongoing Upskilling and Training
- Low Turnover
- Team Members who feel valued, appreciated, and respected
- Phase 3 Approval

## IT services are critical to our team members and our members

# RDC-OHANA

| | |
|---|---|
| **From:** | Ryan Wagner |
| **Sent:** | Thursday, November 9, 2023 3:40 PM |
| **To:** | Glenn Norris; Justin Drummond |
| **Subject:** | 15 Month Budget & analysis |
| **Attachments:** | Q4_2023-2024 15 Month Analysis.xlsx |

This message may include text created with the help of natural language processing.

 Book time to meet with me

**Ryan Wagner**
**Vice President of IT**
**Ohana Growth Partners, LLC**



office 410-252-8058 x109
212 W. Padonia Rd
Timonium, MD 21093

[www.planetfitness.com](www.planetfitness.com)

**"Culture eats strategy for breakfast"**

| | | | |
|---|---|---|---|
| Chief Support Officers (CSO):<br>IT Operations (ITO)<br>Business Intelligence (BI)<br>Facilities,Equipment, Repairs, and Maintenance (FERM) | $ 150,000.00 | $ 500,000.00 | Base Shown<br>KPI, Bonus', and Vested Capital Gain Returns not included<br>30k Sign-on bonus not included |
| Phone Reimbursement | $ 1,800.00 | $ 4,200.00 | I had to add international dialing plan to reach support that was on hours for Takoma Park, and I will need to have additional coverage and cost added when I am traveling overseas. |
| Internet Reimbursement | $ - | $ 3,000.00 | I provided internet to Takoma Park, and in addition to a set of full time hours at the office - I also put in as much and more time remotely. |
| | $ 151,800.00 | $ 507,200.00 | $ 355,400.00 |

Comp

| **Employee Bonuses** | | | *1.45% Medicare Tax* | *SS 6.2% Tax* | *Total* |
|---|---|---:|---:|---:|---:|
| Justin D | President | 750,000 | 10,875.00 | N/A | 760,875 |
| Josh G | CMO | 500,000 | 7,250.00 | N/A | 507,250 |
| Josh B | CDO | 200,000 | 2,900.00 | N/A | 202,900 |
| Matt N | VP Finance | 150,000 | 2,175.00 | N/A | 152,175 |
| Rich H | HR | 150,000 | 2,175.00 | N/A | 152,175 |
| Alyson Ratcliffe | Operations | 150,000 | 2,175.00 | N/A | 152,175 |
| Bill Flax | | 100,000 | 1,450.00 | N/A | 101,450 |
| Karen | Data Analytics | 100,000 | 1,450.00 | N/A | 101,450 |
| Andrew P | | 100,000 | 1,450.00 | N/A | 101,450 |
| Ryan Wagner | | 100,000 | 1,450.00 | N/A | 101,450 |
| Merrill Brick | | 100,000 | 1,450.00 | 6,200.000 | 107,650 |
| Sara Cheek | | 100,000 | 1,450.00 | 6,200.000 | 107,650 |
| Merlowe | | 50,000 | 725.00 | 3,100.000 | 53,825 |
| Leeann | | 50,000 | 725.00 | 3,100.000 | 53,825 |
| Brian Chang | | 10,000 | 145.00 | 620.000 | 10,765 |
| Jared Flax | | 10,000 | 145.00 | 620.000 | 10,765 |
| Jeremy Snoot | | 10,000 | 145.00 | 620.000 | 10,765 |
| 9 Regionals - $10,000 each | | 90,000 | 1,305.00 | 5,580.000 | 96,885 |
| 75 GMS - $1k each | | 75,000 | 1,087.50 | 4,650.000 | 80,738 |
| 2 Marketing Assts - $500 each | | 1,000 | 14.50 | 62.000 | 1,077 |
| 20 Office Staff - $1000 each | | 20,000 | 290.00 | 1,240.000 | 21,530 |
| 50 AGMs - $500 each | | 25,000 | 362.50 | 1,550.000 | 26,913 |
| 6 FTSMs - $1000 each | | 6,000 | 87.00 | 372.000 | 6,459 |
| Reduction | | (800,000) | | | (800,000) |
| | | | | | |
| **Total** | | **2,047,000** | **41,282** | **33,914** | **2,122,196** |
| | | | **% of Equity Value** | | **1.0%** |

S&U

# 349 out of 850

-- No change • Checked Daily

Scores calculated using VantageScore 3.0



Display by **TransUnion** ⌄

# 348

Needs Work

▼ 16 pts  checked daily

Scores calculated using VantageScore 3.0 ⓘ

## PAYMENT HISTORY

You've made **95%** of payments on time

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✗ | ⚠ |   |   |   |   |   |   |   |   |   |   |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 |   |   |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    • Unknown    ⚠ Derogatory

| | |
|---|---|
| Last payment | Oct 19, 2024 |
| Payment status | In Repossession |
| Worst payment status | 60-89 days late |

## ACCOUNT DETAILS

| | |
|---|---|
| Account status | Closed |
| Type | Auto loan |
| Responsibility | Individual |
| Remarks | Reposession Reposession |
| Times 30/60/90+ days late | 1/1/0 |
| Closed | Feb 28, 2025 |

**PAYMENT HISTORY**

You've made **83%** of payments on time



| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✗ | ✗ | ✗ | | | | | | | | | |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | | | | • | • | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    • Unknown    ⚠ Derogatory

| | |
|---|---|
| Last payment | Oct 03, 2024 |
| Payment status | 120+ days late |
| Worst payment status | 120+ days late |

**ACCOUNT DETAILS**

| | |
|---|---|
| Account status | Open |
| Type | Conventional real estate mortgage |
| Responsibility | Individual |
| Remarks | -- |
| Times 30/60/90+ days late | 1/1/2 |

**JPMCB CARD**
Closed on Jan 11, 2025

**AMEX**
Closed on Feb 25, 2025

**CITI**
Closed on Dec 23, 2024

**BANKAMERICA**
Closed on Feb 14, 2025

**TDRC/BLUNILE**
Closed on Feb 12, 2025

**CAPITAL ONE**
Closed on Mar 26, 2025

**SYNCB/VENMO**
Closed on Jan 27, 2025

**SOFI BANK**
Closed on Mar 31, 2025

**LENDCLUB BNK**
Closed on Mar 31, 2025

**BRIDGECREST**
Closed on Feb 28, 2025





|  | Rate Hours / Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2655.05 | 60506.18 |
| Sick - Salary | | 0.00 | 525.10 |
| Vacation | | 0.00 | 4200.82 |
| Bonus - KPI Bonus | | 0.00 | 2780.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Employer Medical Contribution * | 621.39 | 7456.68 | *Memo Only | |
| Health Savings Match * | 20.00 | 240.00 | *Memo Only | |
| Floating Holiday Hours | 0.00 | 16.00 | 0.00 | 16.00 |
| Mental Well Being Hours | 0.00 | 11.00 | 0.00 | 11.00 |
| Sick Full Time Hours | 0.00 | 40.00 | 8.00 | 32.00 |
| Vacation Hours | 0.00 | 114.47 | 64.00 | 50.47 |

**CRITICALLY URGENT: Please Read This Immediately**

Summary by Copilot

Ryan Wagner
To: Justin Drummond; C. Victor Brick; Lynne Brick B.S.N. M.A.; Terry Woods (Planet Fitness); Earl Ihle
Tue 2024-06-11 8:28 PM

**High importance**

60% of recipients have opened this mail.
See more insights   Feedback

It is imperative that all five of you read this entire email and reply before 7 AM EST.

I have delayed sending this email until the last moment. Please note that Stacy and Charles sell securities, and showing them this email may require them to take action.

**Background and Issue**

On October 16, 2023, I helped Cierra address a technical issue, and subsequently, we generated a report that showed unexpected data. The vendor in question is Onsite Solutions Inc., the long-term IT and Entertainment installer for Ohana. Upon reviewing the data, Cierra and I found that the total vendor payments were significantly lower than expected.

Cierra consulted with LeeAnn, who handles Development invoices, and confirmed that the payments were not recorded under a different vendor account. Cierra then notified me that Bill Flax was reaching out to Andrew to check for any outstanding invoices. LeeAnn and Brandi confirmed they had not received invoices from Onsite Solutions Inc. in a long time.

Subject: Complaint
From: Rich Hartman <Rich.Hartman@ohanagp.com>
To: Josh Beyer <Josh.Beyer@ohanagp.com>, Josh Gerber <Josh.Gerber@ohanagp.com>, Glenn Norris <glenn@ohanagp.com>, Justin Drummond <Justin.Drummond@ohanagp.com>
Cc: Karen Debus <karen.debus@ohanagp.com>
Date: November 10, 2023 12:16:40 PM
Attachments: ohanagrowthpartnersfinallogo_7fa8dba2-2909-40ee-839a-12ba06da3de6.png

--

Team,
There has been a hostile work environment claim filed by Ryan Wagner alleging that over the past 3 years he has been bullied and verbally abused by the four of you. I asked Ryan to get together with me early next week to go over his complaint. I will be reaching out to all of you to get your statements. In order to not escalate the current tensions and or environment, I ask that you not discuss this with anyone including Ryan. Should you need to communicate with Ryan going forward, I ask that you keep it on point regarding work and or business needs and not on this topic until resolved. I do not want to see anything that can be deemed as retaliatory in any way. This includes texts, emails, calls, or conversations discussing this issue. We will work to get to the bottom of this in a professional manner and resolve this amicably. Thank you and if you have any questions, please call me.