**Ohana Growth Partners**

Name: Ryan Wagner  
Week Starting: 2/19/2024

| Date | Day | Time In | Time Out | | Time In | Time Out | | Total Hours |
|---|---|---|---|---|---|---|---|---|
| 2/19/2024 | Monday | 08:00 | 11:55 | 3:55 | 13:00 | 20:17 | 7:17 | 11:12 |
| | | Petty Cash & AMX Follow Up - Glenn/Matt | | | ITO Sync | | | |
| | | Invoices | | | BI Sync | | | |
| | | ITO & BI Meeting Planning | | | Data Modeling Training w/BI | | | |
| | | | | | Darren/Laptops & Sync | | | |
| | | | | | Adding Cerdant Budget Data | | | |
| 2/20/2024 | Tuesday | 07:00 | 16:20 | 9:20 | 16:52 | 18:24 | 1:32 | 10:52 |
| | | EEN - VoIP IP Conflict -- DM | | | 1985 Conference Room DK --> Get recommendation from RB/BC | | | |
| | | Teams Room at HQ | | | | | | |
| | | Profound Tech -- DK | | | Request Wednesday meeting Move - Conflicting Appointment | | | |
| | | Glenn/Justin Meeting | | | | | | |
| | | Comcast | | | Re-Running Linest Calculations Against Updated Data | | | |
| | | Meeting Recaps | | | | | | |
| 2/21/2024 | Wednesday | 08:11 | 11:30 | 3:19 | 13:00 | 17:49 | 4:49 | 8:08 |
| | | Going over Budget numbers without the costs Glenn removed from IT | | | Justin & Darren Meeting | | | |
| | | | | | Post Meeting Sync with Justin | | | |
| | | | | | Meeting Summary | | | |
| | | | | | Glenn Response | | | |
| 2/22/2024 | Thursday | 08:05 | 13:00 | 4:55 | 15:13 | 20:17 | 5:04 | 9:59 |
| | | Review Org Quarantine | | | 1985 Conference Room | | | |
| | | Setup Baseline Attack Simulation | | | LeeAnn - redirect to home sharepoint site. | | | |
| | | | | | Sharepoint Support - RB | | | |
| | | | | | 1985 Conference Room - RB | | | |
| 2/23/2024 | Friday | 09:31 | 11:09 | 1:38 | 15:35 | 18:01 | 2:26 | 4:04 |
| | | M365 Meeting w/Pre-Post | | | Sync with Darren on 1985 | | | |
| | | Automated Bill Cycle Tracking Notes/Planning | | | Meeting Summary - M365 Licenses | | | |
| 2/24/2024 | Saturday | | | 0:00 | | | 0:00 | 0:00 |
| 2/25/2024 | Sunday | | | 0:00 | | | 0:00 | 0:00 |

**Total Hours: 44:15**

Signature:

**Ohana Growth Partners**

Name: Ryan Wagner
Week Starting: 2/12/2024

| Date | Day | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2024 | Monday | 09:30 | 11:40 | 2:10 | 13:10 | 19:20 | 6:10 | 22:40 | 23:34 | 0:54 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 9:14 |
| | | Transforming Jan 2024 Data | | | Rich Email | | | ATT-Uverse Email - Utilities | | | | | | | | | | | | | | | | | | |
| | | Glenn Sync | | | Ann & Rikki Intro & Sync | | | Office Pool - Karen D | | | | | | | | | | | | | | | | | | |
| | | | | | Glenn Email | | | Phone Reimbusement | | | | | | | | | | | | | | | | | | |
| 2/13/2024 | Tuesday | 09:11 | 14:29 | 5:18 | 15:00 | 17:52 | 2:52 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 8:10 |
| | | Accounting/Glenn Emails | | | LeeAnn Sync | | | | | | | | | | | | | | | | | | | | | |
| | | Comcast | | | Adobe Sign | | | | | | | | | | | | | | | | | | | | | |
| | | Glenn Sync | | | Kiosk - Go Time! | | | | | | | | | | | | | | | | | | | | | |
| | | Darren Sync | | | Email Rules | | | | | | | | | | | | | | | | | | | | | |
| 2/14/2024 | Wednesday | 09:00 | 11:45 | 2:45 | 13:30 | 16:10 | 2:40 | 16:11 | 19:23 | 3:12 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 8:37 |
| | | 2024 Data Cleanup & Transform | | | ~500 emails Read, Sorted, Deleted - No Responses Needed | | | IT Prioritization Planning | | | | | | | | | | | | | | | | | | |
| | | | | | Cerdant Follow Up | | | | | | | | | | | | | | | | | | | | | |
| | | | | | Help Desk Ticketing Request | | | | | | | | | | | | | | | | | | | | | |
| | | | | | HB Export Status Check | | | | | | | | | | | | | | | | | | | | | |
| 2/15/2024 | Thursday | 10:00 | 13:08 | 3:08 | 13:50 | 22:50 | 9:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 12:08 |
| | | 2024 Budget Update Costs | | | Glenn Sync - Bremerton & Coding | | | | | | | | | | | | | | | | | | | | | |
| | | ~150 emails read, sorted, and deleted - no response needed | | | Comcast Bremerton CJM | | | | | | | | | | | | | | | | | | | | | |
| | | | | | Glenn - Comcast New AM Info | | | | | | | | | | | | | | | | | | | | | |
| | | | | | CieloCare Export Data Issues | | | | | | | | | | | | | | | | | | | | | |
| 2/16/2024 | Friday | 10:04 | 11:43 | 1:39 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 1:39 |
| | | Glenn Bremerton Update & Thurs Meeting Recap | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Cerdant Follow Up | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Budget and Other Updates - Glenn | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Rolando Follow Up | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/17/2024 | Saturday | 11:34 | 14:55 | 3:21 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 3:21 |
| | | Rolando Follow Up | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Glenn Follow Up | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Reviewing Updated CieloCare Export | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/18/2024 | Sunday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |

Total Hours: 43:09

Signature:

**Ohana Growth Partners**

Name: Ryan Wagner  
Week Starting: 2/5/2024

| Date | Day | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/5/2024 | Monday | 09:28 | 11:54 | 2:26 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 2:26 |
| | | Current 2024 Budget v Proposal v1, v2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/6/2024 | Tuesday | 14:14 | 17:14 | 3:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 3:00 |
| | | Current 2024 Budget v Proposal v3, v4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/7/2024 | Wednesday | | | 0:00 | 16:10 | 5:23 | 13:13 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 13:13 |
| | | | | | M365 Licensing Breakdown | | | | | | | | | | | | | | | | | | | | | | |
| 2/8/2024 | Thursday | 08:30 | 16:29 | 7:59 | 17:12 | 18:45 | 1:33 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 9:32 |
| | | M365 License Sync w/RB & GN; TeamViewer BC Access; Darren Sync; Holly Butler Sync; Glenn Sync | | | Dante Sync; Ann Sync; Team Viewer Sync | | | | | | | | | | | | | | | | | | | | | | |
| 2/9/2024 | Friday | 00:46 | 11:00 | 10:14 | 11:01 | 14:53 | 3:52 | 18:34 | 23:53 | 5:19 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 19:25 |
| | | Invoices & AP Card; Glenn Sync; Audio Conferece License Migrate | | | License Approved Update & GoDaddy Sheet with Strategy Notes to RB/Glenn; Cost DC updates with RB Sync | | | Trying to Reduce Total DataSize for HB | | | | | | | | | | | | | | | | | | | |
| 2/10/2024 | Saturday | 03:47 | 5:11 | 1:24 | 12:12 | 1:39 | 13:27 | 16:40 | 16:59 | 0:19 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 15:10 |
| | | Data for HB | | | Data for HB | | | Data for HB | | | | | | | | | | | | | | | | | | | |
| 2/11/2024 | Sunday | 23:12 | 23:16 | 0:04 | 01:38 | 1:50 | 0:12 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:16 |
| | | Data for HB | | | Data for HB | | | | | | | | | | | | | | | | | | | | | | |

Total Hours: 63:02

Signature: _____

**Ohana Growth Partners**

Name: Ryan Wagner  
Week Starting: 1/29/2024

| Date | Day | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2024 | Monday | 01:37 | 12:00 | 10:23 | 13:35 | 14:38 | 1:03 | 16:15 | 20:37 | 4:22 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 15:48 |
| | | calc corrected values after fixing ms bug | | | Added Promoter & Detractor data | | | Inacitve Time by Tier | | | | | | | | | | | | | | | | | | |
| | | Convert Scatter to Bubble scaling to time | | | Trended Lapse Time over NPS | | | Trending Inactive Time | | | | | | | | | | | | | | | | | | |
| | | PowerBI PPU License & E3 License & RB Sync | | | Invoices | | | | | | | | | | | | | | | | | | | | | |
| 1/30/2024 | Tuesday | 10:06 | 19:22 | 9:16 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 9:16 |
| | | Wait Time by Department | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Darren Sync Printer & Dev iPad | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/31/2024 | Wednesday | 08:04 | 11:58 | 3:54 | 14:22 | 18:15 | 3:53 | 23:42 | 2:12 | 2:30 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 10:17 |
| | | Tier Side Stats Aggregation | | | Darren Sync | | | Service & Onsite Time Analysis | | | | | | | | | | | | | | | | | | |
| | | | | | iPad restore process | | | | | | | | | | | | | | | | | | | | | |
| | | | | | Wheaton Assessment & 4 Clubs POS Audit | | | | | | | | | | | | | | | | | | | | | |
| | | | | | Wait & Inactive Side Stat Aggregation | | | | | | | | | | | | | | | | | | | | | |
| 2/1/2024 | Thursday | 10:00 | 14:42 | 4:42 | 15:20 | 16:35 | 1:15 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 5:57 |
| | | Oxon Hill, Coconut Creek, Margate, Lacey Assessment | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Re-Request Cerdant Ticket Data | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Lake Stevens Assessment Sync | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Transforming Ticket Count Data | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/2/2024 | Friday | 09:00 | 10:05 | 1:05 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 1:05 |
| | | E5 License Subscription Setup | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Using AI to verify data transformation | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/3/2024 | Saturday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |
| 2/4/2024 | Sunday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |

**Total Hours** 42:23

Signature:

**Ohana Growth Partners**

Name: Ryan Wagner  
Week Starting: 1/22/2024

| Date | Day | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2024 | Monday | 00:11 | 3:41 | 3:30 | 13:05 | 13:20 | 0:15 | 14:39 | 20:33 | 5:54 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 9:39 |
| | | Survey Analyses | | | Darren - AVD01 | | | | | | | | | | | | | | | | | | | | | | |
| 1/23/2024 | Tuesday | 00:42 | 16:12 | 15:30 | 16:32 | 19:35 | 3:03 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 18:33 |
| | | Master dataset analysis on survey data broken down by support team | | | Lake Stevens & Darren Sync | | | | | | | | | | | | | | | | | | | | | |
| | | Glenn, Rich, and Ms Butler | | | Ms Butler Reply2 | | | | | | | | | | | | | | | | | | | | | |
| | | Darren iPad Guidance | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/24/2024 | Wednesday | 13:12 | 8:22 | 19:10 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 19:10 |
| | | Discovered and corrected for millisecond export issue. | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Darren Sync | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/25/2024 | Thursday | 12:04 | 12:59 | 0:55 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:55 |
| | | Darren MOC Resolved | | | | | | | | | | | | | | | | | | | | | | | | |
| | | CieloCare | | | | | | | | | | | | | | | | | | | | | | | | |
| | | iPad Ethernet Tester | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/26/2024 | Friday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |
| 1/27/2024 | Saturday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |
| 1/28/2024 | Sunday | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00 |

**Total Hours: 48:17**

Signature: _____

# Ryan Dillon-Capps

| | |
|---|---|
| **From:** | **Karen Debus** |
| **Sent:** | **Monday, January 8, 2024 5:07 PM** |
| **To:** | **IT External Test (DO NOT USE)** |
| **Cc:** | **Ryan Wagner; Rich Hartman** |
| **Subject:** | **FMLA Request** |
| **Attachments:** | **Notice of Eligibility WH-381.pdf; WH-380-E Certification of HCP - Employee.pdf; VP of IT 2-10-20.docx** |

Dear Ryan,

Rich Hartman informed me on January 4, 2024 that you have requested FMLA for your own personal health reasons. You may take up to 12 weeks of FMLA per year as noted in the attached documentation. Therefore, I am forwarding to you the following information:

- Notice of Eligibility Rights & Responsibilities – No action required. This document is to inform you that you are eligible for FMLA, but that we require a certification from your healthcare provider before final determination.
- Certification of Health Care Provider for Employee's Serious Health Condition – Please provide to your healthcare provider and return to my office by 1/20/24. Once we have received your certification, we will approve or deny your request and send you a formal designation notice.
- Job Description – Please provide to your healthcare provider along with the certification above.

FMLA is an unpaid leave. In order to receive compensation, you must use your sick, mental well-being, and vacation time. If you run out of accrued time, you will go unpaid. You should not be working while on FMLA.

During an FMLA absence, benefits premiums will continue to be paid via payroll deduction anytime you receive a company check (accrued time used or owed bonus paid, etc.). Any time you do not receive a paycheck during a pay period, the company will pay your benefits on your behalf. You will need to repay the company either by check or by payroll deduction upon your return to work. Your benefit totals are below:

| | |
|---|---|
| **Cigna Critical Illness** | **$18.70** |
| **Cigna Dental** | **$27.60** |
| **Cigna Group Accident** | **$6.99** |
| **Cigna Health 4000** | **$212.34** |
| **Cigna Vision** | **$5.31** |
| **SunLife Voluntary AD&D** | **$.15** |
| **SunLife Voluntary Life** | **$32.50** |
| | |
| **Total:** | **$303.59** |

Please let us know if you have any questions. We will be contacting you by your personal email address that we have on file: ryan@mxt3.com.

Best,

Karen

| | |
|---|---|
| **Subject:** | Canceled: Ohana Growth Partners PCI DSS Review Kickoff Call |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Wed 6/12/2024 12:30 PM |
| **End:** | Wed 6/12/2024 1:30 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Phil Leadore |
| **Importance:** | High |

Some people who received this message don't often get email from pleadore@hartmanadvisors.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, all –

Hartman Executive Advisors has been engaged to begin a PCI DSS review of Ohana Growth Partners systems. This meeting is to kick off the engagement. Please let me know if this date and time does not work for you. We are looking forward to tomorrow's discussion.

Best,
Phil

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 246 091 784 572

Passcode: 2fHpie

_____

### Dial in by phone

+1 443-457-0613,,373232486# United States, Baltimore

Find a local number

Phone conference ID: 373 232 486#

For organizers: Meeting options | Reset dial-in PIN
_____

Exhibit 1S

# Ryan Dillon-Capps

**From:** Ryan Dillon-Capps
**Sent:** Thursday, June 13, 2024 4:26 PM
**To:** Justin Drummond
**Subject:** Fw: Please Respond Quickly

This message may include text created with the help of natural language processing.

 Book time to meet with me

**Ryan Dillon-Capps**
**Vice President of IT**
**Ohana Growth Partners, LLC**

 office 410-252-8058 x109
212 W. Padonia Rd
Timonium, MD 21093

www.planetfitness.com

"Culture eats strategy for breakfast"

---

**From:** Ryan Dillon-Capps <Ryan.DillonCapps@ohanagp.com>
**Sent:** Thursday, June 13, 2024 3:10 PM
**To:** Phil Leadore <pleadore@hartmanadvisors.com>; Dan Levett <dlevett@hartmanadvisors.com>
**Subject:** Please Respond Quickly

We have a situation. Can you confirm that you have an agreement signed and are not compelled to report? I need assistance, and you might be the only one with pen to paper who can without incurring liability for Ohana.

Please - I have sent my team home for their safety, and that is all I can say until you confirm.

This message may include text created with the help of natural language processing.

 Book time to meet with me

**Ryan Dillon-Capps**
**Vice President of IT**
**Ohana Growth Partners, LLC**

 office 410-252-8058 x109
212 W. Padonia Rd
Timonium, MD 21093
www.planetfitness.com

1 / 2

1 of 2

. From Signed Physical CD - FMLA Digital Part A        Exhibit Page # 8 of 8        EXHIBIT 102A         .