

Ryan Dillon-Capps <ryan@mxt3.com>

# Re: CONFIDENTIAL: Submission received relative to judicial complaint
1 message

**Ryan Dillon-Capps** <ryan@mxt3.com>  Wed, Apr 30, 2025 at 4:24 AM
To: 4CCA-Judicial Complaints <4CCA-JudicialComplaints@ca4.uscourts.gov>

  complaint-supporting-documents.zip

I have provided a revised complaint with five pages of factual statements. See Attachment.

On Wed, Apr 23, 2025 at 9:37 AM 4CCA-Judicial Complaints <4CCA-JudicialComplaints@ca4.uscourts.gov> wrote:

**20250430-complaint-v3-signed.pdf**
1548K