Screenshot Taken on June 10, 2025, at 10:47 AM

**PACER Account Disabled**

Although you have a PACER account, your current account has been disabled due to non-payment.

If you have any questions or for further details on how to activate your search privileges contact the PACER Service Center at (800) 676-6856 between the hours of 7 AM and 6 PM CT Monday through Friday or by email at pacer@psc.uscourts.gov.

You may continue to log in and perform other activities (e.g., e-file, request filing privileges), but you will not have PACER search privileges.

[Continue] [Cancel]

Screenshot Taken on June 10, 2025, at 11:07 PM

