**RECAP Actions**

**Court of Appeals Docket #:** 25-1162     **Docketed:** 02/20/2025
**Nature of Suit:** 3751 Labor-Family & Med Leave Act
Ryan Dillon-Capps v. Ohana Growth Partners, LLC
**Appeal From:** United States District Court for the District of Maryland at Baltimore
**Fee Status:** in forma pauperis

**Case Type Information:**
1) Civil Private
2) private
3) null

**Originating Court Information:**
**District:** 0416-1 : 1:24-cv-03744-BAH
**Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
**Date Filed:** 12/27/2024

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| Date | # | Description |
|---|---|---|
| 04/29/2025 | 27 | Exhibit(s) [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps.. [1001761830] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 12:50 PM] |
| 04/29/2025 | 28 | Exhibit(s) [24] Motion, [24] Motion, [24] Motion by Ryan Dillon-Capps.. [1001761850] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:11 PM] |
| 04/29/2025 | 29 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |

RECAP Actions ▼

**Court of Appeals Docket #: 25-1162** — Docketed: 02/20/2025
**Nature of Suit:** 3751 Labor-Family & Med Leave Act
Ryan Dillon-Capps v. Ohana Growth Partners, LLC
**Appeal From:** United States District Court for the District of Maryland at Baltimore
**Fee Status:** in forma pauperis

**Case Type Information:**
1) Civil Private
2) private
3) null

**Originating Court Information:**
**District:** 0416-1 : 1:24-cv-03744-BAH
**Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
**Date Filed:** 12/27/2024
| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| Date | Doc # | Description |
|---|---|---|
| 04/29/2025 | 28 | Exhibit(s) [24] Motion, [24] Motion, [24] Motion by Ryan Dillon-Capps.. [1001761850] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:11 PM] |
| 04/29/2025 | 29 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |



Screenshot Taken on June 9, 2025, at 5:47 PM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162 | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | |
| **Ryan Dillon-Capps v. Ohana Growth Partners, LLC** | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
 1) Civil Private
 2) private
 3) null

**Originating Court Information:**
 **District:** 0416-1 : 1:24-cv-03744-BAH
 **Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
 **Date Filed:** 12/27/2024

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| | | |
|---|---|---|
| 04/29/2025 | 29 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/09/2025 17:46:47 | | | |
| **PACER Login:** | ryanmxt3com | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 25-1162 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Exempt Court Order |

United States Court of Appeals for the Fourth Circuit

**RECAP Actions ▾**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162<br>**Nature of Suit:** 3751 Labor-Family & Med Leave Act<br>Ryan Dillon-Capps v. Ohana Growth Partners, LLC<br>**Appeal From:** United States District Court for the District of Maryland at Baltimore<br>**Fee Status:** in forma pauperis | **Docketed:** 02/20/2025 |

**Case Type Information:**
1) Civil Private
2) private
3) null

**Originating Court Information:**
**District:** 0416-1 : 1:24-cv-03744-BAH
**Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
**Date Filed:** 12/27/2024

| Date Order/Judgment:<br>01/29/2025 | Date Order/Judgment EOD:<br>01/30/2025 | Date NOA Filed:<br>02/18/2025 | Date Rec'd COA:<br>02/18/2025 |
|---|---|---|---|

| Date | # | Description |
|---|---|---|
| 04/29/2025 | 30 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | 39 | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |

### PACER Service Center
**Transaction Receipt**
06/10/2025 03:50:01

| PACER Login: | ryanmxt3com | Client Code: | |
|---|---|---|---|
| Description: | Case Summary | Search Criteria: | 25-1162 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt Flag: | Exempt | Exempt Reason: | Exempt Court Order |

**RECAP Actions ▼**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162<br>**Nature of Suit:** 3751 Labor-Family & Med Leave Act<br>Ryan Dillon-Capps v. Ohana Growth Partners, LLC<br>**Appeal From:** United States District Court for the District of Maryland at Baltimore<br>**Fee Status:** in forma pauperis | **Docketed:** 02/20/2025 |

**Case Type Information:**
1) Civil Private
2) private
3) null

**Originating Court Information:**
**District:** 0416-1 : 1:24-cv-03744-BAH
**Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
**Date Filed:** 12/27/2024

| **Date Order/Judgment:**<br>01/29/2025 | **Date Order/Judgment EOD:**<br>01/30/2025 | **Date NOA Filed:**<br>02/18/2025 | **Date Rec'd COA:**<br>02/18/2025 |
|---|---|---|---|

| Date | # | Description |
|---|---|---|
| 04/29/2025 | 30 | SUPPLEMENT to [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | 39 | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |

### PACER Service Center
#### Transaction Receipt
06/10/2025 14:10:12

| PACER Login: | ryanmxt3com | Client Code: | |
|---|---|---|---|
| Description: | Case Summary | Search Criteria: | 25-1162 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt Flag: | Exempt | Exempt Reason: | Exempt Court Order |

Screenshot Taken on June 10, 2025, at 10:35 PM

| | | |
|---|---|---|
| ↗ | **2:21 PM**<br>② Outgoing · (804) 916-2704 | 5m 26s |
| ↗ | **2:12 PM**<br>② Outgoing · (804) 916-2704 | 9m 23s |
| ↗ | **2:11 PM**<br>② Outgoing · (804) 916-2704 | 31s |