RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1614 | **Docketed:** 06/02/2025 |

**Nature of Suit:** 3440 Other Civil Rights
Kenneth Klein, III v. Kenneth Chitty
**Appeal From:** United States District Court for the Eastern District of Virginia at Richmond
**Fee Status:** in forma pauperis

**Case Type Information:**
  **1)** Civil Private
  **2)** private
  **3)** null

**Originating Court Information:**
  **District:** 0422-3 : 3:24-cv-00861-DJN
  **Presiding Judge:** David J. Novak, U. S. District Court Judge
  **Date Filed:** 12/02/2024

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/15/2025 | 05/15/2025 | 05/27/2025 | 05/29/2025 |

| | | |
|---|---|---|
| 06/02/2025 | 1 | Case docketed. Originating case number: 3:24-cv-00861-DJN. Case manager: KHancock. [1001780237] [25-1614] KH [Entered: 06/02/2025 01:00 PM] |
| 06/02/2025 | 2 | RECORD requested from Clerk of Court [1001780240]. Due: 06/16/2025. [25-1614] KH [Entered: 06/02/2025 01:02 PM] |
| 06/02/2025 | 3 | INFORMAL BRIEFING ORDER filed. Mailed to: Rachel Willer Adams. [1001780244] Informal Opening Brief due 06/26/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1614] KH [Entered: 06/02/2025 01:03 PM] |
| 06/03/2025 | 4 🔒 | (ENTRY RESTRICTED) BRIEF by Kenneth F. Klein, III. Type of Brief: OPENING.. Do any cases pending in this court or the Supreme Court of the United States raise similar issues? NO.. [1001781459] [25-1614]--[Edited 06/06/2025 by DL See Informal Opening Brief @ ECF 6] Kenneth Klein [Entered: 06/03/2025 09:24 PM] |
| 06/05/2025 | 5 | Docket correction requested from Kenneth F. Klein, III. Re: [4] brief. Access to brief has been restricted to case participants. Mailed to: Rachel Willer Adams. [1001782674] [25-1614] KH [Entered: 06/05/2025 03:43 PM] |
| 06/05/2025 | 6 | INFORMAL OPENING BRIEF by Kenneth F. Klein, III. [1001782782] [25-1614] Kenneth Klein [Entered: 06/05/2025 07:57 PM] |

Screenshot Taken on June 7, 2025, at 2:28 AM

. .

**RECAP Actions** ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1616 | **Docketed:** 06/02/2025 |
| Leroy Commander, Sr. v. Commissioner of Internal Revenue | |
| **Appeal From:** Tax Court, Internal Revenue Service | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
1) U.S. Tax Court
2) Petition for Review
3) null

**Originating Court Information:**
**District:** IRS-1 : 15150-24
**Date Decided:**                    **Date Rec'd COA:**
03/28/2025                      05/29/2025

| | | |
|---|---|---|
| 05/29/2025 | 2 | IFP-APPLICATION to proceed in forma pauperis (FRAP 24)(court access only) by Leroy Commander, Sr.. [1001780248] [25-1616] JSN [Entered: 06/02/2025 01:10 PM] |
| 06/02/2025 | 1 | Case docketed. Originating case number: 15150-24. Case manager: JeffNeal. [1001780242] [25-1616] JSN [Entered: 06/02/2025 01:02 PM] |
| 06/02/2025 | 3 | INFORMAL BRIEFING ORDER filed. [1001780250] Informal Opening Brief due 06/26/2025. Informal response brief, if any: 14 days after informal opening brief served. Mailed to: Leroy Commander, Marjorie Rollinson. [25-1616] JSN [Entered: 06/02/2025 01:11 PM] |
| 06/02/2025 | 4 | RECORD requested from Clerk [1001780252]. Due: 06/16/2025. [25-1616] JSN [Entered: 06/02/2025 01:12 PM] |
| 06/02/2025 | 5 | ORDER filed granting Motion to proceed in forma pauperis [2]. Copies to all parties. Mailed to: Leroy Commander, Marjorie Rollinson. [1001780254] [25-1616] JSN [Entered: 06/02/2025 01:14 PM] |
| 06/04/2025 | 6 | US TAX COURT RECORD in electronic format filed by US Tax Court. Method of service: ECF service on counsel. [1001781726] [25-1616] Tax Court [Entered: 06/04/2025 11:01 AM] |

Screenshot Taken on June 7, 2025, at 2:33 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1632 | **Docketed:** 06/03/2025 |
| Mauris Campos Ramos v. Pamela Bondi | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** fee due | |

**Case Type Information:**
   **1)** Agency Review Immigration
   **2)** Petition for Review
   **3)** null

**Originating Court Information:**
   **District:** BIA-1 : A240-066-334
   **Date Decided:**                         **Date Rec'd COA:**
   05/27/2025                                    06/03/2025

| Date | # | Description |
|---|---|---|
| 06/03/2025 | 🔒 | Immigration Petition for Review case docketed. Originating case number: A240-066-334. Case manager: EBorneisen. [1001781299] [25-1632] EB [Entered: 06/03/2025 04:00 PM] |
| 06/03/2025 | 1 | Petition for review of agency order filed by Mauris Alberto Campos Ramos .[1001781311] [25-1632] EB [Entered: 06/03/2025 04:02 PM] |
| 06/03/2025 | 2 | MOTION by Mauris Alberto Campos Ramos for stay pending appeal. Date of action to be stayed, if applicable:06/04/2025. [1001781314] [25-1632] EB [Entered: 06/03/2025 04:03 PM] |
| 06/03/2025 | 3 | FEE NOTICE issued to Mauris Alberto Campos Ramos - initial notice. Fee or application to proceed as indigent due 06/18/2025. Originating case number: A240-066-334. Mailed to: Mauris Alberto Campos Ramos. [1001781319] [25-1632] EB [Entered: 06/03/2025 04:04 PM] |
| 06/03/2025 | 4 | INFORMAL BRIEFING ORDER filed. Mailed to: Mauris Alberto Campos Ramos. [1001781323] Informal Opening Brief due 06/27/2025. Administrative Record due 07/14/2025 Informal response brief, if any: 14 days after informal opening brief served. [25-1632] EB [Entered: 06/03/2025 04:06 PM] |
| 06/03/2025 | 5 | ORDER filed for temporary administrative stay and requiring response. Response due: 06/09/2025 by 3:00 p.m. Copies to all parties. Mailed to: Mauris Alberto Campos Ramos. [1001781365] [25-1632] EB [Entered: 06/03/2025 04:31 PM] |
| 06/03/2025 | 6 | APPEARANCE OF COUNSEL by Nicole Thomas-Dorris for Pamela Jo Bondi. [1001781379] [25-1632] Nicole Thomas-Dorris [Entered: 06/03/2025 04:39 PM] |
| 06/06/2025 | 7 | RESPONSE/ANSWER by Pamela Jo Bondi to Motion [2]. Nature of response: in opposition. [1001782844] [25-1632] Nicole Thomas-Dorris [Entered: 06/06/2025 09:03 AM] |

# Screenshot Taken on June 7, 2025, at 2:35 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1635 | **Docketed:** 06/03/2025 |
| Moises Mejia Amaya v. Pamela Bondi | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
1) Agency Review Immigration
2) Petition for Review
3) null

**Originating Court Information:**
  **District:** BIA-1 : A240-399-348
  **Date Decided:**                **Date Rec'd COA:**
  05/28/2025                        06/03/2025

---

| 06/03/2025 | 📄 | Immigration Petition for Review case docketed. Originating case number: A240-399-348. Case manager: CHalupa. [1001781429] [25-1635] CH [Entered: 06/03/2025 05:15 PM] |
|---|---|---|
| 06/03/2025 | 1 📄 | Petition for review of agency order filed by Moises Mejia Amaya.[1001781433] [25-1635] CH [Entered: 06/03/2025 05:22 PM] |
| 06/03/2025 | 2 📄 | MOTION by Moises Mejia Amaya for stay pending appeal. Date and method of service: 06/03/2025 ecf. [1001781439] [25-1635] CH [Entered: 06/03/2025 05:34 PM] |
| 06/03/2025 | 3 | IFP-APPLICATION to proceed in forma pauperis (FRAP 24)(court access only) by Moises Mejia Amaya. [1001781442] [25-1635] CH [Entered: 06/03/2025 05:40 PM] |
| 06/03/2025 | 4 | ORDER filed for temporary administrative stay. Date of action to be stayed, if applicable:06/17/2025. Response due 06/09/2025 by 3:00 p.m. Copies to all parties. Mailed to: Moises Mejia Amaya. [1001781443] [25-1635] CH [Entered: 06/03/2025 05:44 PM] |
| 06/03/2025 | 5 | INFORMAL BRIEFING ORDER filed. Mailed to: Moises Mejia Amaya. [1001781444] Informal Opening Brief due 06/27/2025. Administrative Record due 07/14/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1635] CH [Entered: 06/03/2025 05:58 PM] |
| 06/03/2025 | 6 | ORDER filed granting Motion to proceed in forma pauperis [3]. Copies to all parties. Mailed to: Moises Mejia Amaya. [1001781445] [25-1635] CH [Entered: 06/03/2025 06:02 PM] |
| 06/04/2025 | 7 📄 | APPEARANCE OF COUNSEL by Aric A. Anderson for Pamela Jo Bondi. [1001781580] [25-1635] Aric Anderson [Entered: 06/04/2025 09:40 AM] |
| 06/06/2025 | 8 | RESPONSE/ANSWER by Pamela Jo Bondi to Motion for stay pending appeal [2]. Nature of response: in opposition. [1001782976] [25-1635] Aric Anderson [Entered: 06/06/2025 10:30 AM] |

Screenshot Taken on June 7, 2025, at 2:36 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1638 | **Docketed:** 06/04/2025 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Kazim Ali v. Commonwealth of Virginia | |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Alexandria | |
| **Fee Status:** ifp pending 4cca | |

**Case Type Information:**
 **1)** Civil Private
 **2)** private
 **3)** null

**Originating Court Information:**
 **District:** 0422-1 : 1:25-cv-00859-LMB-WBP
 **Presiding Judge:** Leonie M. Brinkema, U. S. District Court Judge
 **Ordering Judge:** William B. Porter, U. S. Magistrate Judge
 **Date Filed:** 05/16/2025

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/27/2025 | 05/27/2025 | 06/03/2025 | 06/03/2025 |
| | | 05/30/2025 | 06/03/2025 |

| | | |
|---|---|---|
| 06/04/2025 | 1 | Case docketed. Originating case number: 1:25-cv-00859-LMB-WBP. Case manager: EBorneisen. [1001781832] [25-1638] EB [Entered: 06/04/2025 11:58 AM] |
| 06/04/2025 | 2 | FEE NOTICE issued to Kazim Ali - initial notice. Fee or application to proceed as indigent due 07/07/2025. Originating case number: 1:25-cv-00859-LMB-WBP. Mailed to: Kazim Ali. [1001781842] [25-1638] EB [Entered: 06/04/2025 12:01 PM] |
| 06/04/2025 | 3 | INFORMAL BRIEFING ORDER filed. Mailed to: Kazim Ali. [1001781847] Informal Opening Brief due 06/30/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1638] EB [Entered: 06/04/2025 12:03 PM] |
| 06/04/2025 | 4 | RECORD requested from Clerk of Court [1001781852]. Due: 06/18/2025. [25-1638] EB [Entered: 06/04/2025 12:08 PM] |
| 06/04/2025 | 5 | IFP APPLICATION transferred from district court (court access only). [1001781927] [25-1638] EB [Entered: 06/04/2025 01:02 PM] |

Screenshot Taken on June 7, 2025, at 2:37 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1642 | **Docketed:** 06/06/2025 |
| Marlon Castillo-Arevalo v. Pamela Bondi | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   **1)** Agency Review Immigration
   **2)** Petition for Review
   **3)** null

**Originating Court Information:**
   **District:** BIA-1 : A206-808-274
   **Date Decided:**                           **Date Rec'd COA:**
   05/07/2025                                     06/05/2025

| | | | |
|---|---|---|---|
| 06/05/2025 | 1 | 🔒 | Petition for review of agency order filed by Marlon Alexander Castillo-Arevalo .[1001782887] [25-1642] RHS [Entered: 06/06/2025 09:33 AM] |
| 06/06/2025 | | 🔒 | Immigration Petition for Review case docketed. Originating case number: A206-808-274. Case manager: RSewell. [1001782871] [25-1642] RHS [Entered: 06/06/2025 09:19 AM] |
| 06/06/2025 | 2 | | Electronic filing fee paid. Filing Fee: $600.00. Receipt Number: A04-77223-267. [1001782889] [25-1642] RHS [Entered: 06/06/2025 09:34 AM] |
| 06/06/2025 | 3 | 🔒 | DOCKETING NOTICE issued Re: [1] petition for review Originating case number: A206-808-274.. [1001782891] [25-1642] RHS [Entered: 06/06/2025 09:35 AM] |
| 06/06/2025 | 4 | 🔒 | NOTICE ISSUED serving respondent and requesting record. Date petition for review or application filed: June 5, 2025. [1] petition for review. [1001782896] Administrative Record due 07/16/2025 [25-1642] RHS [Entered: 06/06/2025 09:38 AM] |
| 06/06/2025 | 5 | 🔒 | APPEARANCE OF COUNSEL by Christina R. Zeidan for Pamela Jo Bondi. [1001782954] [25-1642] Christina Zeidan [Entered: 06/06/2025 10:17 AM] |