Screenshot Taken on June 12, 2025, at 6:28 p.m.



| Doc | Filed ⇕ | Entry | |
|---|---|---|---|
| 🔒 | 06/11/2025 | ▼ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785386] [25-1162] |
| 📄 | 06/11/2025 | ▼ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] |
| 📄 | 06/10/2025 | ▶ | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryla... |
| 🔒 | 06/09/2025 | ▶ | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and meth... |
| 🔒 | 06/07/2025 | ▶ | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Na... |
| 🔒 | 06/02/2025 | ▶ | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and metho... |
| 🔒 | 06/02/2025 | ▶ | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be d... |

Screenshot Taken on June 12, 2025, at 6:28 p.m.

| Doc | Filed ⬍ | Entry | |
|---|---|---|---|
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and metho... |
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be d... |
| 🔒 | 06/02/2025 | ▸ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal ... |
| 📄 | 05/08/2025 | ▸ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affida... |
| 📄 | 04/30/2025 | ▸ | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support o... |
| 📄 | 04/30/2025 | ▸ | Amended petition/motion by Ryan Dillon-Capps amending [1001761785-2] Motion to d... |
| 📄 | 04/29/2025 | ▸ | SUPPLEMENT<br>to [1001761785-2] Motion to disqualify/recuse judge, [1001761785-3]... |

Screenshot Taken on June 12, 2025, at 6:33 p.m.

2:29 PM                                                    8s
2  Outgoing · (804) 916-2704

Screenshot Taken on June 12, 2025, at 6:32 p.m.

**Yesterday · 2:31 PM**
2 Outgoing · *678049162704

10m 59s

Screenshot Taken on June 12, 2025, at 6:41 p.m.

| 05/08/2025 | ☐ 33 ⬛ 213 pg, 44.17 MB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | ▤⬛ | affidavit-hope-goodwill-notice | 38 | 1.31 MB |
| ☐ 2 | ▤⬛ | 206-additional-notices-waivers-service | 56 | 8.31 MB |
| ☐ 3 | ▤⬛ | affidavit-fmla-ada-rehab | 81 | 1.8 MB |
| ☐ 4 | ▤⬛ | 209-eeoc-right-to-sue | 5 | 3.88 MB |
| ☐ 5 | ▤⬛ | 208-mxt3 | 5 | 3.97 MB |
| ☐ 6 | ▤⬛ | 207-performance-promotion-bonus | 20 | 23 MB |
| ☐ 7 | ▤⬛ | 102A-digital-fmla-a | 8 | 1.88 MB |

| 06/02/2025 | ☐ 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | ☐ 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | ☐ 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | ☐ 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | ☐ 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | ☐ 39 ⬛ 5 pg, 107.59 KB | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |
| 06/11/2025 | ☐ 40 ⬛ 6 pg, 900.81 KB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:26 AM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | ▤⬛ | Affidavit | 4 | 125.51 KB |
| ☐ 2 | ▤⬛ | Exhibit 401B | 2 | 775.3 KB |

| 06/11/2025 | ☐ 41 ⬛ 13 pg, 2.13 MB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785386] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:33 AM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | ▤⬛ | Exhibit 401A | 7 | 1.2 MB |
| ☐ 2 | ▤⬛ | Exhibit 401C | 6 | 950.03 KB |