No. 25-1162

IN THE

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Ryan Dillon-Capps

*Plaintiff-Appellant*,

v.

Ohana Growth Partners, LLC et al.,

*Defendants-Appellees*.

_____

On Appeal from
the U.S. District Court
for the District of Maryland

No. 1:24-CV-3744

_____

Unopposed Motion to Amend Affidavit of Fourth Circuit Court Record

_____

Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221
ryan@mxt3.com
703-303-1113

# Table of Contents

Introduction...................................................................................................... 1

Respectfully Submitted ................................................................................. 1

# Introduction

I, Ryan Dillon-Capps (née Wagner), the Plaintiff-Appellant-Petitioner, pursuant to FRAP 27, 4th Cir. R. 27b, and FRCP 15(a)(1)(A) which allows for a party to amend its pleadings once as a matter of course no later than 21 days after serving it. My Affidavit of Fourth Circuit Court Record that was docketed with the Fourth Circuit on June 11, 2025, as Circuit ECF 41-1. As the only party, this motion is unopposed.

## Respectfully Submitted

| | |
|---|---|
| **June 13, 2025** | 1334 Maple Avenue |
| | Essex, Maryland 21221 |
| /s/ Ryan Dillon-Capps | ryan@mxt3.com |
| **Ryan Dillon-Capps** | 703-303-1113 |