No. 25-1162

IN THE

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Ryan Dillon-Capps

*Plaintiff-Appellant*,

v.

Ohana Growth Partners, LLC et al.,

*Defendants-Appellees*.

_____

On Appeal from
the U.S. District Court
for the District of Maryland

No. 1:24-CV-3744

_____

Motion for Leave to Exceed Length Limits on Emergency Unopposed Motion to
Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court
Appointed Counsel

_____

Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221
ryan@mxt3.com
703-303-1113

# Table of Contents

Introduction................................................................................................. 1

Respectfully Submitted ................................................................................ 1

Motion for Leave to Exceed Length Limits on Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

i

Motion for Leave to Exceed Length Limits on Emergency Unopposed Motion to Remove Restrictions on
Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

ii

# Introduction

I, Ryan Dillon-Capps (née Wagner), the Plaintiff-Appellant-Petitioner, pursuant to FRAP 27 move the Fourth Circuit Court to grant leave to exceed length restrictions for my *Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel* which is being filed immediately after this motion. Due to the time restraints against the underlying emergency conditions set forth in the motion the filing is produced to the highest quality of standard and accordance to the Rules that are possible for me at this time. As the only party, this motion is unopposed.

# Respectfully Submitted

**June 16, 2025**

/s/ Ryan Dillon-Capps
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

Motion for Leave to Exceed Length Limits on Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

1