## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 16, 2025

_____

N O T I C E

_____

No.   25-1162,    Ryan Dillon-Capps v. Ohana Growth Partners, LLC
                  1:24-cv-03744-BAH

TO: Counsel and Parties

The parties are advised that the motion to remove restrictions on documents in this case is considered moot and that the court does not intend to take action on the motion as the documents are not restricted.

Karen Stump, Deputy Clerk
804-916-2704